**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jennifer Convertibles, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **11-2824646** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**417 Crossways Park Drive**<br>**Woodbury, NY**<br>ZIP CODE **11797** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**New York** | ZIP CODE **11797** |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Jennifer Convertibles, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**See Attached** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X    **Not Applicable**<br>Signature of Attorney for Debtor(s)      Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

            (Name of landlord that obtained judgment)

            (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Jennifer Convertibles, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

### Signature of Attorney

X **/s/ Michael S. Fox, Esq.**
Signature of Attorney for Debtor(s)

**Michael S. Fox, Esq. Bar No. MF-2612**
Printed Name of Attorney for Debtor(s) / Bar No.

**Olshan Grundman Frome Rosenzweig**
Firm Name

**& Wolosky, LLP 65 East 55th Street**
Address

**New York New York 10022**

**212.451.2300**      **212.451.2222**
Telephone Number

**7/18/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Harley J. Greenfield**
Signature of Authorized Individual

**Harley J. Greenfield**
Printed Name of Authorized Individual

**Director, Chairman of the Board and CEO**
Title of Authorized Individual

**7/18/2010**
Date

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

**Jennifer Convertibles, Inc.**
Case Number: 10-

**Exhibit P-1**
Pending Bankruptcy Case Filed by Any Spouse, Partner, or Affiliate of the Debtor

| Name of Debtor | Case Number | Date |
|---|---|---|
| **Jennifer Convertibles Boylston MA, Inc.** | | |
| District | Relationship | Judge |
| Southern District of New York | Subsidiary | |
| | | |
| Name of Debtor | Case Number | Date |
| **Jennifer Chicago, Ltd.** | | |
| District | Relationship | Judge |
| Southern District of New York | Subsidiary | |
| | | |
| Name of Debtor | Case Number | Date |
| **Elegant Living Management, Ltd.** | | |
| District | Relationship | Judge |
| Southern District of New York | Subsidiary | |
| | | |
| Name of Debtor | Case Number | Date |
| **Hartsdale Convertibles, Inc.** | | |
| District | Relationship | Judge |
| Southern District of New York | Subsidiary | |
| | | |
| Name of Debtor | Case Number | Date |
| **Jennifer Management III Corp.** | | |
| District | Relationship | Judge |
| Southern District of New York | Subsidiary | |

UNITED STATES BANKRUPTCY COURT
Southern District of New York

**Jennifer Convertibles, Inc.**
Case Number: 10-

Exhibit P-1
Pending Bankruptcy Case Filed by Any Spouse, Partner, or Affiliate of the Debtor

| Name of Debtor | Case Number | Date |
|---|---|---|
| **Jennifer Purchasing Corp.** | | |
| District | Relationship | Judge |
| Southern District of New York | Subsidiary | |
| | | |
| Name of Debtor | Case Number | Date |
| **Jennifer Management II Corp.** | | |
| District | Relationship | Judge |
| Southern District of New York | Subsidiary | |
| | | |
| Name of Debtor | Case Number | Date |
| **Jennifer Management V Ltd.** | | |
| District | Relationship | Judge |
| Southern District of New York | Subsidiary | |
| | | |
| Name of Debtor | Case Number | Date |
| **Jennifer Convertibles Natick, Inc.** | | |
| District | Relationship | Judge |
| Southern District of New York | Subsidiary | |
| | | |
| Name of Debtor | Case Number | Date |
| **Nicole Convertibles, Inc.** | | |
| District | Relationship | Judge |
| Southern District of New York | Subsidiary | |
| | | |
| Name of Debtor | Case Number | Date |
| **Washington Heights Convertibles, Inc.** | | |
| District | Relationship | Judge |
| Southern District of New York | Subsidiary | |

**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re: **Jennifer Convertibles, Inc.**                ,          Case No. **10-**
                              **Debtor**                         Chapter **11**

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is **001-09681**.

2. The following financial data is the latest available information and refers to debtor's condition on **July 16, 2010**.

   a. Total assets                                                      $         0.00

   b. Total debts (including debts listed in 2.c., below)               $  25,631,248.00

                                                                        Approximate number of holders

   c. Debt securities held by more than 500 holders.

      secured          unsecured          subordinated

   d. Number of shares of preferred stock              54,479

   e. Number of shares of common stock              7,073,466

   Comments, if any:

3. Brief description of debtor's business:

   **Retail - Furniture**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Form B1, Exhibit C**
**(9/01)**

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:  Case No.: **10-**

**Jennifer Convertibles, Inc.**  Chapter: **11**

Debtor(s)

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

# RESOLUTIONS OF THE BOARD OF JENNIFER CONVERTIBLES, INC.

WHEREAS, the Board of Directors (the "**Board**") of Jennifer Convertibles, Inc. (the "**Company**"), a Delaware corporation, acting pursuant to the laws of the State of Delaware, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's services and operations, and the current and long-term liabilities of the Company;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

RESOLVED, that the Company authorizes its subsidiaries (including those that are limited liability companies) to seek relief under the provisions of chapter 11 of the Bankruptcy Code;

RESOLVED, that Harley Greenfield, chief executive officer of the Company, and Rami Abada, President and chief financial officer of the Company, are hereby authorized and directed to take all necessary, desirable and proper actions, including, without limitation, an election of the directors and/or managers of the subsidiary companies, to effectuate the purposes of the prior resolution;

RESOLVED, that the officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Olshan Grundman Frome Rosenzweig & Wolosky LLP ("**Olshan**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Olshan;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of TM Capital ("**TM Capital Corp.**"), in accordance with the terms of their Engagement Letter, to continue to provide financial advisory and consulting services for the Company in the Company's chapter 11 case, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers

1017336-1

prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of TM Capital;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C. ("**Mintz Levin**") as special securities counsel, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Mintz Levin;

RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officers of the Company be, and each of them hereby is, authorized and empowered to enter into critical vendor motions with Haining Mengnu Group and Ashley Furniture HomeStore, and to enter into any agreements as may be contemplated by or required under the terms of the critical vendor motions; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate agreements and related ancillary documents;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case;

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

**JENNIFER CONVERTIBLES, INC.**
**DIRECTORS**

_____
Harley Greenfield

_____
Edward G. Bohn

_____
Kevin J. Coyle

_____
Rami Abada

_____
Mark Berman

1017336-1

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

**JENNIFER CONVERTIBLES, INC.**
**DIRECTORS**

_____
Harley Greenfield

_____
Edward G. Bohn

_____
Kevin J. Coyle

_____
Rami Abada

_____
Mark Berman

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

**JENNIFER CONVERTIBLES, INC.**
**DIRECTORS**

_____
Harley Greenfield

_____
Edward G. Bohn

_____
Kevin J. Coyle

_____
Rami Abada

_____
Mark Berman

1017336-1

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

**JENNIFER CONVERTIBLES, INC.**
**DIRECTORS**

_____
Harley Greenfield

_____
Edward G. Bohn

_____
Kevin J. Coyle

_____
Rami Abada

_____
Mark Berman

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Michael S. Fox, Esq.
Jordanna L. Nadritch, Esq.
212.451.2300

*Proposed Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| JENNIFER CONVERTIBLES, INC.,[1] | Case No. 10-_____ |
| Debtors. | (Motion for Joint Administration Pending) |

**CONSOLIDATED LIST OF CREDITORS**
**HOLDING 30 LARGEST UNSECURED CLAIMS**

The following is a consolidated list of creditors holding the 30 largest unsecured claims against Jennifer Convertibles, Inc. and its affiliated debtors ("Jennifer Convertibles"). This list has been prepared based upon the unaudited books and records of Jennifer Convertibles. The list reflects amounts from Jennifer Convertibles' books and records as of July 16, 2010. Except as set forth above, this list has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is less than the total amount of such creditor's claim. The information herein shall not constitute an admission of liability by, nor is it binding on, Jennifer Convertibles. Moreover, nothing herein shall affect Jennifer Convertibles' right to challenge the amount or characterization of any claim at a later date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: (i) Jennifer Convertibles, Inc. (4646); (ii) Jennifer Convertibles Boylston MA, Inc. (7904); (iii) Jennifer Chicago Ltd. (0505); (iv) Elegant Living Management, Ltd. (5049); (v) Hartsdale Convertibles, Inc. (1681); (vi) Jennifer Management III Corp. (3552); (vii) Jennifer Purchasing Corp. (7319); (viii) Jennifer Management II Corp. (9177); (ix) Jennifer Management V Ltd. (9876); (x) Jennifer Convertibles Natick, Inc. (2227); (xi) Nicole Convertibles, Inc. (5985); (xii) Washington Heights Convertibles, Inc. (0783).

1018214-3

| NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM (IF SECURED VALUE OF SECURITY) | ENTITIES LIABLE ON DEBT (IF KNOWN) |
|---|---|---|---|---|---|
| Haining Mengnu Group Co. Ltd. | 101 Longxing Road Economic Development Zone Haining, Zhejiang 314400 China | Trade Debt | Undisputed | $16,673,770 | Jennifer Convertibles, Inc. |
| Creative Television Marketing | 2550 North Hollywood Way, Ste 100 Burbank, CA 91505 (818) 748-4802 | Trade Debt | Disputed | $1,612,350 | Jennifer Convertibles, Inc. |
| Ashley Furniture Industries, Inc. | PO Box 190 Arcadia, WI 54612 | Trade Debt | Undisputed | $1,396,598 | Jennifer Convertibles, Inc. |
| Class Action Litigation | Case No.: C-09-3242-SI Ayisha Combs v. Jennifer Convertibles, Inc. | Settlement | Contingent | $1,300,000 | Jennifer Convertibles, Inc. |
| Klaussner Furniture Industries | PO Box 220 405 Lewallen St Asheboro, NC 247204 | Trade Debt | Disputed | $991,291 | Jennifer Convertibles, Inc. |
| NBC Universal | PO Box 402971 Atlanta, GA 30384-2971 (212) 664-3012 | Trade Debt | Disputed | $416,284 | Jennifer Convertibles, Inc. |
| PIC TV Incorporated | PO Box 59665 Chicago, IL 60659-0665 (818) 304-8205 | Trade Debt | Disputed | $406,957 | Jennifer Convertibles, Inc. |

| NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM (IF SECURED VALUE OF SECURITY) | ENTITIES LIABLE ON DEBT (IF KNOWN) |
|---|---|---|---|---|---|
| PS Promotion | 10798 E. Las Posas Rd Camarillo, CA 93012 | Trade Debt | Disputed | $338,765 | Jennifer Convertibles, Inc. |
| Stratford Company/Caye Uphols. | BOA Lockbox, 13933 Collection Drive Center Chicago, IL 60693 | Trade Debt | Disputed | $336,752 | Jennifer Convertibles, Inc. |
| Brent Associates, Inc. | 931 B Conklin Ave Farmingdale, NY 11735 (631) 420-0070 | Trade Debt | Disputed | $242,760 | Jennifer Convertibles, Inc. |
| Fata Equities, LLC | 360 West 125th St, Suite 10 New York, NY 10027 (212) 932-8331 | Trade Debt | Disputed | $210,571 | Jennifer Convertibles, Inc. |
| 376 Boylston St. Realty Trust | 400 Boylston St, Boston, MA 02116 (617) 267-0899 | Trade Debt | Disputed | $164,049 | Jennifer Convertibles, Inc. |
| Woodbury Office Seven | P.O. Box 422 Laurel, NY 11948-0422 (516) 364-1200 | Trade Debt | Disputed | $157,290 | Jennifer Convertibles, Inc. |
| Newsday Inc. | 235 Pinelawn Rd Melville, NY 11747 (631) 843-4050 | Trade Debt | Disputed | $144,620 | Jennifer Convertibles, Inc. |

1018214-3

| NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM (IF SECURED VALUE OF SECURITY) | ENTITIES LIABLE ON DEBT (IF KNOWN) |
|---|---|---|---|---|---|
| Boston Globe | PO Box 415071<br>Boston, MA 02241-5071<br>(617) 929-8803 | Trade Debt | Disputed | $140,080 | Jennifer Convertibles, Inc. |
| 301 E 66th St Assoc Ltd Ptnshp | c/o Ossa Properties Inc<br>301 E 66th Street<br>New York, NY 10021<br>(212) 879-6198 | Trade Debt | Disputed | $140,000 | Jennifer Convertibles, Inc. |
| Zimmerman Advertising | PO Box 934130<br>Atlanta, GA 31193-4130<br>(954) 731-2900 | Trade Debt | Disputed | $137,967 | Jennifer Convertibles, Inc. |
| Restful Furniture Corp | 18 Wimbledon Ct.<br>Jericho, NY 11753<br>(516) 287-7418 - Cell | Trade Debt | Disputed | $137,544 | Jennifer Convertibles, Inc. |
| WABC TV (CH7) | GPO - PO Box 5723<br>New York, NY 10087-5723<br>(212) 456-3043 | Trade Debt | Disputed | $130,538 | Jennifer Convertibles, Inc. |
| Los Angeles Times | File 54221, A/C # 026729006<br>Los Angeles, CA 90074-4221 | Trade Debt | Disputed | $128,317 | Jennifer Convertibles, Inc. |
| The Star Ledger | PO Box 5718<br>Hicksville, NY 11802-5718<br>(973) 392-5861 | Trade Debt | Disputed | $124,550 | Jennifer Convertibles, Inc. |

1018214-3

| NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM (IF SECURED VALUE OF SECURITY) | ENTITIES LIABLE ON DEBT (IF KNOWN) |
|---|---|---|---|---|---|
| Daily News, LP | PO Box 5718<br>Hicksville, NY 11802-5718 | Trade Debt | Disputed | $124,550 | Jennifer Convertibles, Inc. |
| The Star Ledger | 125 Theodore Conrad Dr.<br>Jersey City, NJ 07305-4698<br>Attn: Daniel Tobin | Trade Debt | Disputed | $116,201 | Jennifer Convertibles, Inc. |
| Robert J. Sabbagh, George A. | 8107 Colonial Rd.<br>Brooklyn, NY 11209 | Trade Debt | Disputed | $115,330 | Jennifer Convertibles, Inc. |
| Jara Enterprises, Inc. | c/o Warner & Scheuerman<br>6 West 18th St - 10th Fl<br>New York, NY 10011<br>(212) 924-7111 | Contract | Disputed | $110,000 | Jennifer Convertibles, Inc. |
| 83rd St. Investors LLC | c/o The Bromley Companies<br>120 5th Avenue, 11th Floor<br>New York, NY 10011 | Trade Debt | Disputed | $108,658 | Jennifer Convertibles, Inc. |
| Nam Won Paek or Soon M Paek | 9217 Beech Hill Drive<br>Bethesda, MD 20817 | Trade Debt | Disputed | $104,664 | Jennifer Convertibles, Inc. |
| 111 Realty Company Majestic Management | 60 Cutter Mill Road -Suite 303, Great Neck, NY 11021 | Trade Debt | Disputed | $103,543 | Jennifer Convertibles, Inc. |
| Dobbin Corner, LLC | c/o GDR Group, LLC<br>P.O. Box 800<br>Beltsville, MD 20704 | Trade Debt | Disputed | $100,510 | Jennifer Convertibles, Inc. |

1018214-3

| NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM (IF SECURED VALUE OF SECURITY) | ENTITIES LIABLE ON DEBT (IF KNOWN) |
|---|---|---|---|---|---|
| Edward E. Finch and Co. Inc. | 1400 Old Country Rd # 420 Westbury, NY 11590 | Trade Debt | Disputed | $99,554 | Jennifer Convertibles, Inc. |
| **TOTAL** | | | | **$26,314,063.00** | |

6

1018214-3

# DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Jennifer Convertibles, declare under penalty of perjury that I have read the foregoing consolidated list of creditors holding the thirty (30) largest unsecured claims against Jennifer Convertibles and that it is true and correct to the best of my information and belief.

Dated: July 18, 2010

By: /s/ Rami Abada
Name: Rami Abada
Title: Chief Financial Officer and President

1018214-3