UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| JENNIFER CONVERTIBLES, INC.,[1] | Case No. 10-13779 (ALG) |
| Debtors. | (Motion for Joint Administration Pending) |

### ORDER SHORTENING TIME OF NOTICE WITH RESPECT TO A HEARING ON DEBTORS' REQUEST FOR AN ORDER (A) APPROVING BIDDING PROCEDURES FOR THE SALE TO THE HIGHEST BIDDER, (B) APPROVING CERTAIN BIDDER PROTECTIONS AND (C) SCHEDULING A FINAL HEARING AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF

Upon the motion, dated July 19, 2010 (the "Motion")[2] of Jennifer Convertibles, Inc. and its affiliated debtors, as debtors in possession (collectively, the "Debtors"), for entry of an order shortening time of notice with respect to a hearing on debtors' request for an order (a) approving bidding procedures for the sale to the highest bidder, (b) approving certain bidder protections and (c) scheduling a final hearing and approving the form and manner of notice thereof; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: (i) Jennifer Convertibles, Inc. (4646); (ii) Jennifer Convertibles Boylston MA, Inc. (7904); (iii) Jennifer Chicago Ltd. (0505); (iv) Elegant Living Management, Ltd. (5049); (v) Hartsdale Convertibles, Inc. (1681); (vi) Jennifer Management III Corp. (3552); (vii) Jennifer Purchasing Corp. (7319); (viii) Jennifer Management II Corp. (9177); (ix) Jennifer Management V Ltd. (9876); (x) Jennifer Convertibles Natick, Inc. (2227); (xi) Nicole Convertibles, Inc. (5985); (xii) Washington Heights Convertibles, Inc. (0783).

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(b), the notice and objection periods for the Bid Procedures Relief are shortened and set forth herein.

3. A hearing to consider the relief sought in the Bid Procedures Relief and the entry of the Bidding Procedures Order is set for July 23, 2010 at 3:00 p.m. (Eastern Time).

4. ~~Any objections to the Bid Procedures Relief must be filed, served and received no later than July 23, 2010 at 10:00 a.m. (Eastern Time)~~ **The Debtor shall post a notice of the hearing on the docket of the above captioned cases as promptly as feasible.**

5. This Court shall retain jurisdiction to resolve all matters relating to implementation of this Order.

Dated: July 22, 2010
      New York, New York

*/s/ Allan L. Gropper*
UNITED STATES BANKRUPTCY JUDGE