UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re : Chapter 11
:
JENNIFER CONVERTIBLES, *et al.*, : Case no. 10-13779 (ALG)
:
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------- x

# APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Tracy Hope Davis, the Acting United States Trustee for Region 2, under 11 U.S.C. sections 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of *Jennifer Convertibles, Inc.*, *et al.*:

1. Ayisha Combs
   c/o Harris & Ruble
   6424 Santa Monica Boulevard
   Los Angeles, California 90038
   tel: 323-962-3777
   Attn: Alan Harris, Esq.

2. Klaussner Furniture Industries, Inc.
   P.O. Drawer 220
   Asheboro, North Carolina 27205
   tel: 336-625-6175 ext. 811
   Attn: Kim Cockerham

3. Caye Home Furnishings LLC
   1201 West Bankhead St.
   New Albany, Mississippi 38652
   tel: 662-534-1522
   Attn: R. Wayne Stewart

4. Brent Associates, Inc.
   931 B. Conklin Street
   Farmingdale, New York 11735
   tel: 631-420-0070
   Attn: Claudia Cositore

5. PIC Management Group d/b/a PIC Media Group
   16130 Ventura Boulevard, #250
   Encino, California 91436
   tel: 312-451-4218
   Attn: David Hansfield

6. PS Promotions, Inc.
   10798 E. Las Posas Rd.
   Santa Rosa Valley, California 93012
   tel: 805-491-9811
   Attn: Dan Greene

7. Fata Equities, LLC
   360 West 125th Street, Suite 10
   New York, New York 10027
   tel:212-932-8331
   Attn: Gene Fata

8. 301 East 66 LLC
   c/o Ossa Properties, Inc.
   301 East 66th Street
   New York, New York 10065
   tel: 212-879-6198
   Attn: Anthony Barrett

9. Creative Television Marketing
   2550 N. Hollywood Way, #100
   Burbank, California 91505
   tel: 818-748-4888
   Attn: Richard Storrs

Dated: New York, New York
       July 23, 2010

                                    Respectfully submitted,

                                    TRACY HOPE DAVIS
                                    ACTING UNITED STATES TRUSTEE

                              By:   /s/ *Nazar Khodorovsky*
                                    Nazar Khodorovsky
                                    Trial Attorney
                                    33 Whitehall Street, 21st Floor
                                    New York, New York 10004-2112
                                    Tel. No. (212) 510-0500
                                    Fax. No. (212) 668-2255