**KELLEY DRYE & WARREN LLP**
James S. Carr, Esq.
Eric R. Wilson, Esq.
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897

*Proposed Counsel to the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| JENNIFER CONVERTIBLES, INC.,[1] | Case No. 10-13779 (ALG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**
**AND REQUEST TO BE PLACED ON THE MASTER SERVICE LIST**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned case as *proposed* counsel to the Official Committee of Unsecured Creditors of Jennifer Convertibles, Inc. (the "Committee") pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

> James S. Carr, Esq.
> Eric R. Wilson, Esq.
> Jason R. Adams, Esq.
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York, New York 10178
> Tel: (212) 808-7800
> Fax: (212) 808-7897
> e-mail: KDWBankruptcyDepartment@KelleyDrye.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: (i) Jennifer Convertibles, Inc. (4646); (ii) Jennifer Convertibles Boylston MA, Inc. (7904); (iii) Jennifer Chicago Ltd. (0505); (iv) Elegant Living Management, Ltd. (5049); (v) Hartsdale Convertibles, Inc. (1681); (vi) Jennifer Management III Corp. (3552); (vii) Jennifer Purchasing Corp. (7319); (viii) Jennifer Management II Corp. (9177); (ix) Jennifer Management V Ltd. (9876); (x) Jennifer Convertibles Natick, Inc. (2227); (xi) Nicole Convertibles, Inc. (5985); (xii) Washington Heights Convertibles, Inc. (0783).

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Committee's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
       July 28, 2010

                           **KELLEY DRYE & WARREN LLP**

                           By: */s/ James S. Carr*
                               James S. Carr, Esq.
                               Eric R. Wilson, Esq.
                         101 Park Avenue
                         New York, New York 10178
                         Tel: (212) 808-7800
                         Fax: (212) 808-7897

                         *Proposed* Counsel for the Official
                         Committee of Unsecured Creditors