# United States Bankruptcy Court
## Southern District of New York

In re: **Jennifer Convertibles, Inc.**                    Case No. **10-13779 (ALG)**

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **See Attached** | **Series B** | **47,989** | |
| **See Attached** | **Common** | **7,073,466** | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Rami Abada**, **President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  **9/3/2010**                    **s/ Rami Abada**

**Rami Abada, President, Jennifer Convertibles, Inc.**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**<u>Jennifer Convertibles, Inc.</u>**
**Case Number: 10-13779 (ALG)**

**Exhibit - List of Equity Security Holders**

Common Stock.



**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
# JENNIFER CONVERTIBLES INC (11278)

REPORT DATE: 07/07/2010
PAGE: 1

| Account: 9000002586 | Total: | 62.000 |
| | Cert: | 62.000 |
| | DR: | 0.000 |

IRA MAROOTIAN
62 HENNING DR
FAIRFIELD, NJ 07004-1747

| Account: 9000002520 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

GUNTER &
ANNA NEUMANN TR DTD 3-11-83 JT TEN
ATTN GUNTER & ANNE NEUMAN TTEES 516
N HARBOR DR
INDIAN ROCKS BEACH FL 33785

| Account: 9000002475 | Total: | 270.000 |
| | Cert: | 270.000 |
| | DR: | 0.000 |

DANIELLE ABADA
2 KODIAK DR
WOODBURY, NY 11797-2705

| Account: 9000002512 | Total: | 48,800.000 |
| | Cert: | 48,800.000 |
| | DR: | 0.000 |

RAMI ABADA
2 KODIAK DRIVE
WOODBURY NY 11797

| Account: 9000000001 | Total: | 27,001.000 |
| | Cert: | 27,001.000 |
| | DR: | 0.000 |

RAMI ABADA
C/O JENNIFER CONVERTIBLES INC
417 CROSSWAYS PARK DR
WOODBURY NY 11797

| Account: 9000000005 | Total: | 100.000 |
| | Cert: | 100.000 |
| | DR: | 0.000 |

ELEANOR ADLER
25 BOERUM ST APT 6F
BROOKLYN, NY 11206-2329

| Account: 9000002535 | Total: | 20.000 |
| | Cert: | 20.000 |
| | DR: | 0.000 |

JOHN AMATO
7458 WAXWOOD CIRCLE
N SYRACUSE, NY 13212-2636

| Account: 9000002524 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

ALFRED JEROME ANDERSON
441 WILDLIFE CLUB LANE
TAYLORSVILLE, NC 28681-7666

| Account: 9000000556 | Total: | 100.000 |
| | Cert: | 100.000 |
| | DR: | 0.000 |

LISA ANTELMAN
BOX 4212
CLIFTON, NJ 07012-8212

| Account: 9000002584 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

JEFFREY G APFEL &
BONNIE J APFEL JT TEN
10 HOFSTRA DR
PLAINVIEW, NY 11803-1815

| Account: 9000002423 | Total: | 250.000 |
| | Cert: | 250.000 |
| | DR: | 0.000 |

JASON APFELBAUM &
AMY APFELBAUM JT TEN
12 BECKMAN PLACE APT 3B
NEW YORK NY 10022

| Account: 9000000545 | Total: | 5,000.000 |
| | Cert: | 5,000.000 |
| | DR: | 0.000 |

WILLIAM M APFELBAUM
143 BYRAM SHORE ROAD
GREENWICH, CT 06830-6907

| Account: 9000002460 | Total: | 10.000 |
| | Cert: | 10.000 |
| | DR: | 0.000 |

JENNIFER SWIFT ARNDT
429 6TH ST
LAKE OSWEGO, OR 97034-2901

| Account: 9000000995 | Total: | 100.000 |
| | Cert: | 100.000 |
| | DR: | 0.000 |

MARTY WILLIAM ASBILL
402 KIMBERLY DR
ASHEBORO, NC 27205-7646

| Account: 9000000619 | Total: | 100.000 |
| | Cert: | 100.000 |
| | DR: | 0.000 |

JONATHAN B ATKIN
100 1/2 WEST 130TH ST SUITE B
NEW YORK, NY 10027-2080

| Account: 9000001018 | Total: | 1,250.000 |
| | Cert: | 1,250.000 |
| | DR: | 0.000 |

FRANCES BAGOON & GERI COHEN TTEES
U/A DTD 4/6/98
FRANCES BAGOON CREDIT TRUST
9 ARROW DRIVE
LIVINGSTON, NJ 07039-3706

| Account: 9000002573 | Total: | 2.000 |
| | Cert: | 2.000 |
| | DR: | 0.000 |

ROBERT F. BAKER
244 GUTHRIE RD
EAST RYEGATE, VT 05042-8819

| Account: 9000000918 | Total: | 4,000.000 |
| | Cert: | 4,000.000 |
| | DR: | 0.000 |

NATALIE BALLIN
45 TEHAMA STREET APT 2G
BROOKLYN NY 11218

| Account: 9000000014 | Total: | 1,000.000 |
| | Cert: | 1,000.000 |
| | DR: | 0.000 |

SAM BALLIN &
NATALIE BALLIN JT TEN
45 TAMAMA ST
BROOKLYN NY 11218

| Account: 9000000015 | Total: | 600.000 |
| | Cert: | 600.000 |
| | DR: | 0.000 |

SAMUEL BALLIN &
NATALIE BALLIN JT TEN
45 TAHAMA ST
BROOKLYN, NY 11218-2150



**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
# JENNIFER CONVERTIBLES INC (11278)

REPORT DATE: 07/07/2010
PAGE: 2

| Account: 9000000596 | Total: | 350.000 |
|---|---|---|
| | Cert: | 350.000 |
| | DR: | 0.000 |

LOUIS A BARGELLINI
PO BOX 1224
HACKENSACK, NJ 07602-1224

| Account: 9000002437 | Total: | 100.000 |
|---|---|---|
| | Cert: | 100.000 |
| | DR: | 0.000 |

DYLAN BAUM
205 THIRD AVE
NEW YORK, NY 10003-2506

| Account: 9000002617 | Total: | 10.000 |
|---|---|---|
| | Cert: | 10.000 |
| | DR: | 0.000 |

DAVID BELLAROSA &
ANTHONY BELLAROSA JT TEN
ONE BARNSDALE ROAD
NORTH CALDWELL, NJ 07006-4300

| Account: 9000002618 | Total: | 11.000 |
|---|---|---|
| | Cert: | 11.000 |
| | DR: | 0.000 |

ERICA BETH BELLAROSA &
ANTHONY BELLAROSA JT TEN
ONE BARNSDALE RD
NORTH CALDWELL, NJ 07006-4300

| Account: 9000002541 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

ITALO BERNARDI &
JUNE BERNARDI JT TEN
8750 KINGSTON PLACE #2A
JAMAICA, NY 11432-4625

| Account: 9000000338 | Total: | 25.000 |
|---|---|---|
| | Cert: | 25.000 |
| | DR: | 0.000 |

FRED J BIELLO &
VITA ANNE BIELLO  JTTEN
6121 MUHLENBERG COURT
BETHLEHEM, PA 18017-9136

| Account: 9000000623 | Total: | 50.000 |
|---|---|---|
| | Cert: | 50.000 |
| | DR: | 0.000 |

CHRISTIN M BLAZEK &
JAMES BLAZEK  JTTEN
637 E 60TH ST
INDIANAPOLIS, IN 46220-1863

| Account: 9000000681 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

EDWARD BONETT &
JENNIFER BONETT JT TEN
2914 S SMEDLEY ST
PHILADELPHIA, PA 19145-4826

| Account: 9000000363 | Total: | 500.000 |
|---|---|---|
| | Cert: | 500.000 |
| | DR: | 0.000 |

PETER BONNETTE JR &
DENISE BONETTE JT TEN
12 EDGEWOOD AVE
NASHUA, NH 03064-1454

| Account: 9000002421 | Total: | 200.000 |
|---|---|---|
| | Cert: | 200.000 |
| | DR: | 0.000 |

DAVID BORGEN &
JACQUELIN BORGEN
JT TEN
6 WINDWARD WAY
MONSEY, NY 10952-1121

| Account: 9000000325 | Total: | 50.000 |
|---|---|---|
| | Cert: | 50.000 |
| | DR: | 0.000 |

MARGARET BRIDGES &
BARBARA HOUSEAL JT TEN
16 DOUGHTY CIR
MILLVILLE NJ 08332-1582

| Account: 9000000258 | Total: | 25,000.000 |
|---|---|---|
| | Cert: | 25,000.000 |
| | DR: | 0.000 |

BRIGHT STAR ENTERPRISES INC
190-10 NORTHERN BLVD
FLUSHING NY 11358

| Account: 9000002533 | Total: | 12.000 |
|---|---|---|
| | Cert: | 12.000 |
| | DR: | 0.000 |

IVOR BRODIE &
AUDREY L. BRODIE JT TEN
4073 BEN LOMOND DRIVE
PALO ALTO, CA 94306-4503

| Account: 9000000840 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

MARK BRODY &
ALANNA BRODY  JTTEN
17 STILLERY ROAD
LEBANON NJ 08833-4382

| Account: 9000002538 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

JOHN L BROGAN
1970 SPYGLASS CIR
VISTA, CA 92081-8954

| Account: 9000000602 | Total: | 5.000 |
|---|---|---|
| | Cert: | 5.000 |
| | DR: | 0.000 |

MARIANNE BRUNO CUST
JAMES MATTHEW ELIAS UNDER THE
FL UNIF GIFT MIN ACT
721 PINE RIDGE TER
DAVIE, FL 33325-1275

| Account: 9000000603 | Total: | 5.000 |
|---|---|---|
| | Cert: | 5.000 |
| | DR: | 0.000 |

MARIANNE BRUNO CUST
JESSICA SUE BRUNO UNDER THE
FL UNIF GIFT MIN ACT
721 PINE RIDGE TER
DAVIE, FL 33325-1275

| Account: 9000000292 | Total: | 375.000 |
|---|---|---|
| | Cert: | 375.000 |
| | DR: | 0.000 |

SOPHIE J BULLOCK & GAYLE COPPOCK
& LISA ZIMMERMAN JTTEN
1246 CIRCLE DRIVE
BALTIMORE, MD 21227-2317

| Account: 9000000484 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

SUSAN BULLOCK CUST
JENNIFER E BULLOCK
UNDER THE FL GIFT TO MIN ACT
2801 BLACKSHEAR AVE
PENSACOLA, FL 32503-4873

| Account: 9000001038 | Total: | 150.000 |
|---|---|---|
| | Cert: | 150.000 |
| | DR: | 0.000 |

DARRELL WAYNE BUSH &
MARYANNE H BUSH JT TEN
5815 DRAKE RD
GREENSBORO NC 27406


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
# JENNIFER CONVERTIBLES INC (11278)

REPORT DATE: 07/07/2010
PAGE: 3

| Account: 9000002609 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

LAWRENCE BUSH
PO BOX 22065
SAINT LOUIS, MO 63126-0065

| Account: 9000002587 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

JR. NICHOLAS CAMMARANO &
SUSAN CAMMARANO NICHOLAS CAMMARANO JT
TEN
101 FOREST AVE
RYE, NY 10580-4117

| Account: 9000002557 | Total: | 10.000 |
| | Cert: | 10.000 |
| | DR: | 0.000 |

JULIUS P CARDOSI
62 DEERWOOD DR
LITTLETON, CO 80127-2616

| Account: 9000000605 | Total: | 100.000 |
| | Cert: | 100.000 |
| | DR: | 0.000 |

GEORGE B CARTLEDGE JR
3101 SOMERSET ST
ROANOKE, VA 24014-3125

| Account: 9000002417 | Total: | 5,553,678.000 |
| | Cert: | 5,553,678.000 |
| | DR: | 0.000 |

CEDE & CO (FAST ACCOUNT)
P O BOX 20
BOWLING GREEN STATION
NEW YORK, NY 10004-1408

| Account: 9000000772 | Total: | 150.000 |
| | Cert: | 150.000 |
| | DR: | 0.000 |

ROBERT F CHANNELL &
JANE M CHANNELL JT TEN
352 COLONIAL BLVD
TOWNSHIP OF WASHINGTON, NJ 07676-4907

| Account: 9000002532 | Total: | 20.000 |
| | Cert: | 20.000 |
| | DR: | 0.000 |

HELEN CHARALAMBOUS
2915 212 STREET
BAYSIDE, NY 11360-2530

| Account: 9000002671 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

CHARLES SCHWAB &
CO CUST JT TEN
28 HIAWATHA BLVD
OAKLAND, NJ 07436-2919

| Account: 9000002592 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

VINCENT M CLAPS &
BARBARA H CLAPS JT TEN
450 SNUG HARBOR RD
GREENPORT, NY 11944-2520

| Account: 9000000417 | Total: | 100.000 |
| | Cert: | 100.000 |
| | DR: | 0.000 |

CATHERINE T CODISPOTI
717 MAIN ST
NORTH CALDWELL, NJ 07006-4734

| Account: 9000001039 | Total: | 625.000 |
| | Cert: | 625.000 |
| | DR: | 0.000 |

RHEA COHEN
6387 THREE LAKES LN
BOYNTON BEACH FL 33437-4938

| Account: 9000000922 | Total: | 1,250.000 |
| | Cert: | 1,250.000 |
| | DR: | 0.000 |

STEVEN COHEN
145 WEST 67TH ST #35D
NEW YORK, NY 10023-5940

| Account: 9000002589 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

BEN A. COLBY JR
27 LONGVIEW DRIVE
PRESQUE ISLE, ME 04769-2470

| Account: 9000000473 | Total: | 150.000 |
| | Cert: | 150.000 |
| | DR: | 0.000 |

VRIONIS CONSTANTINO
5544 HIGH-TOR HILL
COLUMBIA, MD 21045-2400

| Account: 9000000257 | Total: | 215,929.000 |
| | Cert: | 215,929.000 |
| | DR: | 0.000 |

CONVERTIBLE ENTERPRISES INC
190-10 NORTHERN BLVD
FLUSHING NY 11358

| Account: 9000000669 | Total: | 200.000 |
| | Cert: | 200.000 |
| | DR: | 0.000 |

STUART E COPLAN CUST
JODI E COPLAN  MD
UNIF GIFTS MIN ACT
3 WINDSONG COURT
BALTIMORE, MD 21208-1930

| Account: 9000002559 | Total: | 2.000 |
| | Cert: | 2.000 |
| | DR: | 0.000 |

MID-OHIO SECURITIES CORP CUST &
FBO JACQUELINE MERSEREAU IRA JT TEN
16 SOUTHWOOD DR
NORWALK, OH 44857-2318

| Account: 9000002614 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

US CLEARING CORP CUST &
RUDY J PRHNE IRA JT TEN
467 APPLE HILL DR
SAGAMORE HILLS, OH 44067-1106

| Account: 9000000275 | Total: | 1,250.000 |
| | Cert: | 1,250.000 |
| | DR: | 0.000 |

KEVIN COYLE
841 SW SUN CIRCLE
PALM CITY FL 34990

| Account: 9000000999 | Total: | 41.000 |
| | Cert: | 41.000 |
| | DR: | 0.000 |

MICHELE CRAIG &
MICHAEL ANDERSON JT TEN
562 JANDON CT
MILLERSVILLE, MD 21108-1740



AMERICAN STOCK
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC (11278)**

REPORT DATE: 07/07/2010
PAGE: 4

| Account: 9000000728 | Total: | 750.000 |
| | Cert: | 750.000 |
| | DR: | 0.000 |

SALVATORE CUCCIA &
JOYCE CUCCIA JT TEN
P O BOX 374
MOHEGAN LAKE, NY 10547-0374

| Account: 9000002680 | Total: | 1,400.000 |
| | Cert: | 1,400.000 |
| | DR: | 0.000 |

ARLENE D'AGOSTINO CUST
DINA D'AGOSTINO
UNDER THE NY UNIF GIFT MIN ACT
47 CENTURY TRAIL
HARRISON NY 10528-1716

| Account: 9000000278 | Total: | 2,500.000 |
| | Cert: | 2,500.000 |
| | DR: | 0.000 |

VINCENT D'AGOSTINO
47 CENTURY TRAIL
HARRISON, NY 10528-1716

| Account: 9000000957 | Total: | 100.000 |
| | Cert: | 100.000 |
| | DR: | 0.000 |

BRUCE DANBACK
351 CHURCH RD
PUTNAM VALLEY, NY 10579-2515

| Account: 9000002655 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

ROBERT L. DAVIS &
SHARRON W. DAVIS JT TEN JT TEN
2949 GRAMPIAN DRIVE
GASTONIA, NC 28054-6462

| Account: 9000002619 | Total: | 9.000 |
| | Cert: | 9.000 |
| | DR: | 0.000 |

GEORGE DESOLMINIHAC
119 KINGSPOINT DRIVE
WILLIAMSBURG, VA 23185-4454

| Account: 9000002444 | Total: | 100.000 |
| | Cert: | 100.000 |
| | DR: | 0.000 |

MARC & NIKI DILLER
199 DEAN RD
BROOKLINE, MA 02445-4107

| Account: 9000000946 | Total: | 100.000 |
| | Cert: | 100.000 |
| | DR: | 0.000 |

FRANCIS C DONNELLY III &
STACEY L DONNELLY JT TEN
607 AVENUE D
SOUTHAMPTON, NJ 08088-9766

| Account: 9000002629 | Total: | 6.000 |
| | Cert: | 6.000 |
| | DR: | 0.000 |

ROBERT L. EDWARDS
114 CHESTNUT STREET
NORTH READING, MA 01864-2818

| Account: 9000000990 | Total: | 1,100.000 |
| | Cert: | 1,100.000 |
| | DR: | 0.000 |

RICHARD ELMAN
6636 CYPRESS POINT RD
ALEXANDRIA, VA 22312-3127

| Account: 9000000068 | Total: | 500.000 |
| | Cert: | 500.000 |
| | DR: | 0.000 |

HARLENE EPSTEIN &
SEYMOUR EPSTEIN JT TEN
2240 BURNETTE STREET
BROOKLYN, NY 11229-5847

| Account: 9000000072 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

EQUIVEST PARTNERS INC
2 EMBARCADERO CENTER SUITE 1705
SAN FRANCISCO, CA 94111-3823

| Account: 9000002418 | Total: | 100.000 |
| | Cert: | 100.000 |
| | DR: | 0.000 |

KIM ESTRADA
1805 MARSHALLFIELD LANE
REDONDO BEACH, CA 90278-4111

| Account: 9000001017 | Total: | 70.000 |
| | Cert: | 70.000 |
| | DR: | 0.000 |

SUSAN D FEINSTEIN
806 MORRIS TPKE APT 5-C
SHORT HILLS, NJ 07078-2621

| Account: 9000000268 | Total: | 625.000 |
| | Cert: | 625.000 |
| | DR: | 0.000 |

ALBERTO FIGOLS
228 E 80TH ST
NEW YORK, NY 10021-0572

| Account: 9000002511 | Total: | 6,000.000 |
| | Cert: | 6,000.000 |
| | DR: | 0.000 |

STEPHEN FINNEGAN
1003 CHEROKEE SUNSET RD
APEX NC 27502-9056

| Account: 9000002588 | Total: | 10.000 |
| | Cert: | 10.000 |
| | DR: | 0.000 |

FRANCIS R FLOYD &
PATRICIA B FLOYD JT TEN
15292 LEGEND OAKS COURT
FORT MILL SC 29715

| Account: 9000002518 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

ELEANOR L FRAENKEL
PO BOX 15385
BATON ROUGE, LA 70895-5385

| Account: 9000002572 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

JAMES B FRANKLIN
12 SIEBALD STREET
STATESBORO, GA 30458-1002

| Account: 9000001052 | Total: | 50.000 |
| | Cert: | 50.000 |
| | DR: | 0.000 |

ILIANA R FRISK &
DAVID R FRISKJ T TEN
7 BEECHNUT DRIVE
LONG VALLEY, NJ 07853-3353

| Account: 9000000964 | Total: | 150.000 |
| | Cert: | 150.000 |
| | DR: | 0.000 |

JENNIFER FURST
3780 OLD COMPOUND RD
PEEKSKILL NY 10566

| Account: 9000000807 | Total: | 200.000 |
| | Cert: | 200.000 |
| | DR: | 0.000 |

TERRY PEARL GECKER
249-48 57TH AVENUE #2
LITTLE NECK, NY 11362-2057

| Account: 9000000436 | Total: | 200.000 |
| | Cert: | 200.000 |
| | DR: | 0.000 |

MARK GELBAND &
DENA GELBAND JT TEN
143 WILLOW GROVE DR
LINCROFT, NJ 07738-1016

| Account: 9000000399 | Total: | 25.000 |
| | Cert: | 25.000 |
| | DR: | 0.000 |

JENNIFER GERSTEN
1066 CANTERBURY ST
BOSTON, MA 02131-4672



**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC (11278)

REPORT DATE: 07/07/2010
PAGE:    5

| Account: 9000002531 | Total: | 2.000 | Account: 9000000759 | Total: | 100.000 | Account: 9000002600 | Total: | 25.000 | Account: 9000002563 | Total: | 41.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 2.000 | | Cert: | 100.000 | | Cert: | 25.000 | | Cert: | 41.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

MICHAEL H GILL &
LINDA A GILL JT TEN
465 DANIEL RD
VILLA RICA, GA 30180-3754

ANDREA GINSBERG
2365 WELLINTON GREEN DR
WELLINGTON FL 33414

ARNOLD GOLDBERG &
LOIS GOLDBERG JT TEN
19640 SAWGRASS CIRCLE
BOCA RATON, FL 33434-3379

ALAN H GRABISCH
3763 MAHLON BROWER DR
OCEANSIDE, NY 11572-5950

| Account: 9000000959 | Total: | 500.000 | Account: 9000002440 | Total: | 122,729.000 | Account: 9000002599 | Total: | 4.000 | Account: 9000000463 | Total: | 250.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 500.000 | | Cert: | 122,729.000 | | Cert: | 4.000 | | Cert: | 250.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

DAVID B GREENFIELD &
MERRILYN B GREENFIELD JT TEN
4112 BRISTOL COURT
NORTHBROOK, IL 60062-2119

HARLEY J GREENFIELD
C/O JENNIFER CONVERTIBLES INC
417 CROSSWAYS PARK DRIVE
WOODBURY, NY 11797-2061

ELAINE HAAS
73 PEACH TREE DR
EAST NORWICH, NY 11732-1117

MICHAEL HERMAN CUST
RACHEL HERMAN
NJ UNIF GIFT MIN ACT
57 WARREN RD
WEST ORANGE, NJ 07052-1616

| Account: 9000000464 | Total: | 250.000 | Account: 9000000709 | Total: | 200.000 | Account: 9000002516 | Total: | 2.000 | Account: 9000002556 | Total: | 7.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 250.000 | | Cert: | 200.000 | | Cert: | 2.000 | | Cert: | 7.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

MICHAEL HERMAN CUST
TOBY HERMAN
NJ UNIF GIFT MIN ACT
57 WARREN RD
WEST ORANGE, NJ 07052-1616

WEBER C HERMANN
9105 TERRABELLA COURT
NAPLES  FL 34109-4386

WEBER C HERMANN
9105 TERRABELLA COURT
NAPLES  FL 34109-4386

ROBERT B HITT
3108 YEATES LANE
VIRGINIA BEACH, VA 23452-6117

| Account: 9000002667 | Total: | 7.000 | Account: 9000000778 | Total: | 30.000 | Account: 9000002585 | Total: | 4.000 | Account: 9000000920 | Total: | 50.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 7.000 | | Cert: | 30.000 | | Cert: | 4.000 | | Cert: | 50.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

ELISABETH HOEHER
459 VANCE AVENUE
WYCKOFF NJ 07481

MARK R HOFFMANN &
KATHERINE ANN HOFFMANN JT TEN
807 OLYMPIC ST
SUN PRAIRIE, WI 53590-2644

SAUL M. HONIGSBERG &
MARY E. HONIGSBERG JT TEN
10 BRADLEY CT
ROCKVILLE, MD 20851-1438

LARRY HOUDEK &
BARBARA HOUDEK JT TEN
1918 FOXTAIL DR
SALINA KS 67401-7121

| Account: 9000000921 | Total: | 10.000 | Account: 9000000578 | Total: | 300.000 | Account: 9000002521 | Total: | 10.000 | Account: 9000002628 | Total: | 2.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 10.000 | | Cert: | 300.000 | | Cert: | 10.000 | | Cert: | 2.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

JENNIFER HUGHES
395 REDDING RD 182
LEXINGTON, KY 40517-2389

FRANK HUGO
DEEP COVE SHORES
RAYMOND ME  04071

JOHN A. HUMMER &
ELLEN J. HUMMER JT TEN
3343 AVENIDA SIERRA
ESCONDIDO, CA 92029-7939

HELEN L HUNSECKER
27 FIREHOUSE ROAD
WALNUT BOTTOM PA 17266


| Account: 9000000279 | Total:<br>Cert:<br>DR: | 2,500.000<br>2,500.000<br>0.000 | Account: 9000000888 | Total:<br>Cert:<br>DR: | 40.000<br>40.000<br>0.000 | Account: 9000000256 | Total:<br>Cert:<br>DR: | 16,320.000<br>16,320.000<br>0.000 | Account: 9000001037 | Total:<br>Cert:<br>DR: | 500.000<br>500.000<br>0.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DON IANNUZZI<br>707 HERITAGE HILLS UNIT A<br>SOMERS NY 10589 | | | GARY INTRONE &<br>KATHLEEN INTRONE JT TEN<br>210 CENTER STREET<br>METUCHEN, NJ 08840-1304 | | | JARA ENTERPRISES INC<br>190-10 NORTHERN BLVD<br>FLUSHING NY 11358 | | | HERBERT JAWITZ &<br>CHARLOTTE JAWITZ JT TEN<br>245 ARKANSAS DR<br>BROOKLYN, NY 11234-6901 | | |
| Account: 9000001005 | Total:<br>Cert:<br>DR: | 5.000<br>5.000<br>0.000 | Account: 9000000978 | Total:<br>Cert:<br>DR: | 36,000.000<br>36,000.000<br>0.000 | Account: 9000000587 | Total:<br>Cert:<br>DR: | 14,500.000<br>14,500.000<br>0.000 | Account: 9000001057 | Total:<br>Cert:<br>DR: | 100.000<br>100.000<br>0.000 |
| J C BRADFORD & CO<br>PO BOX 308100<br>NASHVILLE TN 37230 | | | JENNIFER ADVERTISING INC<br>C/O JARA ENTERPRISES INC<br>1514 NORTHERN BLVD<br>MANHASSET, NY 11030-3006 | | | JENNIFER INVESTORS L P<br>575 MADISON AVE<br>SUITE 1006<br>NEW YORK, NY 10022-2511 | | | NELS J JENSEN<br>300 W 41ST AVE<br>SAN MATEO, CA 94403-4306 | | |
| Account: 9000000361 | Total:<br>Cert:<br>DR: | 5.000<br>5.000<br>0.000 | Account: 9000002540 | Total:<br>Cert:<br>DR: | 4.000<br>4.000<br>0.000 | Account: 9000002672 | Total:<br>Cert:<br>DR: | 100.000<br>100.000<br>0.000 | Account: 9000002522 | Total:<br>Cert:<br>DR: | 2.000<br>2.000<br>0.000 |
| WILLARD R JOHNSTON JR<br>9901 EVENING STAR DRIVE<br>LOUISVILLE, KY 40272-3603 | | | CRAIG L JOSEPH<br>95 SYCAMORE AVE<br>BERKELEY HEIGHTS, NJ 07922-1614 | | | MATT KAMEN &<br>ERICA KAMEN JT TEN<br>1430 3RD AVE<br>NEW YORK NY 10028 | | | KENNETH KARPINSKI<br>6949 CAMINO DEL REY<br>ROCKFORD, MI 49341-9468 | | |
| Account: 9000002457 | Total:<br>Cert:<br>DR: | 300.000<br>300.000<br>0.000 | Account: 9000000123 | Total:<br>Cert:<br>DR: | 100.000<br>100.000<br>0.000 | Account: 9000002547 | Total:<br>Cert:<br>DR: | 10.000<br>10.000<br>0.000 | Account: 9000002462 | Total:<br>Cert:<br>DR: | 100.000<br>100.000<br>0.000 |
| PHILIP KASSEBAUM<br>2504 GRAND AVE SUITE 2<br>BALDWIN, NY 11510-3545 | | | SAUL KAUFER &<br>CAROL KAUFER JT TEN<br>26-26 141ST ST<br>FLUSHING, NY 11354-1673 | | | BONNIE KAYE<br>25 SUTTON PLACE SOUTH<br>#6L<br>NEW YORK, NY 10022-2467 | | | BRIDGET J ARCHER KAYSER<br>6 POWDER HORN RD<br>PATTERSON, NY 12563-2524 | | |
| Account: 9000002641 | Total:<br>Cert:<br>DR: | 15.000<br>15.000<br>0.000 | Account: 9000002678 | Total:<br>Cert:<br>DR: | 250.000<br>250.000<br>0.000 | Account: 9000000886 | Total:<br>Cert:<br>DR: | 1.000<br>1.000<br>0.000 | Account: 9000000717 | Total:<br>Cert:<br>DR: | 220.000<br>220.000<br>0.000 |
| RICHARD M. KAZANJIAN &<br>CYNTHIA H. KAZANJIAN JT TEN<br>9 SIMMONS RD<br>WINCHESTER MA 01890 | | | MICHAEL W KENNEY<br>1453 SUNNINGDALE LN<br>ORMOND BEACH FL 32174 | | | KITTLES BLOOMINGTON PROPERTY<br>ATTN JOHN DURKOTT<br>8600 ALLISONVILLE RD<br>INDIANAPOLIS, IN 46250-1533 | | | MICHAEL A KLAR<br>7929 DERSINGHAM DR<br>SACRAMENTO, CA 95829-1463 | | |


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC (11278)**

REPORT DATE: 07/07/2010
PAGE:                7

| Account: 9000002652 | Total: Cert: DR: | 20.000 20.000 0.000 |
|---|---|---|

WILSON G. KLEIN III
34 JACKSON COURT
FORDS, NJ 08863-1304

| Account: 9000002580 | Total: Cert: DR: | 4.000 4.000 0.000 |
|---|---|---|

BARRY KOCH
1055 TARRAGON COURT
MORGANVILLE, NJ 07751-1806

| Account: 9000000767 | Total: Cert: DR: | 180.000 180.000 0.000 |
|---|---|---|

HELEN KRAMER CUST
SARA SUGLIA
UNDER THE MA UNIF TRAN MIN ACT
10 TERRACE RD
BOONTON, NJ 07005-9403

| Account: 9000002604 | Total: Cert: DR: | 2.000 2.000 0.000 |
|---|---|---|

ROBERT F KREUER
1102 LOR RAY DRIVE
NORTH MANKATO  MN 56003

| Account: 9000002579 | Total: Cert: DR: | 15.000 15.000 0.000 |
|---|---|---|

RAYMOND J. KUNTZ
208 WILLEVER WAY
STEWARTSVILLE, NJ 08886-2017

| Account: 9000002574 | Total: Cert: DR: | 10.000 10.000 0.000 |
|---|---|---|

CLAYTON LAMBETH
BOX 1016
HOT SPRINGS, SD 57747-1016

| Account: 9000002443 | Total: Cert: DR: | 470.000 470.000 0.000 |
|---|---|---|

RUTH LASIEWSKI &
SUSANN LASIEWSKI JT TEN
121 RIVER VIEW DR
WASHINGTON, NC 27889-9763

| Account: 9000000448 | Total: Cert: DR: | 100.000 100.000 0.000 |
|---|---|---|

NANCY G LEE
1240 EAST DR
WESTWEGO LA 70094-5318

| Account: 9000000842 | Total: Cert: DR: | 75.000 75.000 0.000 |
|---|---|---|

JOHN D LENGEMANN &
DENISE M LENGEMANN JT TEN
1508 SNOWBERRY DRIVE
WILLIAMSTOWN, NJ 08094

| Account: 9000000531 | Total: Cert: DR: | 100.000 100.000 0.000 |
|---|---|---|

MICHAEL JAY LEVINE
4512 ALTAMONT ROAD
BIRMINGHAM, AL 35222-4412

| Account: 9000000253 | Total: Cert: DR: | 10.000 10.000 0.000 |
|---|---|---|

ELLEN LEVY &
JOEL LEVY JTTEN
627 VIRGINIA ROAD #209
CRYSTAL LAKE, IL 60014-7980

| Account: 9000000925 | Total: Cert: DR: | 50.000 50.000 0.000 |
|---|---|---|

KEVIN D LIBERT CUST
JENNIFER LIBERT UNDER THE
OH UNIF TRAN MIN ACT
1846 NORTHSHIRE DR
LANCASTER, OH 43130-1567

| Account: 9000000673 | Total: Cert: DR: | 1.000 1.000 0.000 |
|---|---|---|

JENNIFER LINES
54 FOREST GLADE
HIGHAMS PARK
LONDON E4 NRH
ENGLAND

| Account: 9000002551 | Total: Cert: DR: | 10.000 10.000 0.000 |
|---|---|---|

LEE S. LIPSITZ
11007 INLET DRIVE
EMERALD ISLE, NC 28594-2014

| Account: 9000000974 | Total: Cert: DR: | 44.000 44.000 0.000 |
|---|---|---|

ILYSSA LIPTON CUST
HARRIS LIPTON
UN NY UNIF GIFTS MIN ACT
33 CHESTNUT LANE
WOODBURY, NY 11797-1914

| Account: 9000002675 | Total: Cert: DR: | 1,000.000 1,000.000 0.000 |
|---|---|---|

ALISON J LOVE
9 MARTHA DRIVE
MELVILLE NY 11747

| Account: 9000002448 | Total: Cert: DR: | 242,083.000 242,083.000 0.000 |
|---|---|---|

FRED LOVE
190-10 NORTHERN BLVD
FLUSHING NY 11358

| Account: 9000000266 | Total: Cert: DR: | 6,250.000 6,250.000 0.000 |
|---|---|---|

SCOTT LOVE &
DOROTHY LOVE JT TEN
PO BOX 184
LOS ALAMOS, CA 93440-0184

| Account: 9000000592 | Total: Cert: DR: | 1,000.000 1,000.000 0.000 |
|---|---|---|

SCOTT A LOVE &
DOROTHY LOVE JTTEN
PO BOX 184
LOS ALAMOS, CA 93440-0184

| Account: 9000001055 | Total: Cert: DR: | 4,250.000 4,250.000 0.000 |
|---|---|---|

SCOTT A LOVE
PO BOX 184
LOS ALAMOS, CA 93440-0184



**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC (11278)

REPORT DATE: 07/07/2010
PAGE: 8

| Account: 9000000695 | Total: | 5.000 |
|---|---|---|
| | Cert: | 5.000 |
| | DR: | 0.000 |

JENNIFER A LOWENBERG
3417 GREENOCK
EL PASO, TX 79925-2707

| Account: 9000000751 | Total: | 10.000 |
|---|---|---|
| | Cert: | 10.000 |
| | DR: | 0.000 |

JENNIFER E LUTZ
408 BENHAM
TOLONO IL 61880

| Account: 9000001044 | Total: | 100.000 |
|---|---|---|
| | Cert: | 100.000 |
| | DR: | 0.000 |

VELJAN MACKOVSKI &
DANICA MACKOVSKI JT TEN
20148 EDINBERG DRIVE
MACOMB, MI 48044-2152

| Account: 9000000889 | Total: | 100.000 |
|---|---|---|
| | Cert: | 100.000 |
| | DR: | 0.000 |

WILLIAM MALDANADO &
SALLY MALDANADO JT TEN
2709 HERONS CREEK DR
LAS VEGAS NV 89134

| Account: 9000002534 | Total: | 2.000 |
|---|---|---|
| | Cert: | 2.000 |
| | DR: | 0.000 |

MARY J MAOLES &
LAWRENCE D MAOLES JT TEN
1012 CHERRY BLOSSUM CT
NASHVILLE TN 37215

| Account: 9000000285 | Total: | 10.000 |
|---|---|---|
| | Cert: | 10.000 |
| | DR: | 0.000 |

JENNIFER MARANO
5660 LOPING LANE
BONITA, CA 91902-2812

| Account: 9000000723 | Total: | 200.000 |
|---|---|---|
| | Cert: | 200.000 |
| | DR: | 0.000 |

MAROOTIAN TRADING CO INC
ATTN JOSEPH MAROOTIAN
290 GETTY AVE
PATERSON, NJ 07503-2649

| Account: 9000002562 | Total: | 10.000 |
|---|---|---|
| | Cert: | 10.000 |
| | DR: | 0.000 |

JOHN D. MARTIN &
JEAN G. MARTIN JT TEN
5744 DENTON CIRCLE
NORCROSS, GA 30092-2078

| Account: 9000001016 | Total: | 200.000 |
|---|---|---|
| | Cert: | 200.000 |
| | DR: | 0.000 |

BRIAN J MATTALINO
42 RTE 46 E
LODI, NJ 07644-1308

| Account: 9000002620 | Total: | 43.000 |
|---|---|---|
| | Cert: | 43.000 |
| | DR: | 0.000 |

JOSEPH P MATTALIANO
42 US HY 46 E
LODI NJ 07644

| Account: 9000000903 | Total: | 100.000 |
|---|---|---|
| | Cert: | 100.000 |
| | DR: | 0.000 |

KEVIN MCLAUGHLIN
2547 BARRETT SPRINGS DRIVE
BALLWIN, MO 63021-3819

| Account: 9000002436 | Total: | 180.000 |
|---|---|---|
| | Cert: | 180.000 |
| | DR: | 0.000 |

BARBARA MCNEELY
15 JOYCE DR
HAUPPAUGE, NY 11788-4709

| Account: 9000002634 | Total: | 2.000 |
|---|---|---|
| | Cert: | 2.000 |
| | DR: | 0.000 |

MAUREEN M MEIXNER
55 LYONS PL
SPRINGFIELD, NJ 07081-1603

| Account: 9000000648 | Total: | 100.000 |
|---|---|---|
| | Cert: | 100.000 |
| | DR: | 0.000 |

SERGE P MOLOHOSKY &
SANDRA J MOLOHOSKY JTTEN
93 STONE MOUNTAIN DRIVE
CONROE, TX 77302-1143

| Account: 9000000962 | Total: | 3,600.000 |
|---|---|---|
| | Cert: | 3,600.000 |
| | DR: | 0.000 |

CHARLES MORREALE &
JULLIA MORREALE JT TEN
17 LOUIS DRIVE
KATONAH, NY 10536-3122

| Account: 9000000769 | Total: | 830.000 |
|---|---|---|
| | Cert: | 830.000 |
| | DR: | 0.000 |

PETER C MORREALE
4504 FOREST HILL DRIVE
FAIRFAX, VA 22030-5604

| Account: 9000000391 | Total: | 5.000 |
|---|---|---|
| | Cert: | 5.000 |
| | DR: | 0.000 |

JENNIFER K MORTON
37 FOSTER STREET 3
BRIGHTON, MA 02135-2616

| Account: 9000000929 | Total: | 200.000 |
|---|---|---|
| | Cert: | 200.000 |
| | DR: | 0.000 |

DINO G MUCCIA
19 KENNEDY DR
FLANDERS, NJ 07836-9215

| Account: 9000002477 | Total: | 400,000.000 |
|---|---|---|
| | Cert: | 400,000.000 |
| | DR: | 0.000 |

NAVON VII LLC
ANSONIA STATION
P.O. BOX 234009
NEW YORK NY 10023-9455

| Account: 9000000894 | Total: | 500.000 |
|---|---|---|
| | Cert: | 500.000 |
| | DR: | 0.000 |

ROBERT NEWBLATT CUST
BRETT NEWBLATT
UNDER THE NY UNIF GIFT MIN ACT
32 STONEY RUN
NEW ROCHELLE, NY 10804-3416

| Account: 9000000787 | Total: | 1,700.000 |
|---|---|---|
| | Cert: | 1,700.000 |
| | DR: | 0.000 |

CLINTON O OLSEN
116 MORTON DR
RAMSEY, NJ 07446-2517

| Account: 9000002517 | Total: | 18.000 |
|---|---|---|
| | Cert: | 18.000 |
| | DR: | 0.000 |

PHILIP E ORBANES &
ANNA ORBANES JT TEN
104 HESPERUS AVENUE
GLOUCESTER MA 01930

| Account: 9000002527 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

SEP IRA ORIN A. SHCMITZ
C O GUARANTEE & TRUST CO TTEE ROUTE
2 BOX 239
NEW ULM MN 56073

| Account: 9000002632 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

NANCY R. PALOMBA
C O ROSEANNE COX 44 ERNST AVE
BLOOMFIELD NJ 07003


| | | | |
|---|---|---|---|
| **Account: 9000000982** Total: 200.000<br>Cert: 200.000<br>DR: 0.000 | **Account: 9000002668** Total: 10.000<br>Cert: 10.000<br>DR: 0.000 | **Account: 9000000856** Total: 42.000<br>Cert: 42.000<br>DR: 0.000 | **Account: 9000002530** Total: 2.000<br>Cert: 2.000<br>DR: 0.000 |
| BARRY ROBERT PAPE &<br>CATHERINE PAPE JT TEN<br>312 REFUGE DR. W.<br>DRUMS, PA 18222 | LOUIS J PAPPALARDO<br>10 BARRISTER LN 100<br>FAIRFIELD, CT 06824-7824 | FRED W PARKHURST JR &<br>LORRAINE D PARKHURST JT TEN<br>2600 LAKESHORE ROAD<br>P O BOX 49<br>LACONIA, NH 03247-0049 | CARMEN A PASTORE &<br>SUZANNE L PASTORE JT TEN<br>7991 STONEYBROOK LN<br>MENTOR, OH 44060-5935 |
| **Account: 9000000547** Total: 367.000<br>Cert: 367.000<br>DR: 0.000 | **Account: 9000002478** Total: 100.000<br>Cert: 100.000<br>DR: 0.000 | **Account: 9000002528** Total: 19.000<br>Cert: 19.000<br>DR: 0.000 | **Account: 9000002601** Total: 11.000<br>Cert: 11.000<br>DR: 0.000 |
| SCOTT PERKINS<br>24 EDWARDS ROAD<br>FOXBORO, MA 02035-1118 | ANDREA PHILLIPPOFF<br>46 MACLEAY RD<br>MONTVILLE, NJ 07045-9798 | KEITH R. POWELL &<br>KATHLEEN M. POWELL JT TEN<br>4414 MYERWOOD LANE<br>DALLAS, TX 75244-7513 | PRESSURE CHEMICAL CO P S PL &<br>TR JT TEN<br>ATTN: LAWRENCE J. ROSEN TTEE 3419<br>SMALLMAN STREET<br>PITTSBURGH PA 15201 |
| **Account: 9000002615** Total: 12.000<br>Cert: 12.000<br>DR: 0.000 | **Account: 9000000612** Total: 40.000<br>Cert: 40.000<br>DR: 0.000 | **Account: 9000002636** Total: 2.000<br>Cert: 2.000<br>DR: 0.000 | **Account: 9000000195** Total: 100.000<br>Cert: 100.000<br>DR: 0.000 |
| RUDY J. PRHNE &<br>SALLY S. PRHNE JT TEN<br>467 APPLE HILL DRIVE<br>SAGAMORE HILLS, OH 44067-1106 | CAROLE RALSTON<br>95 WINDOM ST<br>WHITE PLAINS, NY 10607-2614 | EDMUND RAPP & ZUZANNA RAPP<br>3929 LOCHVIEW DR<br>MYRTLE BEACH, SC 29588-4901 | HOPE ALYSE REINER<br>& MARTY SCHWARTZ JT TEN<br>764 QUINCE ORCHARD BLVD<br>GAITHERSBURG, MD 20878-1523 |
| **Account: 9000002543** Total: 6.000<br>Cert: 6.000<br>DR: 0.000 | **Account: 9000002677** Total: 200.000<br>Cert: 200.000<br>DR: 0.000 | **Account: 9000002630** Total: 10.000<br>Cert: 10.000<br>DR: 0.000 | **Account: 9000002545** Total: 4.000<br>Cert: 4.000<br>DR: 0.000 |
| BERNARD REISS IRA &<br>FLEET BROKERAGE SECURITIES CUST<br>11309 WINGFOOT DR<br>BOYNTON BEACH, FL 33437-1624 | LINDSAY REITZES &<br>JONATHAN REITZES JT TEN<br>110 LIVINGSTON ST 10K<br>BROOKLYN NY 11201 | CHARLES R RETTIG &<br>SUSAN M RETTIG JT TEN<br>10287 GOLDENTRAIL RD<br>MILLERSBURG, MI 49759-9621 | DEAN WITTER REYNOLDS CUST &<br>JOSEPH E. GIBBONS,IRA DTD 4 7 88<br>1202 KNOLLBROOK DR<br>LANSDALE, PA 19446-5118 |
| **Account: 9000002593** Total: 4.000<br>Cert: 4.000<br>DR: 0.000 | **Account: 9000002612** Total: 7,735.000<br>Cert: 7,735.000<br>DR: 0.000 | **Account: 9000002471** Total: 100.000<br>Cert: 100.000<br>DR: 0.000 | **Account: 9000002481** Total: 100.000<br>Cert: 100.000<br>DR: 0.000 |
| DEAN WITTER REYNOLDS C F &<br>IRIS BORMAN IRA STD JT TEN<br>38 GRAND COVE WAY<br>EDGEWATER, NJ 07020-7223 | HOWARD RHINE<br>1020 E 7TH ST<br>BROOKLYN, NY 11230-3502 | JAKE D RICHMAN<br>860 UNITED NATIONS PLAZA<br>NEW YORK, NY 10017-1810 | KATIE SHAINE RICHMAN<br>860 UNITED NATIONS PLAZA APT 35A<br>NEW YORK NY 10017 |


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC (11278)

REPORT DATE: 07/07/2010
PAGE:     10

| Account: 9000002424 | Total: | 75.000 |
|---|---|---|
| | Cert: | 75.000 |
| | DR: | 0.000 |

SCOTT L ROGERS &
MICHAEL F WIEGOLD TEN COM
5415 COLLINS AVE 505
MIAMI BEACH, FL 33140-2556

| Account: 9000002514 | Total: | 8.000 |
|---|---|---|
| | Cert: | 8.000 |
| | DR: | 0.000 |

PHILIPP ROMETSCH
32809 CAMBRIDGE
WARREN, MI 48093-6113

| Account: 9000002616 | Total: | 154.000 |
|---|---|---|
| | Cert: | 154.000 |
| | DR: | 0.000 |

ANTHONY ROSA &
FELICIA BELLA ROSA JT TEN
ONE BARNSDALE ROAD
NORTH CALDWELL, NJ 07006-4300

| Account: 9000000625 | Total: | 500.000 |
|---|---|---|
| | Cert: | 500.000 |
| | DR: | 0.000 |

KENNETH LOWELL ROSE
P O BOX 1555
CLIFTON, NJ 07015-1555

| Account: 9000000201 | Total: | 100.000 |
|---|---|---|
| | Cert: | 100.000 |
| | DR: | 0.000 |

CHRISTINE ROTH
510 E 23RD ST
NEW YORK, NY 10010-5012

| Account: 9000002458 | Total: | 100.000 |
|---|---|---|
| | Cert: | 100.000 |
| | DR: | 0.000 |

DEBORAH A RUANE
8068 MORNING MEADOW CT
ALEXANDRIA, VA 22315-5076

| Account: 9000000382 | Total: | 750.000 |
|---|---|---|
| | Cert: | 750.000 |
| | DR: | 0.000 |

KIMBERLY RUDICK
370 GREAT POND ROAD
NORTH ANDOVER, MA 01845-2017

| Account: 9000000385 | Total: | 750.000 |
|---|---|---|
| | Cert: | 750.000 |
| | DR: | 0.000 |

KRISTEN RUDICK
370 GREAT POND ROAD
NORTH ANDOVER, MA 01845-2017

| Account: 9000000433 | Total: | 50.000 |
|---|---|---|
| | Cert: | 50.000 |
| | DR: | 0.000 |

AUDREY J SADOWSKI
22 LONGVIEW DRIVE
EMERSON, NJ 07630-1508

| Account: 9000000863 | Total: | 5.000 |
|---|---|---|
| | Cert: | 5.000 |
| | DR: | 0.000 |

JENNIFER SCHATZMAN
29 FORTE AVE
MEDFORD, NY 11763-4433

| Account: 9000001050 | Total: | 300.000 |
|---|---|---|
| | Cert: | 300.000 |
| | DR: | 0.000 |

JOHN G SCHIFF &
BEVERLY SCHIFF JT TEN
18813 N 89TH LANE
PEORIA, AZ 85382-8617

| Account: 9000002576 | Total: | 10.000 |
|---|---|---|
| | Cert: | 10.000 |
| | DR: | 0.000 |

KANDICE A. SCHROMM
572 CROOKED STICK DRIVE
DAYTONA BEACH, FL 32114-7190

| Account: 9000002643 | Total: | 2.000 |
|---|---|---|
| | Cert: | 2.000 |
| | DR: | 0.000 |

JOAN D. SCHUMACHER &
KARL J. SCHUMACHER JT TEN
81 STANLEY DR
BAY CITY MI 48708-9118

| Account: 9000002654 | Total: | 10.000 |
|---|---|---|
| | Cert: | 10.000 |
| | DR: | 0.000 |

CARRIE SCHURMANN
200 WINSTON DR APT 2202
CLIFFSIDE PARK, NJ 07010-3226

| Account: 9000002597 | Total: | 20.000 |
|---|---|---|
| | Cert: | 20.000 |
| | DR: | 0.000 |

DAVID H. SCHWARTZ &
RICHARD J. SPIGAI JT TEN
1512 PALISADES AVE
FORT LEE, NJ 07024-5308

| Account: 9000000429 | Total: | 100.000 |
|---|---|---|
| | Cert: | 100.000 |
| | DR: | 0.000 |

FRANCINE SCHWARTZ
355 RUTGERS LANE
PARSIPPANY, NJ 07054-4228

| Account: 9000000871 | Total: | 200.000 |
|---|---|---|
| | Cert: | 200.000 |
| | DR: | 0.000 |

LISA SCHWARTZ
38 HARVARD RD
CRANFORD, NJ 07016-1551

| Account: 9000002546 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

STUART L. SCHWERIN
71 AIKEN ST. Q4
NORWALK CT 06851

| Account: 9000000987 | Total: | 254,833.000 |
|---|---|---|
| | Cert: | 254,833.000 |
| | DR: | 0.000 |

EDWARD SEIDNER
C/O JENNIFER CONVERTIBLES INC
417 CROSSWAYS PARK DRIVE
WOODBURY NY 11797

| Account: 9000000697 | Total: | 6,250.000 |
|---|---|---|
| | Cert: | 6,250.000 |
| | DR: | 0.000 |

EDWARD B SEIDNER
C/O JENNIFER CONVERTIBLES INC
417 CROSSWAYS PARK DRIVE
WOODBURY NY 11797

| Account: 9000001010 | Total: | 300.000 |
|---|---|---|
| | Cert: | 300.000 |
| | DR: | 0.000 |

GREGORY SERRAS
2124 E 5TH ST
BROOKLYN, NY 11223-4039

| Account: 9000001009 | Total: | 500.000 |
|---|---|---|
| | Cert: | 500.000 |
| | DR: | 0.000 |

NICKOLAS SERRAS
2124 E 5 ST
BROOKLYN, NY 11223-4039

| Account: 9000002544 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

STANLEY J. SHNIDERSON
6433 CREEKBEIRD DR
HOUSTON TX 77096

| Account: 9000002537 | Total: | 30.000 |
|---|---|---|
| | Cert: | 30.000 |
| | DR: | 0.000 |

NATHANIEL SILON &
BARBARA SILON JT TEN
304 PLANTATION CIRCLE
PONTE VEDRA BEACH, FL 32082-3925



**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC (11278)**

REPORT DATE: 07/07/2010
PAGE: 11

| Account: 9000002570 | Total: 20.000<br>Cert: 20.000<br>DR: 0.000 | Account: 9000002571 | Total: 2.000<br>Cert: 2.000<br>DR: 0.000 | Account: 9000002549 | Total: 4.000<br>Cert: 4.000<br>DR: 0.000 | Account: 9000002548 | Total: 10.000<br>Cert: 10.000<br>DR: 0.000 |
|---|---|---|---|---|---|---|---|
| GREG DA SILVA<br>9 ACADEMY LANE<br>BELLPORT, NY 11713-2742 | | GREG DA SILVA &<br>LINDA GRANT DA SILVA JT TEN<br>9 ACADEMY LANE<br>BELLPORT, NY 11713-2742 | | BERYL SKOG<br>157 PALISADES AVE<br>CRESSKILL, NJ 07626-2258 | | DONALD R. SKOG<br>157 PALISADES AVE<br>CRESSKILL, NJ 07626-2258 | |
| Account: 9000000217 | Total: 150.000<br>Cert: 150.000<br>DR: 0.000 | Account: 9000002605 | Total: 4.000<br>Cert: 4.000<br>DR: 0.000 | Account: 9000002679 | Total: 1,200.000<br>Cert: 1,200.000<br>DR: 0.000 | Account: 9000002582 | Total: 4.000<br>Cert: 4.000<br>DR: 0.000 |
| SLUMERLAND INC<br>ATTN PAUL KAUFMAN<br>630 PIERCE BUTLER RTE<br>SAINT PAUL, MN 55104-1629 | | DENNIS H SOLDATI<br>111 SUNRISE DR<br>GILLETTE, NJ 07933-1944 | | SOLOMON SCHECHTER DAY SCHOOL<br>OF NASSAU COUNTY<br>27 CEDAR SWAMP ROAD<br>GLEN COVE NY 11542 | | SALVADOR SOUTO JR. &<br>MARY SOUTO JT TEN<br>95 ESSEX DRIVE #3D<br>STATEN ISLAND, NY 10314-7826 | |
| Account: 9000002525 | Total: 10.000<br>Cert: 10.000<br>DR: 0.000 | Account: 9000000923 | Total: 75.000<br>Cert: 75.000<br>DR: 0.000 | Account: 9000001002 | Total: 1,000.000<br>Cert: 1,000.000<br>DR: 0.000 | Account: 9000000812 | Total: 200.000<br>Cert: 200.000<br>DR: 0.000 |
| DENNIS SPIVAK<br>12952 E. WETHERSFIELD RD<br>SCOTTSDALE, AZ 85259-3504 | | MARY J STACKHOUSE<br>19 FOXGLOVE RD<br>LEVITTOWN, PA 19056-1815 | | GEORGE STAMATIADES &<br>CONNIE STAMATIADES JT TEN<br>38-25 31ST ST<br>LONG IS CITY, NY 11101-2718 | | JERRY STAMPS &<br>NANCY STAMPS JT TEN<br>814 SMITH BEND LN<br>GAINESBORO, TN 38562-5330 | |
| Account: 9000002594 | Total: 2.000<br>Cert: 2.000<br>DR: 0.000 | Account: 9000002463 | Total: 300.000<br>Cert: 300.000<br>DR: 0.000 | Account: 9000002608 | Total: 2.000<br>Cert: 2.000<br>DR: 0.000 | Account: 9000002640 | Total: 2.000<br>Cert: 2.000<br>DR: 0.000 |
| JERRY STAMPS &<br>NANCY STAMPS JT TEN<br>814 SMITH BEND LN<br>GAINESBORO, TN 38562-5330 | | ALEXIS STEWART &<br>ED STEWART JT TEN<br>C-O DISTEFANO<br>14 SUTTON SQUARE<br>NEW YORK, NY 10022-2408 | | JOHN J SUKUNDA & KAREN J SUKUNDA<br>412 EDGEBORO DR<br>NEWTOWN, PA 18940-2038 | | RICHARD TAKAE &<br>MISAKO TAKAE JT TEN<br>1405 KOLOPUA ST<br>HONOLULU, HI 96819-1648 | |
| Account: 9000002561 | Total: 15.000<br>Cert: 15.000<br>DR: 0.000 | Account: 9000000356 | Total: 2,000.000<br>Cert: 2,000.000<br>DR: 0.000 | Account: 9000002653 | Total: 22.000<br>Cert: 22.000<br>DR: 0.000 | Account: 9000002661 | Total: 4.000<br>Cert: 4.000<br>DR: 0.000 |
| PHILIP TALKOW &<br>DONNA TALKOW JT TEN<br>1434 CHESTNUT AVE<br>HILLSIDE, NJ 07205-1112 | | DAVID TARIN<br>C/O COOL HEAT INC<br>2859 W MONTROSE<br>CHICAGO, IL 60618-1534 | | JEAN THOLLON<br>300 E 40TH AVE 29A<br>NEW YORK, NY 10016-2154 | | TTEE L. THOMAS &<br>MAXINE L. WOODS JT TEN<br>PO BOX 38<br>SEBREE, KY 42455-0038 | |


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC (11278)**

REPORT DATE: 07/07/2010
PAGE: 12

| Account: 9000000736 | Total: | 400.000 |
| | Cert: | 400.000 |
| | DR: | 0.000 |

WILLIAM E THOMAS JR &
LINDA J THOMAS JT TEN
445 GLENDALE ROAD
WYCKOFF, NJ 07481-2537

| Account: 9000002607 | Total: | 10.000 |
| | Cert: | 10.000 |
| | DR: | 0.000 |

PAUL THOMPSON &
BIRGIT THOMPSON JT TEN
11 VALLEY VIEW ROAD
LONG VALLEY, NJ 07853-3132

| Account: 9000002578 | Total: | 9.000 |
| | Cert: | 9.000 |
| | DR: | 0.000 |

MARY ANN TLUCEK IRA
10 LEIGH TERRACE
GLEN ROCK, NJ 07452-3715

| Account: 9000002591 | Total: | 10.000 |
| | Cert: | 10.000 |
| | DR: | 0.000 |

MARY ANN TLUCEK
10 LEIGH TERRACE
GLEN ROCK, NJ 07452-3715

| Account: 9000000434 | Total: | 50.000 |
| | Cert: | 50.000 |
| | DR: | 0.000 |

JOAN TOWLE &
ROGER TOWLE JTTEN
262 HICKORY ST
TOWNSHIP OF WASHINGTON, NJ 07676-5027

| Account: 9000002416 | Total: | 100.000 |
| | Cert: | 100.000 |
| | DR: | 0.000 |

PETER TRAPANI CUST
BRIAN PETER TRAPANI UNDER THE
NY UNIF GIFT MIN ACT
142 LEE RD
GARDEN CITY, NY 11530-1026

| Account: 9000002610 | Total: | 20.000 |
| | Cert: | 20.000 |
| | DR: | 0.000 |

CAROLYN GANG TROOB
40 WESTFIELD RD
WHITE PLAINS NY 10605-5455

| Account: 9000002613 | Total: | 10.000 |
| | Cert: | 10.000 |
| | DR: | 0.000 |

YUN YEN TSONG &
SHIN FANG TSONG JT TEN
33 EVERGREEN DR
N CALDWELL, NJ 07006-4321

| Account: 9000000826 | Total: | 1,000.000 |
| | Cert: | 1,000.000 |
| | DR: | 0.000 |

YUN YEN TSONG &
SHIN FANG TSONG JT TEN
33 EVERGREEN DRIVE
NORTH CALDWELL, NJ 07006-4321

| Account: 9000000378 | Total: | 200.000 |
| | Cert: | 200.000 |
| | DR: | 0.000 |

JAMES H VELD &
WANDA L VELD JT TEN
1818 E RIETVELD DRIVE
CRETE, IL 60417-3408

| Account: 9000000853 | Total: | 4,000.000 |
| | Cert: | 4,000.000 |
| | DR: | 0.000 |

GRACE VITALE
25 DEBBIE LN
EAST PATCHOGUE, NY 11772-4239

| Account: 9000000664 | Total: | 200.000 |
| | Cert: | 200.000 |
| | DR: | 0.000 |

PAUL WACHA
526 JOHN ST
TEANECK, NJ 07666-5301

| Account: 9000002603 | Total: | 2.000 |
| | Cert: | 2.000 |
| | DR: | 0.000 |

JENNINGS L. WAGONER &
SHIRLEY WAGONER JT TEN
468 DRY BRIDGE ROAD
CHARLOTTESVILLE, VA 22903-7456

| Account: 9000002464 | Total: | 1,930.000 |
| | Cert: | 1,930.000 |
| | DR: | 0.000 |

JONATHAN D WARNER
207 SUNSET RD
OYSTER BAY, NY 11771-3405

| Account: 9000001053 | Total: | 75.000 |
| | Cert: | 75.000 |
| | DR: | 0.000 |

KELLY WARREN CUST
MICHAEL WARREN
UNDER THE NJ UNIF TRAN MIN ACT
18 FOREST LANE
TABERNACLE, NJ 08088-9027

| Account: 9000002598 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

HERBERT WEINBLATT
4620 NORTH PARK AVE
APT 1404 W
CHEVY CHASE, MD 20815-4549

| Account: 9000000233 | Total: | 200.000 |
| | Cert: | 200.000 |
| | DR: | 0.000 |

SAMUEL J WEINSTEIN
44 BRANDON AVENUE
LIVINGSTON, NJ 07039-1331

| Account: 9000002633 | Total: | 10.000 |
| | Cert: | 10.000 |
| | DR: | 0.000 |

WILLIAM WEISS &
DORIS WEISS JT TEN
P.O. BOX 789
WEST RUTLAND, VT 05777-0789

| Account: 9000001056 | Total: | 22.000 |
| | Cert: | 22.000 |
| | DR: | 0.000 |

JENNIFER K WELCH
11216 GALLERY ECHO ST
LAS VEGAS NV 89141-6052

| Account: 9000002550 | Total: | 10.000 |
| | Cert: | 10.000 |
| | DR: | 0.000 |

THE WERBACH TRUST DTD 3-8-91
ATTN MELVYN & GAIL WERBACH TTEE
4751 VIVIANA DR
TARZANA, CA 91356-5038


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC (11278)**

REPORT DATE: 07/07/2010
PAGE: 13

| | | | |
|---|---|---|---|
| **Account: 9000000456** Total: **250.000** Cert: 250.000 DR: 0.000 | **Account: 9000001047** Total: **500.000** Cert: 500.000 DR: 0.000 | **Account: 9000000239** Total: **18,750.000** Cert: 18,750.000 DR: 0.000 | **Account: 9000002513** Total: **4,000.000** Cert: 4,000.000 DR: 0.000 |
| CORLISS WHITNEY 200 SEAMAN AVE ROCKVILLE CENTRE, NY 11570-3233 | LOUIS F WILDSTEIN TTEE UA DTD 2 4 91 LOUIS F WILDSTEIN REV TRUST 120 COCCIA DR EAGLERIDGE UNIT 120 WEST ORANGE NJ 07052 | BERNARD WINCIG 574 - 5TH AVE NEW YORK, NY 10036-4806 | BERNARD WINCIG C/O THE LAW OFFICES OF WINCIG & WINCIG 574 FIFTH AVENUE NEW YORK NY 10036 |
| **Account: 9000002606** Total: **10.000** Cert: 10.000 DR: 0.000 | **Account: 9000002644** Total: **1.000** Cert: 1.000 DR: 0.000 | **Account: 9000002552** Total: **2.000** Cert: 2.000 DR: 0.000 | **Account: 9000000963** Total: **120.000** Cert: 120.000 DR: 0.000 |
| STANLEY WOLFSON & GAIL WOLFSON JT TEN 7 BRUCE LN EAST NORTHPORT, NY 11731-2701 | PENNY WOLIN PO BOX 1837 SEBASTOPOL, CA 95473-1837 | WILLIAM F. WRIGHT JR. & SHERREE WRIGHT JT TEN P.O. BOX 2157 NEW SMYRNA BEACH, FL 32170-2157 | BEA YANKOWITZ & SIDNEY YANKOWITZ JT TEN 12212 N PARADISE VILL PKY S 336 C PHOENIX AZ 85032-7650 |
| **Account: 9000002596** Total: **10.000** Cert: 10.000 DR: 0.000 | **Account: 9000000360** Total: **1.000** Cert: 1.000 DR: 0.000 | **Account: 9000000943** Total: **100.000** Cert: 100.000 DR: 0.000 | **Account: 9000002569** Total: **12.000** Cert: 12.000 DR: 0.000 |
| YOSHITAKA YOSHIDA & IHOKO YOSHIDA JT TEN 29518 WALKER DR WARREN, MI 48092-2287 | ROSS ZAVOD 361 W MADISON LOMBARD, IL 60148-3217 | ZELIG ZISES FOREST HILL CAPITAL CORP 477 MADISON AVE - 14TH FLOOR NEW YORK, NY 10022-5802 | LANCE ERIC ZIMMERMAN 503 THOMPSON STREET SOUTH WILLIAMSPORT, PA 17702-7533 |
| **Account: 9000002639** Total: **20.000** Cert: 20.000 DR: 0.000 | | | |
| WILLIAM ZYSBLAT C/O RZO LLC 250 WEST 57TH STREET SUITE 1101 NEW YORK, NY 10107-1101 | | | |

**Jennifer Convertibles, Inc.**
**Case Number: 10-13779 (ALG)**

**Exhibit - List of Equity Security Holders**

Series B Preferred.


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC SER B PFD
### (13168)

REPORT DATE: 07/07/2010
PAGE: 1

| Account: 0000010038 | Total: 15.000 | Account: 0000010211 | Total: 44.000 | Account: 0000010271 | Total: 29.000 | Account: 0000010466 | Total: 4.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 15.000 | | Cert: 44.000 | | Cert: 29.000 | | Cert: 4.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

| PETER & | COWEN & CO CUST & | VOGTLAND & WOLPER MD PA TTEE & | MLPF & |
|---|---|---|---|
| SUZANNE A. DOWNEY LVC TRUST | LAURENCE UDELL IRA | FBO JC WOLPER MD UA DTD 9 30 86 | S CUST JT TEN |
| ATT: PETER DOWNEY | 38 HICKORY ROAD | DIGESTIVE DISEASES & ENDOSCOPY PSP & | 10634 CEDAR WAXWING DRIVE |
| 108 W. SPEARFISH LANE | SHORT HILLS, NJ 07078-1226 | TR | SUN LAKES AZ 85248 |
| JUPITER FL 33477 | | FORT MYERS FL 33907 | |

| Account: 0000010552 | Total: 44.000 | Account: 0000010561 | Total: 9.000 | Account: 0000011005 | Total: 6.000 | Account: 0000011288 | Total: 3.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 44.000 | | Cert: 9.000 | | Cert: 6.000 | | Cert: 3.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

| MATTHEW & | VALETTA | ALEXANDER & | GUARANTEE & |
|---|---|---|---|
| BARBARA SAVAGE TTEE S JT TEN | 55 WOODRIDGE RD | SALLY LOWE JTWROS JT TEN | TRUST CO TTEE JT TEN |
| 240 EAST 82ND STREET | THORNTON, PA 19373-1088 | 10145 S. VANVLISSINGEN | ROUTE 3 BOX 2634 |
| NEW YORK, NY 10028-2703 | | CHICAGO, IL 60617-5638 | NACOGDOCHES TX 75964 |

| Account: 0000011385 | Total: 3.000 | Account: 0000011406 | Total: 22.000 | Account: 0000010474 | Total: 15.000 | Account: 0000010815 | Total: 9.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 3.000 | | Cert: 22.000 | | Cert: 15.000 | | Cert: 9.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

| BERTHA & | GINA & | LEWIS ABRAMS & | MARGUERITE ROSE ABRAMS & |
|---|---|---|---|
| WILLIAM KAUFMANN CO-TTEES JT TEN | CO JT TEN | ELINOR ABRAMS JT TEN | JACQUELINE ABRAMS JT TEN |
| 19205 HOBBS COURT | 980 9TH STREET 6TH FLOOR | 132 GIPSY TRAIL | 2606 NW 104 AVE BLDG 185 |
| LUTZ FL 33548-4254 | SACRAMENTO, CA 95814-2719 | CARMEL, NY 10512-4362 | APT 203 |
| | | | SUNRISE, FL 33322-6315 |

| Account: 0000010480 | Total: 3.000 | Account: 0000010481 | Total: 2.000 | Account: 0000010482 | Total: 1.000 | Account: 0000010470 | Total: 1.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 3.000 | | Cert: 2.000 | | Cert: 1.000 | | Cert: 1.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

| CRAIG ACKERMAN | R O SCOTT ACKERMAN IRA & | IRA SCOTT ACKERMAN & | VINCENT D ACO |
|---|---|---|---|
| 159-36 81 STREET | SMITH BARNEY CUSTODIAN JT TEN | SMITH BARNEY,CUSTODIAN JT TEN | 930 SYCAMOVE LN |
| HOWARD BEACH NY 11414 | 6 EAST LANE | 6 EAST LANE | WASHINGTON TOP NJ 07675 |
| | MANHASSET HILLS, NY 11040-1121 | MANHASSET HILLS, NY 11040-1121 | |

| Account: 0000011227 | Total: 1.000 | Account: 0000010406 | Total: 3.000 | Account: 0000010040 | Total: 4.000 | Account: 0000010001 | Total: 37.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 1.000 | | Cert: 3.000 | | Cert: 4.000 | | Cert: 37.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

| A G EDWARDS & | CHARLES F. ALDEN | LOUIS ALLARD | RAYMOND M. ALLARD |
|---|---|---|---|
| CO CUST JT TEN | 20 DONNA DRIVE | 9665 PLANTATION RD | 231 ALBI ROAD,APT #4 |
| 8266 MENTOR AVE | FAIRFIELD, NJ 07004-1818 | OLIVE BRANCH, MS 38654-1626 | NAPLES, FL 34112-6195 |
| MENTOR, OH 44060-5731 | | | |


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 2

| Account: 0000011379 | Total: 18.000 | Account: 0000010067 | Total: 11.000 | Account: 0000010600 | Total: 11.000 | Account: 0000011399 | Total: 25.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 18.000 | | Cert: 11.000 | | Cert: 11.000 | | Cert: 25.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| TTEE EUSTACE A. ALLEN II & ALLEN BEVERAGES INC. P S P & TRUST UA DTD 12 14 82 PO BOX 2037 GULFPORT, MS 39505-2037 | | JOHN ALLINGHAM 3326 OLD BLUE RIDGE TPKE MADISON VA 22727-3938 | | MICHAEL S. AMENT 2220 SOUTH OCEAN BLVD. DELRAY BEACH FL 33483 | | AMTRUST INVESTORS INC. ATTN: JIMMY BAKER PRESIDENT P.O. BOX 3467 VICTORIA, TX 77903-3467 | |
| Account: 0000010125 | Total: 15.000 | Account: 0000011121 | Total: 1.000 | Account: 0000010191 | Total: 15.000 | Account: 0000010842 | Total: 23.000 |
| | Cert: 15.000 | | Cert: 1.000 | | Cert: 15.000 | | Cert: 23.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| ROBERT J. ANDERSON & MARILYN QUINN ANDERSON JT TEN 577 PORTLAND AVE NORTH BALDWIN, NY 11510-2640 | | PHILOMENA ANDREA 4108 81ST STREET KENOSHA, WI 53142-4537 | | MARVIN ANTMAN & SUSAN ANTMAN 3 BETSY ROSS COURT EAST BRUNSWICK NJ 08816 | | TRACY APONAS & JAMES APONAS JT TEN 1048 GREAT POND RD NORTH ANDOVER, MA 01845-1204 | |
| Account: 0000010822 | Total: 1.000 | Account: 0000010722 | Total: 3.000 | Account: 0000010740 | Total: 15.000 | Account: 0000010839 | Total: 4.000 |
| | Cert: 1.000 | | Cert: 3.000 | | Cert: 15.000 | | Cert: 4.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| JENNIFER APPEL UGMA PA ATTN DEBBIE APPEL CUST. 1 PENNS WOODS DR NEWTOWN PA 18940 | | MATTHEW APPOLONIA 24 LIBERTY AVE BERKELEY HEIGHTS, NJ 07922-2002 | | JERRY ARMELINO 100 PARKWAY POINT PLEASANT BEACH, NJ 08742-3272 | | DAVID ARNOLD C/O ADX RESOURCES INC 61 S MAIN STREET NEW CITY NY 10956 | |
| Account: 0000011078 | Total: 15.000 | Account: 0000011240 | Total: 7.000 | Account: 0000011359 | Total: 6.000 | Account: 0000010786 | Total: 12.000 |
| | Cert: 15.000 | | Cert: 7.000 | | Cert: 6.000 | | Cert: 12.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| STANLEY L. ARNT & SALLY J. ARNT JT TEN 5070 N. WATERVLIET RD WATERVLIET, MI 49098-9120 | | DLJSC AS CUST & FBO TERESA A MAPLE IRA JT TEN 2615 VAIL DR COLUMBIA MD 65203 | | GUILFORD MED ASSOCIATES PEN TR B & EDWIN L BRYAN TTEE UT DTD 11 1 75 2703 HENRY STREET GREENSBORO, NC 27405-3669 | | FLORA B ATKIN 5507 UPPINGHAM ST CHEVY CHASE, MD 20815-5507 | |
| Account: 0000010871 | Total: 1.000 | Account: 0000011021 | Total: 3.000 | Account: 0000010039 | Total: 3.000 | Account: 0000011349 | Total: 5.000 |
| | Cert: 1.000 | | Cert: 3.000 | | Cert: 3.000 | | Cert: 5.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| A I AUSTIN & JOAN AUSTIN JT TEN 3495 STARBURST CT WEST MULBERRY FL 33860 | | ALBERT AZUS ATTN: THOMAS G. TALIAFERRO ACCT EXEC 118 E. CARRILLO ST SANTA BARBARA CA 93101 | | NICK H BABANIKAS 105 TAWNTON AVE PO BOX 244 NORTON, MA 02766-0244 | | WILLIS R BADGLEY & EVELYN J BADGLEY JT TEN 1414 W EDGEWOOD APT B112 SPRINGFIELD, MO 65807-3403 | |


**AMERICAN STOCK**
*Transfer & Trust Company, LLC*
LINK GROUP network

# LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC SER B PFD
### (13168)

REPORT DATE: 07/07/2010
PAGE: 3

| Account: 0000010629 | Total: 3.000 | Account: 0000010626 | Total: 44.000 | Account: 0000010627 | Total: 28.000 | Account: 0000011068 | Total: 2.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 3.000 | | Cert: 44.000 | | Cert: 28.000 | | Cert: 2.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| ADAM BAGOON & CUST U NJ UGTMA ATTN: PAUL BAGOON 12 BANYAN RD SKILLMAN NJ 08558 | | PAUL BAGOON CUST & FBO: SCOTT BAGOON UGMA NJ JT TEN 12 BANYAN RD SKILLMAN, NJ 08558-2238 | | SCOTT BAGOON 12 BANYAN RD SKILLMAN, NJ 08558-2238 | | ROBERT W BAIRD & CO TTEE JT TEN RT 6 P.O. BOX 117 SPARTA WI 54656 | |

| Account: 0000010010 | Total: 1.000 | Account: 0000011511 | Total: 15.000 | Account: 0000010490 | Total: 22.000 | Account: 0000011341 | Total: 15.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 1.000 | | Cert: 15.000 | | Cert: 22.000 | | Cert: 15.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| LORI A. BAKER P.O. BOX 76 MANCHESTER ME 04351 | | WILLIAM A BAKER 485 WASHINGTON AVE PLEASANTVILLE NY 10570 | | EVERETT N. BALDWIN & CAROL F. BALDWIN JT TEN 93 CLARKS FARM ROAD CARLISLE, MA 01741-1550 | | JACK BALDWIN 2439 LAVENDER DR. WALNUT CREEK, CA 94596-6411 | |

| Account: 0000010257 | Total: 3.000 | Account: 0000010156 | Total: 3.000 | Account: 0000011271 | Total: 1.000 | Account: 0000010892 | Total: 15.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 3.000 | | Cert: 3.000 | | Cert: 1.000 | | Cert: 15.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| FLAIR A. BANKE 105 CONTINENTAL DRIVE MONROE, NY 10950-1447 | | STEPHEN JAY BANNER & LINDA J. BANNER JT TEN 159 OAKLAND AVE EASTCHESTER, NY 10709-5403 | | JOSEPH GERARD BANNISTER 9 STONEY BROOK LANE SAINT LOUIS MO 63124-1324 | | MILES F. BAREFOOT 5204 HEDRICK DR GREENSBORO, NC 27410-9341 | |

| Account: 0000010461 | Total: 1.000 | Account: 0000010337 | Total: 9.000 | Account: 0000010488 | Total: 1.000 | Account: 0000010903 | Total: 7.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 1.000 | | Cert: 9.000 | | Cert: 1.000 | | Cert: 7.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| CUSTODIAN SMITH BARNEY & JUDITH FRIEDLANDER IRA ROLLOVER JT TEN 10 MADISON AVE,1ST FLOOR MORRISTOWN NJ 07960 | | SMITH BARNEY CUST & FBO STEPHEN J KRASS IRA 200 EAST 62ND STREET NEW YORK, NY 10021-8209 | | SMITH BARNEY CUST & SANDI KELLER SEP JT TEN 180 PINE BUSH ROAD STONE RIDGE, NY 12484-5813 | | JULIAN F. BARNWELL 11207 GUNSTON RD LORTON, VA 22079-4006 | |

| Account: 0000010380 | Total: 4.000 | Account: 0000010024 | Total: 9.000 | Account: 0000010025 | Total: 7.000 | Account: 0000011010 | Total: 1.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 4.000 | | Cert: 9.000 | | Cert: 7.000 | | Cert: 1.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| PATRICK C BARTIROMO 1038 84TH ST BROOKLYN, NY 11228-2926 | | ALTHEA BARTOLO 78 WHITTING CRSE SAINT CHARLES IL 60174-1434 | | JT WROS ALTHEA BARTOLO & R. BARTLETT JT TEN 78 WHITTINGTON CRSE SAINT CHARLES IL 60174-1434 | | DIANE L. BATES 5970 N 160 W HOWE, IN 46746-9467 | |

| Account: 0000011361 | Total: 4.000 | Account: 0000011162 | Total: 4.000 | Account: 0000010785 | Total: 5.000 | Account: 0000010997 | Total: 1.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 4.000 | | Cert: 4.000 | | Cert: 5.000 | | Cert: 1.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| KAREN S. BAUER 2553 N. CROSSGATE STREET ORANGE, CA 92867-2104 | | CHARLES M BEARD & BETTY K BEARD JT TEN 8118 LAKE PROVIDENCE DR MATTHEWS, NC 28104-6221 | | MARK BEARDSLEY 55 S HYDE AVE APT 245 ISELIN, NJ 08830-2183 | | HAROLD E BEASLEY & AYDREY A BEASLEY JT TEN 2701 E EPLER INDIANAPOLIS, IN 46227-4556 | |


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC SER B PFD
### (13168)

REPORT DATE: 07/07/2010
PAGE: 4

| Account: 0000010313 | Total: 4.000 | Cert: 4.000 | DR: 0.000 |
|---|---|---|---|

YARON BECHOR
14561 OCONEE LN
ORLANDO FL 32837-5843

| Account: 0000010123 | Total: 1.000 | Cert: 1.000 | DR: 0.000 |
|---|---|---|---|

BETTINA V. BEHRINGER
88181 OLD HWY B3
ISLAMORADA FL 33036-3044

| Account: 0000010225 | Total: 1.000 | Cert: 1.000 | DR: 0.000 |
|---|---|---|---|

NANCY E. BEHRINGER
11 WAGSTAFF LANE
WEST ISLIP NY 11795

| Account: 0000010484 | Total: 1.000 | Cert: 1.000 | DR: 0.000 |
|---|---|---|---|

SUSAN G BEIER
18 WHITEWOOD RD
WHITE PLAINS, NY 10605-5320

---

| Account: 0000010061 | Total: 4.000 | Cert: 4.000 | DR: 0.000 |
|---|---|---|---|

JOSEPH H. BELANGER &
JANE A. BELANGER JT TEN
772 BURGUNDY Q
DELRAY BEACH, FL 33484-5406

| Account: 0000010646 | Total: 15.000 | Cert: 15.000 | DR: 0.000 |
|---|---|---|---|

HELEN D. WAHMANN (BELSTERLING)
3123 NO 79TH STREET
MESA AZ 85207

| Account: 0000010144 | Total: 1.000 | Cert: 1.000 | DR: 0.000 |
|---|---|---|---|

JANE G BENSAHEL
7 EAST 85TH ST
NEW YORK, NY 10028-0440

| Account: 0000010953 | Total: 9.000 | Cert: 9.000 | DR: 0.000 |
|---|---|---|---|

JAMES F BENZEL
2814 PARK SQUARE PL
FERNANDINA BEACH, FL 32034-8926

---

| Account: 0000010922 | Total: 6.000 | Cert: 6.000 | DR: 0.000 |
|---|---|---|---|

SARA S BENZEL
2814 PARK SQUARE PL
FERNANDINA BEACH, FL 32034-8926

| Account: 0000011462 | Total: 968.000 | Cert: 968.000 | DR: 0.000 |
|---|---|---|---|

BERGER & MONTAGUE P C
1622 LOCUST STREET
PHILADELPHIA, PA 19103-6305

| Account: 0000010112 | Total: 12.000 | Cert: 12.000 | DR: 0.000 |
|---|---|---|---|

RISA BERGMAN
17 FAIRFIELD DR
DIX HILLS, NY 11746-7108

| Account: 0000010540 | Total: 4.000 | Cert: 4.000 | DR: 0.000 |
|---|---|---|---|

HARIEY BERLAND &
ADELE BERLAND JT TEN
2960 ROXBURY RD
OCEANSIDE, NY 11572-3220

---

| Account: 0000010323 | Total: 7.000 | Cert: 7.000 | DR: 0.000 |
|---|---|---|---|

GILDA BERMAN &
IRA ACCOUNT JT TEN
10736 NORTH GREEN DR
WELLINGTON, FL 33467-8049

| Account: 0000010402 | Total: 4.000 | Cert: 4.000 | DR: 0.000 |
|---|---|---|---|

GREGG BERNARD
10 RYAN ST
SYOSSET NY 11791-2128

| Account: 0000010134 | Total: 3.000 | Cert: 3.000 | DR: 0.000 |
|---|---|---|---|

ROSS M BERNARD UGMA NY
ATTN MARJORIE D BERNARD CUST.
10 WOODWARD DR
OYSTER BAY, NY 11771-4008

| Account: 0000010661 | Total: 1.000 | Cert: 1.000 | DR: 0.000 |
|---|---|---|---|

RITA BERNERT
3 PINE COURT
BLACKWOOD, NJ 08012-4307

---

| Account: 0000010982 | Total: 19.000 | Cert: 19.000 | DR: 0.000 |
|---|---|---|---|

STEVE BIENIAS &
JANET BIENIAS JT TEN
9056 SANDPIPER DR
STREETSBORO, OH 44241-4589

| Account: 0000011079 | Total: 1.000 | Cert: 1.000 | DR: 0.000 |
|---|---|---|---|

EDWARD BILICH
432 N. MONROE ST
ARLINGTON, VA 22201-1738

| Account: 0000010830 | Total: 4.000 | Cert: 4.000 | DR: 0.000 |
|---|---|---|---|

DONALD L. BLAMBERG
11031 DOXBERRY CIRCLE
WOODSTOCK MD 21163-1479

| Account: 0000010152 | Total: 11.000 | Cert: 11.000 | DR: 0.000 |
|---|---|---|---|

GERALD C. BLOCH
101 S FORT LAUDERDALE BEACH BLVD
APT 1104
FORT LAUDERDALE FL 33316

---

| Account: 0000010630 | Total: 7.000 | Cert: 7.000 | DR: 0.000 |
|---|---|---|---|

DAVID BLOCK
8702 VISTA DEL BOCA DRIVE
BOCA RATON, FL 33433-2527

| Account: 0000011478 | Total: 7.000 | Cert: 7.000 | DR: 0.000 |
|---|---|---|---|

PATRICIA BLOCK
8702 VISTA DEL BOCA DR
BOCA RATON, FL 33433-2527

| Account: 0000011019 | Total: 6.000 | Cert: 6.000 | DR: 0.000 |
|---|---|---|---|

BOB BLUM
118 W NATIONAL ST
WEST CHICAGO, IL 60185-1945

| Account: 0000010753 | Total: 4.000 | Cert: 4.000 | DR: 0.000 |
|---|---|---|---|

CHARLES D. BLUMENSCHEIN &
T. MARIANNE BLUMENSCHEIN JT TEN
905 RUTH ST.
PITTSBURGH, PA 15243-1119



# LIST OF SHAREHOLDERS
# JENNIFER CONVERTIBLES INC SER B PFD
## (13168)

| Account: 0000010936 | Total: 4.000 Cert: 4.000 DR: 0.000 |
|---|---|
| ANTHONY M. BOCCANFUSO 324 STEEPLE CRST N IRMO SC 29063-9257 | |

| Account: 0000011180 | Total: 1.000 Cert: 1.000 DR: 0.000 |
|---|---|
| MARK N BODIN 643 MAGAZINE NEW ORLEANS, LA 70130-3405 | |

| Account: 0000011134 | Total: 3.000 Cert: 3.000 DR: 0.000 |
|---|---|
| BRIAN J. BOETTCHER 317 4TH ST S #201 LA CROSSE, WI 54601-4047 | |

| Account: 0000011047 | Total: 3.000 Cert: 3.000 DR: 0.000 |
|---|---|
| THOMAS F. BOMBA 33 GOLD STREET #422 NEW YORK, NY 10038-2828 | |

| Account: 0000011434 | Total: 7.000 Cert: 7.000 DR: 0.000 |
|---|---|
| WILLIAM MICHAEL BONTA 1028 ASHLAND AVE. SAINT PAUL, MN 55104-7001 | |

| Account: 0000011394 | Total: 15.000 Cert: 15.000 DR: 0.000 |
|---|---|
| JAMES H. BORNAND 5325 E. LAKE ROAD DEWITTVILLE, NY 14728-9702 | |

| Account: 0000011307 | Total: 7.000 Cert: 7.000 DR: 0.000 |
|---|---|
| JERRY BOWDEN & LORRAINE J. BOWDEN JT TEN 225 SW SHARK TER LAKE CITY FL 32024-1506 | |

| Account: 0000010008 | Total: 7.000 Cert: 7.000 DR: 0.000 |
|---|---|
| A. TEMPLE BOWEN JR. 416-B ROUTE 12-A SURRY, NH 03431-8109 | |

| Account: 0000011393 | Total: 3.000 Cert: 3.000 DR: 0.000 |
|---|---|
| CLIFFORD L BOWERS & GREG D STOLLSTEIMER JT TEN 22610 WATSON RD DEFIANCE, OH 43512-8807 | |

| Account: 0000011380 | Total: 3.000 Cert: 3.000 DR: 0.000 |
|---|---|
| CHANDRA NAIDU BOYAPATI 78 WYNDHURST DR JACKSON, TN 38305-3545 | |

| Account: 0000011152 | Total: 3.000 Cert: 3.000 DR: 0.000 |
|---|---|
| FRED RUSSELL BRACEY 112 CHOCTAW DR. HENDERSONVILLE, TN 37075-4642 | |

| Account: 0000011282 | Total: 44.000 Cert: 44.000 DR: 0.000 |
|---|---|
| DR. DONALD A. BRAINARD 912 LINDEN ST PINE BLUFF AZ 71603 | |

| Account: 0000011214 | Total: 9.000 Cert: 9.000 DR: 0.000 |
|---|---|
| BERNARD M. BRASFIELD 3888 48TH AVE S APT 314 SAINT PETERSBURG FL 33711-4602 | |

| Account: 0000011171 | Total: 1.000 Cert: 1.000 DR: 0.000 |
|---|---|
| MARY E. BRAUN 66 EAST 9TH ST #1805 ST. PAUL MN 55101 | |

| Account: 0000010346 | Total: 3.000 Cert: 3.000 DR: 0.000 |
|---|---|
| FLORENCE BREDHOFF 160 E 84TH ST NEW YORK, NY 10028-2008 | |

| Account: 0000010546 | Total: 6.000 Cert: 6.000 DR: 0.000 |
|---|---|
| RONALD BRETT & PEARL BRETT JT TEN 220-21 73 AVE APT 2 OAKLAND GARDENS NY 11364-2603 | |

| Account: 0000010316 | Total: 6.000 Cert: 6.000 DR: 0.000 |
|---|---|
| STEVEN BRETT 22021 73RD AVE OAKLAND GARDENS, NY 11364-2603 | |

| Account: 0000010305 | Total: 15.000 Cert: 15.000 DR: 0.000 |
|---|---|
| JAMES M. BREWSTER & MARYANN B. BREWSTER JT TEN 80 ARMITAGE DRIVE BRIDGEPORT, CT 06605-3601 | |

| Account: 0000011160 | Total: 3.000 Cert: 3.000 DR: 0.000 |
|---|---|
| J. BREYER JR. & INGRID E. BREYER JT TEN 256 HERMES ROAD VENICE FL 34293 | |

| Account: 0000010893 | Total: 3.000 Cert: 3.000 DR: 0.000 |
|---|---|
| BILLY JOE BRIDGES 114 SHAWNEE DRIVE SHELBY NC 28152-7740 | |

| Account: 0000010442 | Total: 1.000 Cert: 1.000 DR: 0.000 |
|---|---|
| CAROLYN O BRIEN 130 C. E. PENNY DRIVE WALLKILL, NY 12589-4524 | |

| Account: 0000010298 | Total: 3.000 Cert: 3.000 DR: 0.000 |
|---|---|
| JOAN A BROGLIE 15123 PHILIP LEE RD CHANTILLY VA 20151 | |

| Account: 0000010538 | Total: 15.000 Cert: 15.000 DR: 0.000 |
|---|---|
| LEHMAN BROTHER CUST & MURRAY HECHT IRA JT TEN 8205 NW 57TH PL TAMARAC, FL 33321-4510 | |

| Account: 0000010081 | Total: 140.000 Cert: 140.000 DR: 0.000 |
|---|---|
| JAMES A. BROWN 1760 2ND AVE APT PH NEW YORK NY 10128-5329 | |



**AMERICAN STOCK**
*Transfer & Trust Company, LLC*
LINK GROUP network

| Account: 0000010502 | Total: 3.000 Cert: 3.000 DR: 0.000 | Account: 0000011408 | Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000010758 | Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000011411 | Total: 7.000 Cert: 7.000 DR: 0.000 |
|---|---|---|---|---|---|---|---|
| CHARLES J. BRUCIA 366 MADISON AVE NEW YORK, NY 10017-3122 | | BRUGH JOY INC DEF BEN PEN RET TR & DTD 6 25 79 ATTN WILLIAM BRUGH JOY PRESIDENT 295 NORTH BLUFF ST GEORGE UT 84770 | | GUY BRUNO 5247 BRUNSWICK LN MACUNGIE PA 18062-8650 | | BUCCOLA CONSTRUCTION CO PEN TR & DTD 10 1 79 ANTHONY R BUCCOLA TTEE 1610 BLUEBELL PLACE WESTLAKE VILLAGE, CA 91362-4301 | |
| Account: 0000010977 | Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000011044 | Total: 15.000 Cert: 15.000 DR: 0.000 | Account: 0000010833 | Total: 16.000 Cert: 16.000 DR: 0.000 | Account: 0000010965 | Total: 3.000 Cert: 3.000 DR: 0.000 |
| JAMES J BUEHNER & CATHERINE M BUEHNER JT TEN ATTN A G EDWARDS & SONS INC STOCK BROKER 8500 STATION ST STE 300 MENTOR OH 44060 | | KARL L. BURGENER JR. ATTN: KENT E. ENGELKE VP & DIRECTOR ANDERSON & STRUDWICK PO BOX 1459 RICHMOND VA 23218 | | CAROL ANN BURGESS 19107 PLAYER PARK DRIVE HUMBLE, TX 77346-6149 | | DONALD BURK 6182 COLLEEN DR PAINESVILLE OH 44077 2408 | |
| Account: 0000010445 | Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000010062 | Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000010607 | Total: 9.000 Cert: 9.000 DR: 0.000 | Account: 0000010595 | Total: 1.000 Cert: 1.000 DR: 0.000 |
| THOMAS M. BYRNES 513 EMERYWOOD DRIVE HIGH POINT, NC 27262-2811 | | FERNANDO CABRAL & LINDA CABRAL JT TEN 4406 NENANA DRIVE HOUSTON, TX 77035-3626 | | ROY CALCAGNE & BARBARA CALCAGNE JT TEN 4020 DUPLIN DR GREENSBORO NC 27407 | | FRANCIS J. CAMPBELL 123 CHERRY STREET MOUNT HOLLY, NJ 08060-1819 | |
| Account: 0000010151 | Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000010115 | Total: 3.000 Cert: 3.000 DR: 0.000 | Account: 0000010510 | Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000010259 | Total: 12.000 Cert: 12.000 DR: 0.000 |
| DANIEL T CANAVAN 9711 KESTRAL RIDGE DR CHARLOTTE, NC 28269-6211 | | CUST CATHERINE M. CAPASSO & FBO: MICHAEL A. CAPASSO UGMA-NY 6101 81ST STREET MIDDLE VILLAGE, NY 11379-1403 | | KENNETH CAPASSO 6101 81ST ST MIDDLE VILLAGE NY 11379 1403 | | WAYNE P. CAPLAN 515 KNOX AVE UNIT 2 WILMETTE IL 60091-2168 | |
| Account: 0000011358 | Total: 3.000 Cert: 3.000 DR: 0.000 | Account: 0000011383 | Total: 37.000 Cert: 37.000 DR: 0.000 | Account: 0000011217 | Total: 2.000 Cert: 2.000 DR: 0.000 | Account: 0000010256 | Total: 1.000 Cert: 1.000 DR: 0.000 |
| GARY L. CARDARONELLA 3199 EAST MEND AVENUE FRESNO CA 93710 | | CAREER TEMPS INC 6710 MAIN ST STE 234 MIAMI LAKES, FL 33014-2067 | | JOHN A. CARLSON 25429 KILREIGH DR FARMINGTON HILLS, MI 48336-1548 | | REX F. CARLSON 56 BRANCHBROOK DR HENRIETTA, NY 14467-9724 | |


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 7

| Account: 0000010715 | Total: | 6.000 |
| | Cert: | 6.000 |
| | DR: | 0.000 |

CARMINE CAMPIONE &
UTA CHARLES SCHWAB & CO INC. IRA
ROLLOVER DTD 11 18 91
53 MAOLIS AVENUE
BLOOMFIELD, NJ 07003-2330

| Account: 0000011313 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

BRENT CARPENTER &
JACQUELYN CARPENTER JT TEN
27123 VISTA ENCANTADA DR
VALENCIA, CA 91354-2249

| Account: 0000010703 | Total: | 9.000 |
| | Cert: | 9.000 |
| | DR: | 0.000 |

PATRICK J. CARROLL
109 BILTMORE STREET
NORTH ARLINGTON, NJ 07031-5609

| Account: 0000011477 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

BETTE ANN CASCELL TR
UA 10/20/87
FBO BETTE ANN CASCELL
345 LAKE ST
SAN FRANCISCO, CA 94118-1320

| Account: 0000010371 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

FRANK S CASPARE &
GAIL M CASPARE JT TEN
27 TACONIC ROAD
MILLWOOD NY 10546-1125

| Account: 0000010048 | Total: | 7.000 |
| | Cert: | 7.000 |
| | DR: | 0.000 |

LOUISE CAVICCHIO
110 CODJER LANE
SUDBURY, MA 01776-2202

| Account: 0000010199 | Total: | 9.000 |
| | Cert: | 9.000 |
| | DR: | 0.000 |

ALDO CECONI & JOAN CECONI
114 NEW BROADWAY
SLEEPY HOLLOW, NY 10591-1707

| Account: 0000011457 | Total: | 9,869.000 |
| | Cert: | 9,869.000 |
| | DR: | 0.000 |

CEDE & CO (FAST ACCOUNT)
PO BOX 20
BOWLING GREEN STATION
NEW YORK, NY 10004-1408

| Account: 0000010755 | Total: | 6.000 |
| | Cert: | 6.000 |
| | DR: | 0.000 |

HENRY C CERNANSKY &
DONA D CERNANSKY JT TEN
14645 AMBERLEIGH HILL CT
CHESTERFIELD MO 63017-8812

| Account: 0000010551 | Total: | 20.000 |
| | Cert: | 20.000 |
| | DR: | 0.000 |

IRA MARCIAL M. CERRUTI MD &
BEAR STEARNS SEC CORP CUST JT TEN
9101 SHORE RD,APT. 216
BROOKLYN, NY 11209-6171

| Account: 0000011211 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

SANJAY CHANDRA
1841 BROKEN BEND DRIVE
WESTLAKE, TX 76262-8205

| Account: 0000010197 | Total: | 2.000 |
| | Cert: | 2.000 |
| | DR: | 0.000 |

YAHYIN G. CHANG
233 EAST 86TH ST.
APT #156
NEW YORK NY 10028

| Account: 0000010745 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

RAYMOND CHANNELL &
ELIZABETH CHANNELL JT TEN
10 TERRACE RD
BOONTON, NJ 07005-9403

| Account: 0000010746 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

RAYMOND CHANNELL IRA
ATTN DEAN WITTER REYNOLDS CUST. 10
TERRACE ROAD
BOONTON TWSHP NJ 07005

| Account: 0000010956 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

CHARLES H. CHAPPELL
715 KNOTTY PINE ROAD
CHARLESTON SC 29412

| Account: 0000011250 | Total: | 7.000 |
| | Cert: | 7.000 |
| | DR: | 0.000 |

CHARLES SCHWAB &
CO CUST JT TEN
318 MONTE VISTA DR
SAINT LOUIS, MO 63129-3445

| Account: 0000010294 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

CHARLES SCHWAB &
CO CUST JT TEN
4 CHINA LANE
SETAUKET, NY 11733-4052

| Account: 0000011295 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

DEV R. CHAUDHARI &
NORMA CHAUDHARI JT TEN
2100 N. ROCKINGHAM ST
MCLEAN, VA 22101-4926

| Account: 0000011241 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

RICHARD H. CHENDT &
JOANN I. CHENDT JT TEN
149 HINEMAN DR
SAINT CHARLES, MO 63301-8723

| Account: 0000010014 | Total: | 2.000 |
| | Cert: | 2.000 |
| | DR: | 0.000 |

SUJATHA REPALA CHITTA &
AJAY K. CHITTA JT TEN
5250 WOODCOCK CIR
COOPERSBURG PA 18036-9591



**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 8

| Account: 0000010104 | Total: 15.000 Cert: 15.000 DR: 0.000 | Account: 0000010527 | Total: 7.000 Cert: 7.000 DR: 0.000 | Account: 0000010854 | Total: 2.000 Cert: 2.000 DR: 0.000 | Account: 0000010883 | Total: 3.000 Cert: 3.000 DR: 0.000 |
|---|---|---|---|---|---|---|---|
| EUGENE CHRINIAN & DONNA CHRINIAN JT TEN 1 12 MURRAY MAHWAH NJ 07430 3042 | | JOHN H. CHUANG 711 BOYLSTON ST BOSTON MA 02116-2616 | | LESLIE R CLOTHIER JR PO BOX 407 YORKLYN DE 19736 | | $ SIN CLUB ATTN JOSEPH F FIZELL JR. 65 E STREET RD FEASTERVILLE PA 19053 | |

| Account: 0000011089 | Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000010872 | Total: 7.000 Cert: 7.000 DR: 0.000 | Account: 0000011464 | Total: 42.000 Cert: 42.000 DR: 0.000 | Account: 0000010779 | Total: 2.000 Cert: 2.000 DR: 0.000 |
|---|---|---|---|---|---|---|---|
| UNO INVESTMENT CLUB ATTN HARRY B RAKERS PARTNER 906 DEVONSHIRE CHAMPAIGN IL 61821 | | ERWIN G. COGEN 2304 NEWBURY DR WELLINGTON FL 33414 | | COHEN STONE RICH & FIORE 1221 LOCUST STREET SAINT LOUIS, MO 63103-2364 | | GEORGE M. COHEN 3616 HICKORY AVE BALTIMORE MD 21211-1807 | |

| Account: 0000010228 | Total: 13.000 Cert: 13.000 DR: 0.000 | Account: 0000011239 | Total: 15.000 Cert: 15.000 DR: 0.000 | Account: 0000011153 | Total: 15.000 Cert: 15.000 DR: 0.000 | Account: 0000010388 | Total: 15.000 Cert: 15.000 DR: 0.000 |
|---|---|---|---|---|---|---|---|
| STEPHANIE F. COHEN & MICHAEL K. COHEN 9244 WEST ATLANTIC BLVD CORAL SPRINGS FL 33071 | | FRANCINE M. COHN 262 MEADOWBROOK CC ESTATES BALLWIN, MO 63011-1600 | | MARCUS T. COHN & FRANCINE COHN JT TEN 49381 VISTA MIRASOL LA QUINTA CA 92253-9210 | | PENNY J. COHN 210 W 94TH ST APT 4G NEW YORK, NY 10025-6961 | |

| Account: 0000011140 | Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000010331 | Total: 28.000 Cert: 28.000 DR: 0.000 | Account: 0000010140 | Total: 15.000 Cert: 15.000 DR: 0.000 | Account: 0000010866 | Total: 15.000 Cert: 15.000 DR: 0.000 |
|---|---|---|---|---|---|---|---|
| WILLIAM P. COLEMAN 3686 BROADWAY NEW YORK NY 10031 | | DECLAN COLLINS 201 E 86TH ST APT 28C NEW YORK, NY 10028-3080 | | THOMAS A COLLINS 1416 160 ST BEECHHURST, NY 11357-2723 | | COLONY MANAGEMENT & CO JT TEN 214 23RD AVE PATERSON, NJ 07513-1168 | |

| Account: 0000010019 | Total: 15.000 Cert: 15.000 DR: 0.000 | Account: 0000010076 | Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000011208 | Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000010813 | Total: 3.000 Cert: 3.000 DR: 0.000 |
|---|---|---|---|---|---|---|---|
| JOHN M. COLORUSSO 36 CAMBRIDGE RD APT 39 WOBURN, MA 01801-6619 | | RICHARD COMIZIO 100 WELLS ST 720 HARTFORD CT 06103 | | PAUL CONRAD 4325 DAISY DR. MADISON, WI 53711-4808 | | JOHN CORINGRATO & JOSEPHINE CORINGRATO 11 HUNTTING DR DUMONT, NJ 07628-1516 | |

| Account: 0000010995 | Total: 29.000 Cert: 29.000 DR: 0.000 | Account: 0000010097 | Total: 4.000 Cert: 4.000 DR: 0.000 | Account: 0000011475 | Total: 5.000 Cert: 5.000 DR: 0.000 | Account: 0000010275 | Total: 7.000 Cert: 7.000 DR: 0.000 |
|---|---|---|---|---|---|---|---|
| KEMPER CLEARING CORP CUST & FBO HARRY MUSSIE IRA R O JT TEN 9614 SWEEPING VIEW DR NEW PORT RICHEY, FL 34655-5120 | | JOSEPH COTTINGHAM 140 BEACXH 114TH ST FAR ROCKAWAY NY 11694-2405 | | SUSAN COUNIHAN & JEFFREY J COUNIHAN JT TEN BOX 1507 FRISCO, CO 80443-1507 | | GEORGE J. COURY 609 MURRAY HILL RD VESTAL, NY 13850-3827 | |



**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 9

| Account: 0000010007 | Total: Cert: DR: | 6.000 6.000 0.000 | Account: 0000010617 | Total: Cert: DR: | 14.000 14.000 0.000 | Account: 0000011065 | Total: Cert: DR: | 128.000 128.000 0.000 | Account: 0000010957 | Total: Cert: DR: | 7.000 7.000 0.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|

CHRISTOPHER J. COWANS
37 BAKER AVE
BEVERLY MA 01915-3505

DONALD C. COYTE
13 ORADELL ROAD
HEWITT, NJ 07421-1234

CYNTHIA CRAWFORD &
DONALD G FAIR IRA JT TEN
21731 VENTURA BLVD STE 300
WOODLAND HILLS CA 91364

CHARLES E CRYDER
653 EVANGELINE RD
CINCINNATI, OH 45240-3011

| Account: 0000010383 | Total: Cert: DR: | 7.000 7.000 0.000 | Account: 0000010437 | Total: Cert: DR: | 29.000 29.000 0.000 | Account: 0000010293 | Total: Cert: DR: | 29.000 29.000 0.000 | Account: 0000010433 | Total: Cert: DR: | 15.000 15.000 0.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|

PATRICIA ELLEN CULLEN
2871 N OCEAN BLVD APT C505
BOCA RATON, FL 33431-7016

JOHN T CUNNANE &
ELAINE J CUNNANE JT TEN
109 SANDBOURNE LN
PALM BEACH GARDENS FL 33418-8086

CUNNIGHAM PARK TENNIS CENTER INC. &
JANE WIND ROLLOVER JT TEN
ATTN: MICHAEL WIND TTEE.
85 HARBOR VIEW WEST
LAWRENCE, NY 11559-1911

CUNNINGHAM PARK TENNIS CENTER INS &
EMPLOYEE PENSION PLAN JT TEN
C O MICHAEL WIND,85 HARBOR VIEW WEST
LAWRENCE NY 11559

| Account: 0000010986 | Total: Cert: DR: | 1.000 1.000 0.000 | Account: 0000010230 | Total: Cert: DR: | 7.000 7.000 0.000 | Account: 0000011505 | Total: Cert: DR: | 4.000 4.000 0.000 | Account: 0000011386 | Total: Cert: DR: | 1.000 1.000 0.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|

DLJSC CUST &
RACHEL L RAY IRA JT TEN
2724 ALEXANDER DR
ESCONDIDO, CA 92029-5807

DOMINICK J. CUTRONE & DOREEN CUTRONE
141 SHELDON AVENUE
STATEN ISLAND, NY 10312-3016

TREVOR E B DACOSTA
3249 P ST NW
WASHINGTON DC 20007

JULES ADRIAN DALSEY
7007 OSLER STREET
SAN DIEGO CA 92111

| Account: 0000011070 | Total: Cert: DR: | 44.000 44.000 0.000 | Account: 0000011076 | Total: Cert: DR: | 1.000 1.000 0.000 | Account: 0000010934 | Total: Cert: DR: | 1.000 1.000 0.000 | Account: 0000011303 | Total: Cert: DR: | 1.000 1.000 0.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|

TTEE ANTHONY DAMATO &
FBO: DAMATO RETIREMENT TRUST DTD
9-4-79 JT TEN
860 N. LAKE SHORE DRIVE
CHICAGO, IL 60611-1760

RUSSELL J. DARNELL
2740 HIGH RANGE DRIVE
LAS VEGAS, NV 89134-7566

RICHARD ALAN DASHER
P O BOX 166
MORROW GA 30260

ROBERT DAVIDSON &
DENYSE DAVIDSON JT TEN
PO BOX 386
HOBART, WA 98025-0386

| Account: 0000011466 | Total: Cert: DR: | 8.000 8.000 0.000 | Account: 0000010338 | Total: Cert: DR: | 15.000 15.000 0.000 | Account: 0000011024 | Total: Cert: DR: | 1.000 1.000 0.000 | Account: 0000010925 | Total: Cert: DR: | 1.000 1.000 0.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|

DAVIS GORDON & DONER
NORTH BRIDGE CENTER
515 N FLAGLER DRIVE - SUITE 700
WEST PALM BEACH FL 33401

GERALDINE HEMPEL DAVIS
5621 CARY STREET RD APT 400
RICHMOND VA 23226-2306

JEAN M. DAVIS
739 LAKE RIDGE DR
SOUTH ELGIN IL 60177-3253

LOUIS W. DAVIS
2906 GATESHEAD CT
GASTONIA, NC 28054-6401


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 10

| Account: 0000010762 | Total: | 18.000 |
| --- | --- | --- |
| | Cert: | 18.000 |
| | DR: | 0.000 |

RICHARD L. A.DAVIS &
CAROL A.DAVIS JT TEN
407 SUMMITVIEW DR.
NEW CASTLE, PA 16105-1431

| Account: 0000010244 | Total: | 1.000 |
| --- | --- | --- |
| | Cert: | 1.000 |
| | DR: | 0.000 |

STACEY DAVIS
23 HEADY CREEK LN
SOUTHAMPTON, NY 11968-4512

| Account: 0000010961 | Total: | 15.000 |
| --- | --- | --- |
| | Cert: | 15.000 |
| | DR: | 0.000 |

BELA ANTHONY DEBITZKY
450 NE 51 STREET
MIAMI, FL 33137-3025

| Account: 0000010666 | Total: | 6.000 |
| --- | --- | --- |
| | Cert: | 6.000 |
| | DR: | 0.000 |

PAUL A. DECARLO
704 WASHINGTON ST. APT 4
HOBOKEN, NJ 07030-5079

| Account: 0000011132 | Total: | 6.000 |
| --- | --- | --- |
| | Cert: | 6.000 |
| | DR: | 0.000 |

JEFFREY S DEGEN
3000 E MARION ST
SEATTLE, WA 98122-5058

| Account: 0000010041 | Total: | 4.000 |
| --- | --- | --- |
| | Cert: | 4.000 |
| | DR: | 0.000 |

MADELEINE M. DELANDE
6 HANSEN ROAD
DANVERS, MA 01923-3421

| Account: 0000010457 | Total: | 29.000 |
| --- | --- | --- |
| | Cert: | 29.000 |
| | DR: | 0.000 |

NANCY A. DELFINO TTEE &
NANCY A. DELFINO TR DTD 3 1 89
15 CHIEFTANS RD
GREENWICH CT 06831-3260

| Account: 0000010721 | Total: | 1.000 |
| --- | --- | --- |
| | Cert: | 1.000 |
| | DR: | 0.000 |

MARJORIE DELIANTIS
16 HICKORY ST
DUMONT, NJ 07628-2216

| Account: 0000011003 | Total: | 3.000 |
| --- | --- | --- |
| | Cert: | 3.000 |
| | DR: | 0.000 |

RAYMOND G. DEMEYER
5793 BIG OAK WAY
RANDLEMAN, NC 27317-8244

| Account: 0000010878 | Total: | 13.000 |
| --- | --- | --- |
| | Cert: | 13.000 |
| | DR: | 0.000 |

THOMAS B DENEGRE III
251 GREENLEY RD
NEW CANAAN, CT 06840-3518

| Account: 0000010757 | Total: | 3.000 |
| --- | --- | --- |
| | Cert: | 3.000 |
| | DR: | 0.000 |

CHAUNCEY M. DEPEW
684 ALLENTOWN RD.
TELFORD, PA 18969-2204

| Account: 0000010789 | Total: | 7.000 |
| --- | --- | --- |
| | Cert: | 7.000 |
| | DR: | 0.000 |

KENNETH W. DERR
1864 MILTON GROVE ROAD
MOUNT JOY PA 17552

| Account: 0000011327 | Total: | 15.000 |
| --- | --- | --- |
| | Cert: | 15.000 |
| | DR: | 0.000 |

DESIGN AND PRODUCTION INC. &
A C 244-9619 JT TEN
7110 RAINWATER PLACE
LORTON, VA 22079-1521

| Account: 0000011328 | Total: | 7.000 |
| --- | --- | --- |
| | Cert: | 7.000 |
| | DR: | 0.000 |

DESIGN &
PRODUCTION INCORPORATED JT TEN
ATTN: J.F. BARNWELL JR. 7110
RAINWATER PLACE
LORTON VA 22079

| Account: 0000011255 | Total: | 4.000 |
| --- | --- | --- |
| | Cert: | 4.000 |
| | DR: | 0.000 |

DONALD A. DETRY
3525 SAGE ROAD APT 814
HOUSTON TX 77056-7022

| Account: 0000011413 | Total: | 19.000 |
| --- | --- | --- |
| | Cert: | 19.000 |
| | DR: | 0.000 |

DFA US SMALL CO SERIES MASTER ACCT &
PNC BANK CUST #34-34-012-0312514 JT
TEN
200 STEVENS DRIVE
LESTER PA 19113

| Account: 0000010513 | Total: | 15.000 |
| --- | --- | --- |
| | Cert: | 15.000 |
| | DR: | 0.000 |

LYLE DIAMOND
205 YORKSHIRE CT
OLD BRIDGE, NJ 08857-3241

| Account: 0000010780 | Total: | 1.000 |
| --- | --- | --- |
| | Cert: | 1.000 |
| | DR: | 0.000 |

MICHELE DICICCO
12019 GREYWING SQ. #T2
RESTON VA 20191

| Account: 0000010889 | Total: | 1,350.000 |
| --- | --- | --- |
| | Cert: | 1,350.000 |
| | DR: | 0.000 |

DIMENSIONAL FUND ADVISORS GRP &
US SMALL CO GROUP TRUST C O PNC BANK
A C# 34-34-012-0312221
200 STEVENS DRIVE
LESTER PA 19113

| Account: 0000010890 | Total: | 669.000 |
| --- | --- | --- |
| | Cert: | 669.000 |
| | DR: | 0.000 |

DIMENSIONAL FD ADVISORS GRP 6-10 &
C O PNC BANK A C# 34-34-012-0312263
200 STEVENS DRIVE
LESTER PA 19113


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 11

| Account: 0000011071 | Total: | 600.000 |
|---|---|---|
| | Cert: | 600.000 |
| | DR: | 0.000 |

DIMENSIONAL FD ADVISORS GRP &
US SMALL CO PORTFOLIO JT TEN
ATTN E. POPOWICZ 200 STEVENS DRIVE
LESTER PA 19113

| Account: 0000010159 | Total: | 22.000 |
|---|---|---|
| | Cert: | 22.000 |
| | DR: | 0.000 |

NATHAN DINCES
29 COBB ROAD
CAMDEN ME 04843-4325

| Account: 0000010117 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

ANNA DINUNZIO
239 JOHNSON AVE
STATEN ISLAND, NY 10307-1239

| Account: 0000010570 | Total: | 10.000 |
|---|---|---|
| | Cert: | 10.000 |
| | DR: | 0.000 |

DAVID J. DITTMAN
7304 5TH AV 297
BROOKLYN, NY 11209-2604

| Account: 0000010800 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

WILIAM R. DONNELLY TTEE &
WILLIAM R. & RUTH H. DONNELLY TRUST
DTD. 11 04 92
12000 N 90TH STREET 3049
SCOTTSDALE, AZ 85260-8635

| Account: 0000010189 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

ALFRED G. DONOFRIO
505 CHAFFEE DRIVE
ARLINGTON, TX 76006-2009

| Account: 0000011074 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

JAMES W DRAPER
267 HILLCREST AVENUE
GROSSE POINTE FARMS, MI 48236-3108

| Account: 0000011437 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

ARLENE DREHER IRA ROLLOVER
ATTN NFSC FMTC CUSTODIAN 8 BOWER PLACE
HUNTINGTON NY 11743

| Account: 0000010320 | Total: | 9.000 |
|---|---|---|
| | Cert: | 9.000 |
| | DR: | 0.000 |

JILL DUNICAN
19 KENSINGTON AVE
EMERSON, NJ 07630-1711

| Account: 0000011344 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

RICHARD DUNNE &
MULLINBERG PILTOWN JT TEN
PILTOWN
KILKENNY
IRELAND

| Account: 0000011178 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

JOHN B. DWYER
703 CUR LEE LANE
BOILING SPRINGS PA 17007

| Account: 0000011337 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

NORMAN J DYMOND &
CLARA M DYMOND JT TEN
5814 OCEANVIEW BLVD NE
BREMERTON, WA 98311-9698

| Account: 0000010057 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

JTWROS PHYLLIS E. &
EDWIN PETERSON JT TEN
140 WILLOW RD
NAHANT, MA 01908-1420

| Account: 0000011226 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

RANDY EAKIN &
TERESA EAKIN JT TEN
35 AIRPORT DR.
MILFORD IA 51351

| Account: 0000010832 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

ELEANOR W ECOLONO
1059 N REVERE DRIVE
MESA AZ 85201-3212

| Account: 0000010204 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

LAWRENCE B. EDELSTEIN
15 ALBA PLACE
PARSIPPANY, NJ 07054-2238

| Account: 0000010056 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

A G EDWARDS &
SON CUST
8030 FLAGSTAFF DR
COMMERCE TOWNSHIP, MI 48382-2329

| Account: 0000010409 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

WILLIAM J EGAN
320 CENTRAL PARK WEST
APT 11I
NEW YORK, NY 10025-7659

| Account: 0000010935 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

JOHN S EGGERT
35636 BELLA SERA DR
STERLING HEIGHTS, MI 48312-4443

| Account: 0000010229 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

TTEE ARLENE EISENBERG &
FRANCI SARAKIN BERMAN TRUST UA DTD
31344
27010 GRAND CENTRAL PKWY #25B
FLORAL PARK, NY 11005-1125


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 12

| Account: 0000011251 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

DONALD C ELAM
12266 FONTAINE LN
SAINT LOUIS, MO 63138-1424

| Account: 0000010434 | Total: | 19.000 |
|---|---|---|
| | Cert: | 19.000 |
| | DR: | 0.000 |

ALEX ELMAN
836 CORNELL RD
FRANKLIN SQUARE, NY 11010-3420

| Account: 0000010509 | Total: | 8.000 |
|---|---|---|
| | Cert: | 8.000 |
| | DR: | 0.000 |

RICHARD ELMAN
6636 CYPRESS POINT RD
ALEXANDRIA, VA 22312-3127

| Account: 0000010508 | Total: | 26.000 |
|---|---|---|
| | Cert: | 26.000 |
| | DR: | 0.000 |

RONALD ELMAN
25109 71ST RD
BELLEROSE, NY 11426-2725

| Account: 0000010706 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

RICK D EMILIA
81 KINGFISHER DR
MIDDLETOWN, NJ 07748-2935

| Account: 0000011106 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

PARKER SALES ENG RG P S TR
ATTN FREDERIC W PARKER TTEE DTD
10 16 87 8030 FLAGSTAFF DRIVE
COMMERCE TOWNSHIP MI 48382

| Account: 0000011107 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

PARKER SALES ENG RG DEFINED BENEFIT TR
US
ATTN: F. W. PARKER TTEE DTD 10 16 87
8030 FLAGSTAFF DRIVE
COMMERCE TWP, MI 48382-2329

| Account: 0000010613 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

RICHARD S ENGLE &
LOIS P ENGLE JT TEN
4819 FORT PEEK RD
NEW PORT RICHEY FL 34655

| Account: 0000010858 | Total: | 20.000 |
|---|---|---|
| | Cert: | 20.000 |
| | DR: | 0.000 |

DONALD RADCLIFFE ENT M P P &
DTD 12-31-87 ATTN DONALD RADCLIFFE
TTEE JT TEN
239 LONGHILL ROAD
LITTLE FALLS, NJ 07424-2005

| Account: 0000010580 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

ETI LTD
ATTN RUTH ECKSTEIN PRESIDENT
60 SEMINARY AVENUEAPT 171
NEWTON MA 02466

| Account: 0000010770 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

RONALD F. EVANS &
VIRGINIA L . EVANS JT TEN
116 BETHANY DRIVE
MCMURRAY, PA 15317-2910

| Account: 0000010736 | Total: | 29.000 |
|---|---|---|
| | Cert: | 29.000 |
| | DR: | 0.000 |

PRUDENTIAL SECURITIES C F &
KATHLEEN MERSINGER JT TEN
39 PATTEN TERRACE
CEDAR GROVE, NJ 07009-1919

| Account: 0000010855 | Total: | 2.000 |
|---|---|---|
| | Cert: | 2.000 |
| | DR: | 0.000 |

PRUDENTIAL SECURITIES C F &
DORINDA M ANGELO SEP DTD 3 29 93
44 MURRAY AVE
MAHWAH, NJ 07430-3027

| Account: 0000010351 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

PRUDENTIAL SECURITIES C F &
ALLAN M. ADELSON ALLAN M ADELSON SEP
DTD 11 15 94
28 CRESCENT BLVD
4
HAZLET NJ 07730

| Account: 0000010954 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

PRUDENTIAL SECURITIES C F &
JAMES W. BRYAN ROLLOVER IRA DTD 4 5 93
32 MINNETONKA ROAD
SEA RANCH LAKES, FL 33308-2909

| Account: 0000011316 | Total: | 9.000 |
|---|---|---|
| | Cert: | 9.000 |
| | DR: | 0.000 |

ALLEN J FABBI &
TERESA J FABBI JT TEN
PO BOX 1195
SALMON ID 83467-1195

| Account: 0000010077 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

FALMOUTH FISH MARKET INC
ATTN: DAVID SHAHZADE,V.P. 157
TEATICKET HWY
E. FALMOUTH MA 02536

| Account: 0000011360 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

ALLAN FATTORINI &
MERCEDES C. FATTORINI JT TEN
17315 ALFRED AVENUE
CERRITOS, CA 90703-1167

| Account: 0000010462 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

ALLEN FEINSTEIN &
MILDRED FEINSTEIN JT TEN
66 EAST 9TH ST
UNIT 2508
SAINT PAUL, MN 55101-2277

| Account: 0000010452 | Total: | 29.000 |
|---|---|---|
| | Cert: | 29.000 |
| | DR: | 0.000 |

LAWRENCE FELD
28 GREENBROOK DR
MATAWAN, NJ 07747-3704


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 13

| Account: 0000011245 | Total: | 12.000 |
|---|---|---|
| | Cert: | 12.000 |
| | DR: | 0.000 |

RONALD C FELS
3111 S TERRACE GREEN CT
SPRINGFIELD, MO 65804-4555

| Account: 0000011257 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

HARVEY FENSTER &
JACQUELINE FENSTER TTEES JT TEN
8 WEDGEWOOD LN
SAINT LOUIS, MO 63141-7749

| Account: 0000010427 | Total: | 59.000 |
|---|---|---|
| | Cert: | 59.000 |
| | DR: | 0.000 |

FIDELITY BROKERAGE SERVICES INC CUST &
FBO: JAY WINEGARD PROFIT SHARING PLAN
99-35 59TH AVE
CORONA NY 11368-3817

| Account: 0000010603 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

EDWARD F FIELEK
7467 YANKEE ST
DAYTON, OH 45459-3325

| Account: 0000010683 | Total: | 5.000 |
|---|---|---|
| | Cert: | 5.000 |
| | DR: | 0.000 |

AUDREY L FILIPPONE &
DANA FILIPPONE JT TEN
30 MOUNT DRIVE
HOLMDEL, NJ 07733-1332

| Account: 0000010848 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

WILLIAM B FINE JR
3746 SPRING LAKE LN
OWINGS MILLS, MD 21117-1432

| Account: 0000010400 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

KENNETH F. FISH JR. &
CHARMAINE R. FISH JT TEN
1073 LUCAS RD
BRIDGEPORT, NY 13030-9782

| Account: 0000010983 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

LINDA FISHMAN
449 BRYAN ST SE
ATLANTA, GA 30312-2234

| Account: 0000010782 | Total: | 2.000 |
|---|---|---|
| | Cert: | 2.000 |
| | DR: | 0.000 |

EDWIN L FLEMING &
JOHANNA G. FLEMING JT TEN
3296 SHELLERS BND UNIT 124
STATE COLLEGE, PA 16801-3218

| Account: 0000011287 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

GARY FLORY &
BARBARA FLORY JT TEN JT TEN
3449 ELKS DR
LEWISTON ID 83501

| Account: 0000010126 | Total: | 44.000 |
|---|---|---|
| | Cert: | 44.000 |
| | DR: | 0.000 |

MILTON C. FLUECKIGER &
NELINDA FLUECKIGER JT TEN
166 E 63RD ST APT 10-J
NEW YORK NY 10065

| Account: 0000011183 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

PATRICIA W FLYNN
2611 NE 22 ST
POMPANO BEACH, FL 33062-3005

| Account: 0000011265 | Total: | 26.000 |
|---|---|---|
| | Cert: | 26.000 |
| | DR: | 0.000 |

FMT CO TTEE FRP PS &
FBO KEITH BANK P ADM KEITH BANK JT TEN
332 LARKSPUR DRIVE
HIGHLAND PARK IL 60035

| Account: 0000010959 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

NFSC FMTC IRA ROLLOVER &
FBO CHARLES BUCKLEY JT TEN
8900 IRON GATE COURT
POTOMAC, MD 20854-4724

| Account: 0000011403 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

FOLLETTE ENGINEERING INC.
ATTN: GORDON E. FOLLETTE PO BOX 4923
MODESTO CA 95352

| Account: 0000010210 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

HOWARD J. FORBES
1940 COMMERCE ST
YORKTOWN HEIGHTS, NY 10598-4428

| Account: 0000011058 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

GAYLE C. FORD TTEE &
GAYLE CARLENE FORD LIVING TRUST DTD
30355
1723 DRAKESTONE AVE
NICHOLS HILLS, OK 73120-1009

| Account: 0000010526 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

JOSHUA FRACHTER
6847 147TH STREET
FLUSHING, NY 11367-1345

| Account: 0000011329 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

J.H. FRALIN &
SON JT TEN
C O JAMES D. FRALIN 2518 WILLIAMSOD
ROAD
ROANOKE VA 24012

| Account: 0000010130 | Total: | 44.000 |
|---|---|---|
| | Cert: | 44.000 |
| | DR: | 0.000 |

HENRY E. FRANKEL &
MARILYN K. FRANKEL JT TEN
1018 TRACY DR
SILVER SPRING, MD 20904-2184


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 14

| Account: 0000010034 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

ANDREW R. FREEDMAN
139 CRANBROOK DR
HOLDEN, MA 01520-1475

| Account: 0000011154 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

JOHN B. FRENCH
109 BUTLER CT.
WARNER ROBINS, GA 31088-7959

| Account: 0000011223 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

FREPATH CO
ATTN: JOSEPH E. TWIDWELL F1252152
EAST 6TH STREET
FREMONT NE 68026

| Account: 0000011174 | Total: | 30.000 |
|---|---|---|
| | Cert: | 30.000 |
| | DR: | 0.000 |

FRESH FISH CO PSP
ATTN TOM HILLMAN TTEE 8501 PAGE
ST LOUIS MO 63114

---

| Account: 0000010284 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

HENRY FRIEDMAN
8210 NW 91 AVE
TAMARAC, FL 33321-1516

| Account: 0000010565 | Total: | 11.000 |
|---|---|---|
| | Cert: | 11.000 |
| | DR: | 0.000 |

L. H. FRISHKOFF &
COMPANY PSP JT TEN
NEW YORK NY 10017

| Account: 0000010672 | Total: | 10.000 |
|---|---|---|
| | Cert: | 10.000 |
| | DR: | 0.000 |

ROBERT W. FRUEH
408 HOLLY PLACE
NORTHVALE, NJ 07647-1207

| Account: 0000010940 | Total: | 10.000 |
|---|---|---|
| | Cert: | 10.000 |
| | DR: | 0.000 |

CECILIA C LIU FU &
LEE LEUNG FU JT TEN
276 ST KATHERINE DR
LA CANADA, CA 91011-4109

---

| Account: 0000010347 | Total: | 8.000 |
|---|---|---|
| | Cert: | 8.000 |
| | DR: | 0.000 |

JOSEPH FUOCO
49 WEST CABOT LANE
WESTBURY, NY 11590-6435

| Account: 0000011189 | Total: | 9.000 |
|---|---|---|
| | Cert: | 9.000 |
| | DR: | 0.000 |

JOE FUZZELL &
SUSIE FUZZELL JT TEN
5917 N.W. 67TH
OKLAHOMA OK 73132

| Account: 0000011221 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

JT ROBERT G. &
JERILYN D. JACOBSON JT TEN
ATTN: WILLIAM R. BOWERS MANG EXEC
2215 E. CLAIREMONT AV
EAU CLAIRE, WI 54701-4635

| Account: 0000011321 | Total: | 5.000 |
|---|---|---|
| | Cert: | 5.000 |
| | DR: | 0.000 |

PATRICIA GABLEHOUSE
832 E LIVINGSTON BAY
CAMANO ISLAND, WA 98282-8806

---

| Account: 0000010264 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

ALICE C GACHENY
514 HERRMANN AVE
RIVERVALE, NJ 07675-5558

| Account: 0000010747 | Total: | 9.000 |
|---|---|---|
| | Cert: | 9.000 |
| | DR: | 0.000 |

GEORGE R. GAGLIARDI
13 MAPLE ST
LEXINGTON MA 02420-2518

| Account: 0000011030 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

PATRICK E. GALLAGHER &
BRIDGET C. GALLAGHER JT TEN
811 WARRENVILLE RD
WHEATON IL 60187

| Account: 0000010013 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

DAVID J GALLANT
PO BOX 558
RUMFORD, ME 04276-0558

---

| Account: 0000011136 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

SCOTT D GALLO
8037 18TH AVE
KENOSHA, WI 53143-1631

| Account: 0000010748 | Total: | 5.000 |
|---|---|---|
| | Cert: | 5.000 |
| | DR: | 0.000 |

DONALD GARRIEST
104 KEVIN CT.
CHERRY HILL NJ 08034

| Account: 0000010042 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

ZYGMUNT J. GASIOROWSKI
65 ARCH STREET
ATHENS, GA 30601-3006

| Account: 0000010881 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

WILLIAM E. GATEWOOD
PO BOX 388
SAN CARLOS CA 94070-0388

---

| Account: 0000011027 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

DONALD E GATLIN &
KAREN B GATLIN JT TEN
783 CHARNWOOD DR
WYCKOFF, NJ 07481-1011

| Account: 0000010503 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

TERRY PEARL GECKER
54948 57TH AVE APT #2
LITTLE NECK NY 11362

| Account: 0000010425 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

EMILIO J GERARDI &
PATRICIA A GERARDI JT TEN
30 HARRISON AVE
CENTEREACH, NY 11720-3224

| Account: 0000010133 | Total: | 29.000 |
|---|---|---|
| | Cert: | 29.000 |
| | DR: | 0.000 |

REUVEN GERSHONI
66 BUCKINGHAM RD
TENAFLY NJ 07670


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 15

| Account: 0000010495 | Total: 4.000 Cert: 4.000 DR: 0.000 | Account: 0000011309 | Total: 3.000 Cert: 3.000 DR: 0.000 | Account: 0000010793 | Total: 15.000 Cert: 15.000 DR: 0.000 | Account: 0000010549 | Total: 15.000 Cert: 15.000 DR: 0.000 |
|---|---|---|---|---|---|---|---|
| SHELDON GERVER & SHERRILL GERVER JT TEN 3269 MILBURN AV BALDWIN, NY 11510-5142 | | DENISE R GESNER 102 E BIRCH DR WINDSOR MO 65360 | | JOHN H GIACOBBE & KATHLEEN A GIACOBBE JT TEN 14 CENTER CIRCLE PLAISTOW, NH 03865-2507 | | JOHN GIELLA & MARY GIELLA JT TEN 174 MORRIS DRIVE EAST MEADOW, NY 11554-1320 | |
| Account: 0000010464 | Total: 8.000 Cert: 8.000 DR: 0.000 | Account: 0000010504 | Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000010047 | Total: 3.000 Cert: 3.000 DR: 0.000 | Account: 0000010974 | Total: 3.000 Cert: 3.000 DR: 0.000 |
| TODD GILDEN 3389 SHERIDAN ST 151 HOLLYWOOD, FL 33021-3606 | | ANDREA GINSBERG 2365 WELLINTON GREEN DR WELLINGTON FL 33414 | | RICK L. GIULIOTTI 21 MUSTER FLD PLYMOUTH, MA 02360-4023 | | JAMES J GIVENS 7 DON JOSE LOOP SANTA FE, NM 87508-8671 | |
| Account: 0000010807 | Total: 29.000 Cert: 29.000 DR: 0.000 | Account: 0000011355 | Total: 3.000 Cert: 3.000 DR: 0.000 | Account: 0000010374 | Total: 7.000 Cert: 7.000 DR: 0.000 | Account: 0000010874 | Total: 1.000 Cert: 1.000 DR: 0.000 |
| HENRY A. GLADSTONE 292 MELROSE RD MERION STATION, PA 19066-1716 | | DANIEL J GLATT 10 BELVEDERE CT BURLINGAME, CA 94010-6011 | | ANTHONY JAMES GLENN 333 LAUREL AVE NOVATO CA 94945 | | JEROME S. GLUCK & SAMUEL A. GLUCK JT TEN 579 GRANT PLACE CEDARHURST, NY 11516-1311 | |
| Account: 0000010691 | Total: 9.000 Cert: 9.000 DR: 0.000 | Account: 0000010360 | Total: 4.000 Cert: 4.000 DR: 0.000 | Account: 0000010136 | Total: 4.000 Cert: 4.000 DR: 0.000 | Account: 0000010534 | Total: 1.000 Cert: 1.000 DR: 0.000 |
| SHUH-HUI GOH 328 EILEEN WAY BRIDGEWATER, NJ 08807-1961 | | SUSAN W. GOLDBERG 999 FOREST AVE #4A STATEN ISLAND NY 10310 | | DAVID GOLDBLATT 1081 NEWARK GRANVILLE RD GRANVILLE, OH 43023-1456 | | SEYMOUR GOLDEN & MERYL GOLDEN JT TEN 78 LARCH RD BRIARCLIFF MANOR, NY 10510-2333 | |
| Account: 0000010137 | Total: 4.000 Cert: 4.000 DR: 0.000 | Account: 0000010102 | Total: 15.000 Cert: 15.000 DR: 0.000 | Account: 0000010543 | Total: 4.000 Cert: 4.000 DR: 0.000 | Account: 0000010359 | Total: 15.000 Cert: 15.000 DR: 0.000 |
| DAVID GOLDSCHMIDT & PHYLLIS GOLDSCHMIDT JT TEN 729 WASHBURN STREET TEANECK, NJ 07666-2244 | | DAVID GOLDSCHMIDT 602 E RANCH ROAD SACRAMENTO CA 95825-6411 | | ROBERT GOLDSMITH & ARLENE GOLDSMITH JT TEN 3 CHELSEA LN MIDDLE ISLAND, NY 11953-2680 | | ROBERTA J. GOLLON 28 MARSHAL ST. BROULALINE MA 02146 | |
| Account: 0000010675 | Total: 10.000 Cert: 10.000 DR: 0.000 | Account: 0000010184 | Total: 15.000 Cert: 15.000 DR: 0.000 | Account: 0000011196 | Total: 9.000 Cert: 9.000 DR: 0.000 | Account: 0000010382 | Total: 15.000 Cert: 15.000 DR: 0.000 |
| GREGORY J. GOOD & KIMBERLY J. GOOD JT TEN 59 RIPPLEWOOD DRIVE LAKE HOPATCONG, NJ 07849-1307 | | LES GOODSTEIN 87 HEMLOCK RD. MANHASSET, NY 11030-1215 | | JOHN A. GOREE 1820 FLANIGAN CT IOWA CITY, IA 52246-4648 | | HERBERT F GORMAN JR & ANNETTE T GORMAN JT TEN 16430 MAGNOLIA BLUFF DRIVE MONTVERDE FL 34756-3507 | |



**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 16

| Account: 0000010348 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

HARVEY GOTTLIEB &
PHYLLIS GOTTLIEB JT TEN
6456 MILL POINTE CIR H
DELRAY BEACH FL 33484-2489

| Account: 0000011392 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

DAVID GOYEN TTEE &
FBO DAVID GOYEN INC DEF BEN PEN TRUST
DTD 1 1 81
1814 BRIARCHESTER DRIVE
KATY TX 77450

| Account: 0000011185 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

DAVID W GOYEN CUST &
FBO TODD H GOYEN UTXUGMA JT TEN
1814 BRIARCHESTER DR
KATY TX 77450

| Account: 0000011230 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

GRADY BOLDING CORPORATION
P.O. BOX 486
ELLINWOOD, KS 67526-0486

| Account: 0000010996 | Total: | 7.000 |
| | Cert: | 7.000 |
| | DR: | 0.000 |

JOHN M. GRAVES
2001 W. RUDASILL RD
APT 9309
TUCSON, AZ 85704-7853

| Account: 0000010080 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

GUY GREEN
11 BUCKINGHAM PLACE
NORWALK, CT 06851-5003

| Account: 0000010054 | Total: | 37.000 |
| | Cert: | 37.000 |
| | DR: | 0.000 |

ELIZABETH L. GREENE
160 PINE ST. UNIT 26
AUBURNDALE, MA 02466-1335

| Account: 0000010479 | Total: | 9.000 |
| | Cert: | 9.000 |
| | DR: | 0.000 |

MERYL GREENHOUSE
6110 RIVER CHASE CIRCLE
ATLANTA, GA 30328-3545

| Account: 0000010170 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

HARRY ROBERT GREENWALD
2970 LAKE SHORE DR,APT 7C
CHICAGO, IL 60657-5641

| Account: 0000011273 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

ANGELA DAMATO GRIFFARO
13345 BAHNFYRE
SAINT LOUIS, MO 63128-3375

| Account: 0000011248 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

JOSEPH R. GRIFFARD
13345 BANNFYRE
SAINT LOUIS, MO 63128-3375

| Account: 0000010980 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

THOMAS GRINER
212 STALLO RD
MINSTER, OH 45865-1326

| Account: 0000010507 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

NAT GROSS &
MARILYN GROSS JT TEN
5032 ROSEHILL DR
APT. 3201
BOYNTON BEACH, FL 33437-1342

| Account: 0000010777 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

MARVIN N GROSSMAN
1266 S MAIN ST
NORTH CANTON, OH 44720-4271

| Account: 0000010430 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

GRUNTAL &
CO CUSTODIAN JT TEN
15 BUCKNELL DRIVE
PLAINVIEW, NY 11803-1832

| Account: 0000011421 | Total: | 22.000 |
| | Cert: | 22.000 |
| | DR: | 0.000 |

SAMANTHA L STOLLENWERCK GS TR
ATTN BANK OF NY #442865 A LASKODY
REORGANIZATION DEPT 6TH FL
NEW YORK, NY 10286-0001

| Account: 0000010341 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

DELAWARE CHARTER GTY &
TR CO CUST JT TEN
143 A CROSS SLOPE COURT
MANALAPAN, NJ 07726-2412

| Account: 0000010165 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

DELAWARE CHARTER GTY &
TR CO CUST JT TEN
3226 OXFORD AVE
BRONX, NY 10463-3575

| Account: 0000010157 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

DELAWARE CHARTER GUARANTEE &
TR CUST JT TEN
79 W 12TH STREET
NEW YORK NY 10011

| Account: 0000010904 | Total: | 29.000 |
| | Cert: | 29.000 |
| | DR: | 0.000 |

DELAWARE CHARTER GURANTEE TRUST &
TRUST JT TEN
11007 INLET DRIVE
EMERALD ISLE, NC 28594-2014


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 17

| Account: 0000011308 | Total: | 147.000 | Account: 0000011324 | Total: | 6.000 | Account: 0000011333 | Total: | 4.000 | Account: 0000010899 | Total: | 4.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 147.000 | | Cert: | 6.000 | | Cert: | 4.000 | | Cert: | 4.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

JACK GYNBERG
5000 SOUTH QUEBEC SUITE 500
DENVER CO 80237

WALLACE B HAGER &
BEVERLY D HAGER JT TEN
74-447 GARY AVENUE
PALM DESERT, CA 92260-2294

ALAN P. HAINES &
ELAINE S. HAINES JT TEN
1016 38TH ST W
BRADENTON, FL 34205-1637

KELLEY M. HAINES
2700 NE 21ST TERRACE
FORT LAUDERDALE, FL 33306-1214

| Account: 0000010074 | Total: | 5.000 | Account: 0000010064 | Total: | 3.000 | Account: 0000010865 | Total: | 15.000 | Account: 0000010869 | Total: | 15.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 5.000 | | Cert: | 3.000 | | Cert: | 15.000 | | Cert: | 15.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

KENT HAINES &
LISA HAINES JT TEN
94 MISTY MEADOW  LANE
NORTH KINGSTOWN RI 02852-3711

JONATHAN V. HALL
1021 KELLEY RIDGE CRT
BELLINGHAM WA 98229

JULIUS HALPERN
1310 DUDDING ST SW
ROANOKE, VA 24015-1911

NESIM HALYO
102 HORSESHOE DRIVE
WILLIAMSBURG, VA 23185-5006

| Account: 0000010708 | Total: | 1.000 | Account: 0000011330 | Total: | 3.000 | Account: 0000011346 | Total: | 15.000 | Account: 0000010915 | Total: | 1.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 1.000 | | Cert: | 3.000 | | Cert: | 15.000 | | Cert: | 1.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

ELEANOR L HANSEN
2274 S CHANTICLEER CT
TOMS RIVER NJ 08755

GRACE E HANSEN
1800 LAKEWOOD PARK #179
EUGENE, OR 97402-1677

MAX HARA
2230 JOSE WAY
FULLERTON, CA 92835-3303

WILLIAM A HARBESON
403 WEST 2ND ST SOUTH
SUMMERVILLE, SC 29483-6055

| Account: 0000011188 | Total: | 3.000 | Account: 0000011281 | Total: | 4.000 | Account: 0000010069 | Total: | 1.000 | Account: 0000010272 | Total: | 44.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 3.000 | | Cert: | 4.000 | | Cert: | 1.000 | | Cert: | 44.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

JTWROS ROGER V. HARBIN &
SANDRA S. RINK JT TEN
4141 MADISON AVE
CULVER CITY, CA 90232-3221

ROBERT W HARDEN
1717 N 59TH ST
OMAHA, NE 68104-4833

ARMIN HARNEDY
155 CORNELL DR
ENFIELD, CT 06082-4242

ALEXANDER M. HARRISON
FORTYFIVE FIRST AVENUE,1P
NEW YORK NY 10003

| Account: 0000011395 | Total: | 3.000 | Account: 0000011032 | Total: | 15.000 | Account: 0000010764 | Total: | 15.000 | Account: 0000010408 | Total: | 4.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 3.000 | | Cert: | 15.000 | | Cert: | 15.000 | | Cert: | 4.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

FRANKLIN R HARRISON &
E DARLEEN HARRISON JT TEN
206 HWY GA 32
BRUNSWICK GA 31523

STEPHEN P HARRISON
1414 N WELLS ST #605
CHICAGO, IL 60610-1369

JOHN R. HART &
DONNA J. HART JT TEN
P.O. BOX 1015
UNIONTOWN, PA 15401-1015

ROBERT S. HAY &
SUSAN M. HAY JT TEN
20780 SW 90TH LOOP
DUNNELLON FL 34431-5758

| Account: 0000011314 | Total: | 4.000 | Account: 0000010537 | Total: | 29.000 | Account: 0000010572 | Total: | 1.000 | Account: 0000010516 | Total: | 8.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 4.000 | | Cert: | 29.000 | | Cert: | 1.000 | | Cert: | 8.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

CARL W. HAYWOOD &
LINDA LOU HAYWOOD JT TEN
PO BOX 2444
THOMPSON FALLS, MT 59873-2444

MURRAY HECHT &
HELEN HECHT JT TEN
8205 NW 57TH PL
TAMARAC, FL 33321-4510

JOSEPH C. HEINZ &
LORETTA M. HEINZ JT TEN
37 BEAVER LANE
BEDFORD, NH 03110-4608

BERNARD W. HEITNER
67-66 108ST APT 25C
FOREST HILLS NY 11375



**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 18

| Account: 0000011036 | Total: Cert: DR: | 3.000 3.000 0.000 | Account: 0000011311 | Total: Cert: DR: | 12.000 12.000 0.000 | Account: 0000010128 | Total: Cert: DR: | 1.000 1.000 0.000 | Account: 0000010571 | Total: Cert: DR: | 7.000 7.000 0.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|

ROBERT D. HELGESON &
JUDITH C. HELGESON JT TEN
1347 JEROME ST
BRADLEY, IL 60915-2048

HENRY W. CHECKET &
CO,P S P
C O ROBERT D WALDMAN BLUM YUMKAS
MAILMAN GUTMAN & DENICK
2 HOPKINS PLAZA
BALTIMORE MD 21201

ALLEN HERMAN &
ANNALEE W HERMAN JT TEN
1606 DAWNVIEW DR
BRENTWOOD, CA 94513-6520

BARRY HERMAN &
PATRICIA HERMAN JT TEN
16 GEIGER LN
WARREN, NJ 07059-5620

| Account: 0000011268 | Total: Cert: DR: | 4.000 4.000 0.000 | Account: 0000010699 | Total: Cert: DR: | 3.000 3.000 0.000 | Account: 0000010794 | Total: Cert: DR: | 4.000 4.000 0.000 | Account: 0000011075 | Total: Cert: DR: | 9.000 9.000 0.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|

MARCIA HESLER
3531 N. FREMONT
SPRINGFIELD, MO 65803-3761

JOHN HESSELBIRG
21 MULANARI DRIVE
WANAQUE NJ 07465

ROBERT J. HETRICK
1105 AUGUSTA WAY
ROSEVILLE, CA 95661-4701

NANCY I HEWITT
1839 WESTERHAM LOOP
TRINITY, FL 34655-7178

| Account: 0000010530 | Total: Cert: DR: | 29.000 29.000 0.000 | Account: 0000010309 | Total: Cert: DR: | 3.000 3.000 0.000 | Account: 0000010366 | Total: Cert: DR: | 4.000 4.000 0.000 | Account: 0000011467 | Total: Cert: DR: | 63.000 63.000 0.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|

ALEX HILLENBRAND &
SUSAN HILLENBRAND JT TEN
8415 BAY PO BOX AV 1265
CUTCHOGUE NY 11935

PEGGY HIRSCH
200 E 57TH ST APT 18L
NEW YORK, NY 10022-2869

RICHARD HIRSCH
100 W 57TH STREET APT 20H
NEW YORK NY 10019-3302

HOFFMAN & EDELSON
43 WEST COURT ST
DOYLESTOWN, PA 18901-4223

| Account: 0000010004 | Total: Cert: DR: | 44.000 44.000 0.000 | Account: 0000011249 | Total: Cert: DR: | 4.000 4.000 0.000 | Account: 0000011156 | Total: Cert: DR: | 1.000 1.000 0.000 | Account: 0000010234 | Total: Cert: DR: | 6.000 6.000 0.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|

RICHARD LEE HOFFMAN
4120 SW 20TH AVENUE
CAPE CORAL FL 33914

CINDY J HOLLAND
1316 IDALIA RD
COLUMBIA, SC 29206

WALLACE KEY HOLLEMAN JR.
905 PASADENA DRIVE
NASHVILLE TN 37204

FRANK J. HOLZMANN & MARY JANE HOLZMANN
33 PEEK STREET
ROCHELLE PARK, NJ 07662-3313

| Account: 0000010109 | Total: Cert: DR: | 7.000 7.000 0.000 | Account: 0000010875 | Total: Cert: DR: | 6.000 6.000 0.000 | Account: 0000011029 | Total: Cert: DR: | 7.000 7.000 0.000 | Account: 0000010605 | Total: Cert: DR: | 7.000 7.000 0.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|

ARTHUR W HOROWITZ
5800 NICHOLSON LN #507
ROCKVILLE, MD 20852-2963

R DAVID HOTZ
301 BIRCH AVENUE
LA GRANGE, KY 40031-1309

FREDERICK J HOUGH
PO BOX 375
OXFORD WI 53952

RUTH G. HOUGHTON
RT 1 BOX 311
CANDLER, NC 28715-9114

| Account: 0000011158 | Total: Cert: DR: | 4.000 4.000 0.000 | Account: 0000010205 | Total: Cert: DR: | 7.000 7.000 0.000 | Account: 0000010623 | Total: Cert: DR: | 4.000 4.000 0.000 | Account: 0000010160 | Total: Cert: DR: | 3.000 3.000 0.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|

JACQULYN K. HOWARD
1961 MAIN ST PMB 276
WATSONVILLE, CA 95076-3027

LAWRENCE E HRABLOOK
3802 HILLSIDE TRAIL
GRAPEVINE, TX 76051-7126

THOMAS R HUNTINGTON
1531 CREEKBEND DR
BRANDON, FL 33510-2352

MICHAEL HYATT
6702 RIDGE BLVD APT 5B
BROOKLYN NY 11209


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 19

| Account: 0000010541 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

LUCY IACUCCI
32 W 40TH ST 6B
NEW YORK, NY 10018-3934

| Account: 0000010093 | Total: | 37.000 |
|---|---|---|
| | Cert: | 37.000 |
| | DR: | 0.000 |

LOUIS F. IMBROGNO
3521 WILLOW LAWN DRIVE
LYNCHBURG, VA 24503-3019

| Account: 0000010859 | Total: | 29.000 |
|---|---|---|
| | Cert: | 29.000 |
| | DR: | 0.000 |

ALVARO P ESCANDON INC MPPP DTD 12 1 80
GARY PAUL & STEPHANIE ESCANDON,TTEES
JT TEN
17 PROSPECT STREET
HIGHLAND NJ 07732

| Account: 0000010860 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

DISK INC PROFIT SHARING PLAN &
MARK & DONNA FEIN,TTEES UAD 3 4 92
PO BOX 471909
CHARLOTTE, NC 28247-1909

| Account: 0000010616 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

GARY INTRONE &
KATHLEEN INTRONE JT TEN
210 CENTER STREET
METUCHEN, NJ 08840-1304

| Account: 0000011108 | Total: | 2.000 |
|---|---|---|
| | Cert: | 2.000 |
| | DR: | 0.000 |

VENTURE INVESTMENTS
ATTN: JACK K. RIASHI JR PRES.
17841 JULIANA ST
EASTPOINTE, MI 48021-3145

| Account: 0000010564 | Total: | 89.000 |
|---|---|---|
| | Cert: | 89.000 |
| | DR: | 0.000 |

DG INVESTORS &
C O DONALD RADCLIFFE JT TEN
575 MADISON AVENUE,
SUITE 1006
NEW YORK, NY 10022-2511

| Account: 0000010216 | Total: | 16.000 |
|---|---|---|
| | Cert: | 16.000 |
| | DR: | 0.000 |

IRA MANUELA DE CERRUTI &
BEAR STEARNS SEC CORP CUST
9101 SHORE RD,APT 216
BROOKLYN, NY 11209-6171

| Account: 0000011438 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

DOUGLAS B IRVING
5323 MANGO BLOSSOM CT
SAN JOSE, CA 95123-2131

| Account: 0000011159 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

PATSY ISOM
2633 WINDRIDGE DRIVE
ACWORTH, GA 30102-2224

| Account: 0000010214 | Total: | 20.000 |
|---|---|---|
| | Cert: | 20.000 |
| | DR: | 0.000 |

BEVERLY ISRAEL
10634 E CEDAR WAXWING DR
SUN LAKES, AZ 85248-7764

| Account: 0000010524 | Total: | 11.000 |
|---|---|---|
| | Cert: | 11.000 |
| | DR: | 0.000 |

ROBERT ISRAEL
2719 HUFF DRIVE
PLEASANTON, CA 94588-8391

| Account: 0000011351 | Total: | 12.000 |
|---|---|---|
| | Cert: | 12.000 |
| | DR: | 0.000 |

ROBERT TOSHIRO IWAMA
2341 WOODS AVE
MONTEREY PARK, CA 91754-5921

| Account: 0000010322 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

LEONARD D JACOBS &
CATHERINE E JACOBS JT TEN
111 BONNIE BRAE WAY
HOLLYWOOD, FL 33021-2901

| Account: 0000011280 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

HENRY F JAECKEL &
RUTH E JAECKEL JT TEN
3403 KIMBROUGH AVE
TUPELO  MS 38801-6207

| Account: 0000010749 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

FRANK JAHN
35 BOWSTONE RD
PITTSBURGH, PA 15235-5102

| Account: 0000010253 | Total: | 97.000 |
|---|---|---|
| | Cert: | 97.000 |
| | DR: | 0.000 |

CUSTODIAN RAYMOND JAMES & ASSOCIATES &
FBO: JANE LENAHAN JT TEN
53 BRIARWOOD ROAD
FLORHAM PARK, NJ 07932-2576

| Account: 0000010251 | Total: | 9.000 |
|---|---|---|
| | Cert: | 9.000 |
| | DR: | 0.000 |

CUSTODIAN RAYMOND JAMES & ASSOCIATES &
FBO: JANE LENAHAN JT TEN
53 BRIARWOOD ROAD
FLORHAM PARK, NJ 07932-2576

| Account: 0000011191 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

EDWARD W. JAMES &
LANA A. JAMES JT TEN
2220 CARDINE ROAD
PONCA CITY OK 74607

| Account: 0000011433 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

HENRY JAMROZINSKI SR &
HENRY JAMROZINSKI JT TEN
C O MACDOUGALL MACDOUGALL & MACTIER
IN PLACE DU CANADA SUITE 2000
MONTREAL,QUEBEC CANADA H3B 4J1


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC SER B PFD
### (13168)

REPORT DATE: 07/07/2010
PAGE: 20

| Account: 0000011503 | Total: | 23.000 |
|---|---|---|
| | Cert: | 23.000 |
| | DR: | 0.000 |

JANNEY MONTGOMERY SCOTT LLC
ATTN SECURITIES OPERATIONS
1801 MARKET STREET
PHILADELPHIA PA 19103 1675

| Account: 0000010375 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

TODD JANNOTTI
3 LEELAND AV
NEWBURGH, NY 12550-1512

| Account: 0000010194 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

GLORIA JASSEM
6433 99TH ST.
REGO PARK NY 11374

| Account: 0000011008 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

J C BRADFORD &
CO CUST JT TEN
1020 BROADLEAF CT
LANESVILLE, IN 47136-9406

| Account: 0000010594 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

STEVEN M JEBENS
41 MISSION DR
EAST AMHERST, NY 14051-1442

| Account: 0000010876 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

BOYD ELWOOD JENKINS JR
1039 S. CORTLAND
KOKOMO, IN 46902-6202

| Account: 0000010606 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

GEORGE JENNINGS
80 TAMAQUES WAY
WESTFIELD NJ 07090-3621

| Account: 0000010417 | Total: | 10.000 |
|---|---|---|
| | Cert: | 10.000 |
| | DR: | 0.000 |

JERRYS ARTARAMA INC
ATTN DAVID GOLDSTEIN PRESIDENT
24812 UNION TPKE
BELLEROSE, NY 11426-1837

| Account: 0000011175 | Total: | 9.000 |
|---|---|---|
| | Cert: | 9.000 |
| | DR: | 0.000 |

JMT FUND
ATTN THOMAS J HILLMAN TTEE 8501 PAGE
ST LOUIS MO 63114

| Account: 0000011011 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

MICHAEL JOSEPH JOHANSSON &
DIANE MARIE JOHANSSON JT TEN
14542 RIVIERS POINTE DR
ORLANDO FL 32828

| Account: 0000011155 | Total: | 10.000 |
|---|---|---|
| | Cert: | 10.000 |
| | DR: | 0.000 |

EDWARD L JOHNSON
3858 HWY 14 WEST
SELMA AL 36703

| Account: 0000011232 | Total: | 5.000 |
|---|---|---|
| | Cert: | 5.000 |
| | DR: | 0.000 |

GREG JOHNSON
2421 BEVINGTON PK RD
SAINT CHARLES, IA 50240-8538

| Account: 0000011199 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

JOSEPH J. JOHNSON &
THEO C. JOHNSON JT TEN
2802 SEABREEZE DRIVE
GULFPORT, FL 33707-3932

| Account: 0000011039 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

RICHARD T. JOHNSON
13191 DERON AVE
SAN DIEGO, CA 92129-2509

| Account: 0000010864 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

ROBERT P JOHNSON
770 REGENT RD
CINCINNATI, OH 45245-1670

| Account: 0000010567 | Total: | 220.000 |
|---|---|---|
| | Cert: | 220.000 |
| | DR: | 0.000 |

JONAS PARTNERS L.P. &
C O EGS PARTNERS LLC JT TEN
350 PARK AVENUE
11TH FLOOR
NEW YORK, NY 10022-6022

| Account: 0000010945 | Total: | 9.000 |
|---|---|---|
| | Cert: | 9.000 |
| | DR: | 0.000 |

EDWARD JONES &
CO,CUSTODIAN JT TEN
2527 GLENN DR
NEW SMYRNA BEACH, FL 32168-8267

| Account: 0000010756 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

DAVID JORDAN IRA &
DEAN WITTER REYNOLD CUST JT TEN
3536 HIGH GATE AVE
CHALFONT, PA 18914-4421

| Account: 0000011061 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

STANLEY J. JURECKI JR. &
MAY JURECKI JT TEN
11 HEMINGWAY
HAZLET, NJ 07730-2138

| Account: 0000011297 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

PAUL JUSTYNA
1712 CEDAR ST
CONCORDIA, KS 66901-4723



| Account: 0000011035 | Total:<br>Cert:<br>DR: | 4.000<br>4.000<br>0.000 |
|---|---|---|

DEAN KAGAN
110 STEEPLE DR
BUFFALO GROVE IL 60089

| Account: 0000010288 | Total:<br>Cert:<br>DR: | 3.000<br>3.000<br>0.000 |
|---|---|---|

BARBARA KAHN &
MARTIN KAHN JT TEN
118 SOUTHAMPTON DR
GALLOWAY, NJ 08205-6623

| Account: 0000010412 | Total:<br>Cert:<br>DR: | 15.000<br>15.000<br>0.000 |
|---|---|---|

URSULA KALISH
215 EAST 68TH ST
NEW YORK, NY 10021-5718

| Account: 0000010853 | Total:<br>Cert:<br>DR: | 74.000<br>74.000<br>0.000 |
|---|---|---|

RICHARD L KANE
PO BOX 2174
WILMINGTON, DE 19899-2174

| Account: 0000010808 | Total:<br>Cert:<br>DR: | 6.000<br>6.000<br>0.000 |
|---|---|---|

JON KANEFIELD &
THELA KANEFIELD JT TEN
2401 PENNSYLVANIA AVE.
APT 7B21
PHILADELPHIA PA 19130

| Account: 0000011348 | Total:<br>Cert:<br>DR: | 44.000<br>44.000<br>0.000 |
|---|---|---|

VIJAYA KANMANTAREDDY
1505 COLUMBUS
COFFEYVILLE, KS 67337-1043

| Account: 0000010663 | Total:<br>Cert:<br>DR: | 3.000<br>3.000<br>0.000 |
|---|---|---|

LESLIE KAPLAN &
BARBARA KAPLAN JT TEN
P.O. BOX 152
GLADWYNE, PA 19035-0152

| Account: 0000010941 | Total:<br>Cert:<br>DR: | 2.000<br>2.000<br>0.000 |
|---|---|---|

ROSALIND G KAPLAN
P O BOX 941313
MAITLAND, FL 32794-1313

| Account: 0000010180 | Total:<br>Cert:<br>DR: | 7.000<br>7.000<br>0.000 |
|---|---|---|

THEODORE N KAPLAN
360 E 72ND STREET
APT A1601
NEW YORK, NY 10021-4758

| Account: 0000010396 | Total:<br>Cert:<br>DR: | 9.000<br>9.000<br>0.000 |
|---|---|---|

DAVID KARLIN &
SANDRA KARLIN JT TEN
10 GOLF COURSE DR
MONTEBELLO, NY 10901-3949

| Account: 0000010283 | Total:<br>Cert:<br>DR: | 4.000<br>4.000<br>0.000 |
|---|---|---|

SCOTT KARLIN
303 W MACAW DR
CHANDLER, AZ 85248-2757

| Account: 0000010761 | Total:<br>Cert:<br>DR: | 1.000<br>1.000<br>0.000 |
|---|---|---|

JOSEPH KARP &
JUDITH HAROLD JT TEN
10524 CONWAY TRAIL
BOYNTON BEACH FL 33437

| Account: 0000010345 | Total:<br>Cert:<br>DR: | 3.000<br>3.000<br>0.000 |
|---|---|---|

EVAN KARPINOS
21706 64 AVENUE
OAKLAND GARDENS, NY 11364-2231

| Account: 0000011115 | Total:<br>Cert:<br>DR: | 10.000<br>10.000<br>0.000 |
|---|---|---|

JAMES KASCH
2411 W KENBOERN DR
GLENDALE, WI 53209-1833

| Account: 0000011410 | Total:<br>Cert:<br>DR: | 15.000<br>15.000<br>0.000 |
|---|---|---|

KATHRYN ANN FRANZBLAU MD INC &
MONEY PURCHASE PENSION PLAN UAD
12 19 78 KATHRYN ANN FRANZBLAU,TTEE
PO BOX 4057
JACKSON, WY 83001-4057

| Account: 0000010612 | Total:<br>Cert:<br>DR: | 4.000<br>4.000<br>0.000 |
|---|---|---|

MALCOLM KATZ &
ALICE J KATZ JT TEN
223 AZALIA DR
STATESBORO GA 30458

| Account: 0000010135 | Total:<br>Cert:<br>DR: | 3.000<br>3.000<br>0.000 |
|---|---|---|

RUSSELL E. KATZMAN
8093 NW 71ST COURT
TAMARAC, FL 33321-2763

| Account: 0000011461 | Total:<br>Cert:<br>DR: | 9,863.000<br>9,863.000<br>0.000 |
|---|---|---|

KAUFMAN MALCHMAN KIRBY & SQUIRE LLP
830 THIRD AVENUE
NEW YORK, NY 10022-7523

| Account: 0000010518 | Total:<br>Cert:<br>DR: | 4.000<br>4.000<br>0.000 |
|---|---|---|

MARILYN KAUFMAN
1056 MANHATTAN AV
BROOKLYN, NY 11222-1325

| Account: 0000011266 | Total:<br>Cert:<br>DR: | 15.000<br>15.000<br>0.000 |
|---|---|---|

KEITH BANK
332 LARKSPUR DR
HIGHLAND PARK IL 60035


**AMERICAN STOCK** Transfer & Trust Company, LLC LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 22

| Account: 0000010233 | Total: Cert: DR: | 4.000 4.000 0.000 |
|---|---|---|

MARY P. KELLEHER
6 MARKS COURT
STONY POINT, NY 10980-2610

| Account: 0000011212 | Total: Cert: DR: | 7.000 7.000 0.000 |
|---|---|---|

CRAIG WILLIAM KELLEY
PO BOX 178
KIHEI HI 96753

| Account: 0000011345 | Total: Cert: DR: | 16.000 16.000 0.000 |
|---|---|---|

WILLIAM J. KELLEY
19107 PLAYER PARK DR
HUMBLE, TX 77346-6149

| Account: 0000010731 | Total: Cert: DR: | 5.000 5.000 0.000 |
|---|---|---|

KRISTIN KELLS
C/O KRISTEN LYNNE SCHWEITZER
100 WASHINGTON ST
RUMSON NJ 07760-1432

---

| Account: 0000010255 | Total: Cert: DR: | 8.000 8.000 0.000 |
|---|---|---|

MICHAEL J. KELLY
11050 71ST ROAD APT 7B
FOREST HILLS NY 11375

| Account: 0000010799 | Total: Cert: DR: | 3.000 3.000 0.000 |
|---|---|---|

KAREN E. KEMPF &
CHARLES T. KEMPF JT TEN
RD2 BOX 2292
EAST STROUDSBURG, PA 18301-9695

| Account: 0000011504 | Total: Cert: DR: | 4.000 4.000 0.000 |
|---|---|---|

MICHAEL W KENNEY
1453 SUNNINGDALE LN
ORMOND BEACH FL 32174

| Account: 0000010493 | Total: Cert: DR: | 15.000 15.000 0.000 |
|---|---|---|

ROGER KENNY
33 MT. HOLLY DRIVE
RYE, NY 10580-1858

---

| Account: 0000010065 | Total: Cert: DR: | 3.000 3.000 0.000 |
|---|---|---|

DOUGLAS J. KIDDY &
MARILYN CARLSON KIDDY JT TEN
14 RIDGEWOO AVE.
ASHAWAY RI 02804

| Account: 0000010636 | Total: Cert: DR: | 2.000 2.000 0.000 |
|---|---|---|

ROBERT T KIEFER
7 SMOKE RUN
PITTSTOWN, NJ 08867-5101

| Account: 0000010022 | Total: Cert: DR: | 7.000 7.000 0.000 |
|---|---|---|

ANN M. KILLORY
403 EAST 70 ST.
APT 5
NEW YORK, NY 10021-5337

| Account: 0000010772 | Total: Cert: DR: | 4.000 4.000 0.000 |
|---|---|---|

MARY A. KIRK
640 PARRISH RD
SWARTHMORE, PA 19081-1005

---

| Account: 0000010483 | Total: Cert: DR: | 3.000 3.000 0.000 |
|---|---|---|

MICHAEL A. KLAR
3537 BENERAID STREET
LAND O LAKES FL 34638-7917

| Account: 0000011371 | Total: Cert: DR: | 22.000 22.000 0.000 |
|---|---|---|

CHARLOTTE P. KLEIN
4200 MASSACHUSETTS AVE NW APT 303
WASHINGTON, DC 20016-4753

| Account: 0000011450 | Total: Cert: DR: | 133.000 133.000 0.000 |
|---|---|---|

KNOTTY & CO
C/O STATE STREET BANK & TRUST
BOX 5756
BOSTON, MA 02206-5756

| Account: 0000010373 | Total: Cert: DR: | 6.000 6.000 0.000 |
|---|---|---|

LAURA D. KOCH
C/O LAURA D GLENN
1108 FOWLER AVE
EVANSTON IL 60202-1023

---

| Account: 0000011285 | Total: Cert: DR: | 6.000 6.000 0.000 |
|---|---|---|

ROBERT W. KOENIG
84 SPRINGWOOD VILLAS
HILTON HEAD ISLAND SC 29928

| Account: 0000010694 | Total: Cert: DR: | 4.000 4.000 0.000 |
|---|---|---|

MARY A KOHN
80 MINNESINK RD
MANASQUAN, NJ 08736-3515

| Account: 0000011370 | Total: Cert: DR: | 1.000 1.000 0.000 |
|---|---|---|

EDWARD N.S. KONG TTEE &
FBO EDWARD N.S. KONG REV LIVING TRUST
DTD 10 27 92
PO BOX 860389
WAHIAWA, HI 96786-0389

| Account: 0000010161 | Total: Cert: DR: | 7.000 7.000 0.000 |
|---|---|---|

JOZEF KOWALSKI
252 EAST 61 ST
APT 1AN
NEW YORK, NY 10021-8562



**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

| Account: 0000011090 | Total: 3.000 Cert: 3.000 DR: 0.000 | Account: 0000011258 | Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000010164 | Total: 15.000 Cert: 15.000 DR: 0.000 | Account: 0000010363 | Total: 1.000 Cert: 1.000 DR: 0.000 |
|---|---|---|---|---|---|---|---|
| DAVID B. KOZIARA & MICHELE M. KOZIARA JT TEN 21354 PARKLANE FARMINGTON HILLS, MI 48335-4217 | | MICHELE M. KOZIARA 21354 PARKLANE ST. FARMINGTON HILLS, MI 48335-4217 | | ADELE KRAMER 1717 EAST 18TH STREET BROOKLYN, NY 11229-2147 | | NINA KRAUS 17339 TRAMONTO DR APT 302 PACIFIC PALISADES, CA 90272-3149 | |
| Account: 0000011053 | Total: 22.000 Cert: 22.000 DR: 0.000 | Account: 0000011168 | Total: 19.000 Cert: 19.000 DR: 0.000 | Account: 0000010248 | Total: 7.000 Cert: 7.000 DR: 0.000 | Account: 0000011202 | Total: 1.000 Cert: 1.000 DR: 0.000 |
| JASON G. KRETCH PO BOX 30989 SEVEN MILE BEACH | | REDDY G. KRISHNA 4484 SANDY WATER LN PLANO TX 75024-7713 | | LINDA T. KRISTIANSEN 120 E 81ST STREET APT 14B NEW YORK, NY 10028-1420 | | RICKY J. KUBIAK 3908 CLOVERBROOK DR SPARKS, NV 89436-7656 | |
| Account: 0000011006 | Total: 7.000 Cert: 7.000 DR: 0.000 | Account: 0000010665 | Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000010447 | Total: 4.000 Cert: 4.000 DR: 0.000 | Account: 0000011318 | Total: 15.000 Cert: 15.000 DR: 0.000 |
| GERALD D. KUHN & LINDA B. KUHN JT TEN 9824 S. 1000 W. WALDRON, IN 46182-9632 | | GENE ELIZABETH KURZ 41 SUNNYSIDE ROAD MAHWAH, NJ 07430-1417 | | STANLEY KUSCHNER & HELENE ROSENBERG JT TEN 2606 NW 104TH AVE BLDG 185 APT 203 SUNRISE, FL 33322-6315 | | GEORGE W. KUYBUS 1934 S UNIVERSITY BLVD DENVER, CO 80210-4210 | |
| Account: 0000011387 | Total: 3.000 Cert: 3.000 DR: 0.000 | Account: 0000010399 | Total: 3.000 Cert: 3.000 DR: 0.000 | Account: 0000010120 | Total: 3.000 Cert: 3.000 DR: 0.000 | Account: 0000011336 | Total: 1.000 Cert: 1.000 DR: 0.000 |
| EMERY KYLE KYSER ATTN: EMERY KYLE KYSER PRESIDENT 4044 WETUMPKA HWY MONTGOMERY, AL 36110-2709 | | HERMAN L TTEES & LINDA P ALGAZI TTEES 8 POINT LOMA DR CORONA DEL MAR, CA 92625-1026 | | JTTEN DONALD L. & MARY LOU KELLY JT TEN 14790-204 EAGLE RIDGE DRIVE FORT MYERS FL 33912-1790 | | SUZANNE LACABE 30 WINCHESTER CANYON RD SPC 135 GOLETA, CA 93117-1967 | |
| Account: 0000010153 | Total: 11.000 Cert: 11.000 DR: 0.000 | Account: 0000010955 | Total: 15.000 Cert: 15.000 DR: 0.000 | Account: 0000010725 | Total: 6.000 Cert: 6.000 DR: 0.000 | Account: 0000010555 | Total: 293.000 Cert: 293.000 DR: 0.000 |
| RAMON M. LAGO & GILDA LAGO JT TEN 180 ELM STREET NEWARK, NJ 07105-1703 | | LOUIS P LAMBROS 3540 ARCHWOOD DR ROCKY RIVER, OH 44116-3706 | | CHARLES A LAMEIRE & CAROLE LAMEIRE JT TEN 3 GOLDEN WEST DR DURANGO, CO 81301-7198 | | LAMORTE BURNS & CO.,INC JT TEN 64 DANBURY ROAD WILTON, CT 06897-4429 | |


**AMERICAN STOCK** Transfer & Trust Company, LLC LINK GROUP network

# LIST OF SHAREHOLDERS
# JENNIFER CONVERTIBLES INC SER B PFD
## (13168)

REPORT DATE: 07/07/2010
PAGE: 24

| Account: 0000010743 | Total: | 9.000 | Account: 0000010896 | Total: | 38.000 | Account: 0000010122 | Total: | 15.000 | Account: 0000011412 | Total: | 18.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 9.000 | | Cert: | 38.000 | | Cert: | 15.000 | | Cert: | 18.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

PHILLIP D. LANGNER
38 THIRD STREET
PARK RIDGE NJ 07656

WILLIAM FRANKLIN LANNING JR.
1633 VILLAGE PLACE
WINSTON-SALEM NC 27127

RICHARD LA POINT
930 W WINONA ST
APT. 403
CHICAGO IL 60640-6341

LARRY R BALMAGIA TTEE &
COFFEE BREAK PRODUCTIONS INC EMP
P S P UA DTD 7 15 87
2120 OAK ST
SANTA MONICA, CA 90405-5010

| Account: 0000010654 | Total: | 7.000 | Account: 0000011365 | Total: | 1.000 | Account: 0000010150 | Total: | 3.000 | Account: 0000010021 | Total: | 4.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 7.000 | | Cert: | 1.000 | | Cert: | 3.000 | | Cert: | 4.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

WILLIAM W. LASHER
130 HICKORY AVE
BERGENFIELD, NJ 07621-1839

WILLIAM JAMES LAVINE
460 E H ST APT 606
CHULA VISTA CA 91910-7469

EDWARD LAVITT REVOCABLE TRUST
ATTN EDWARD LAVITT TTEE DTD 3 20 96
1725 YORK AVENUE,APT 11E
NEW YORK, NY 10128-7810

JAMES LAW
126 DODD ST
WEEHAUKEN NJ 07087

| Account: 0000011013 | Total: | 3.000 | Account: 0000010512 | Total: | 7.000 | Account: 0000010242 | Total: | 5.000 | Account: 0000011300 | Total: | 7.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 3.000 | | Cert: | 7.000 | | Cert: | 5.000 | | Cert: | 7.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

CHARLES J LAY
10720 MIDNIGHT DR
INDIANAPOLIS, IN 46239-9234

SCOTT M. LAZARE
134 REGENT DR
LIDO BEACH, NY 11561-4925

PAUL GAYLORD LEAKE & ADRIANNE V. LEAKE
581 UNION RD
SPRING VALLEY, NY 10977-2115

GEORGE L LECLERC
17 CHARRON AVENUE
BERLIN, NH 03570-1202

| Account: 0000010306 | Total: | 4.000 | Account: 0000010585 | Total: | 1.000 | Account: 0000010245 | Total: | 20.000 | Account: 0000010148 | Total: | 7.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 4.000 | | Cert: | 1.000 | | Cert: | 20.000 | | Cert: | 7.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

NESTOR LEDESMA
14477 41ST AVE APT#512
FLUSHING, NY 11355-1432

SHEARSON LEHMAN CUST &
ROSE M ZIGENFUS IRA JT TEN
1415 N POINTE CT
EVANSVILLE, IN 47725-8313

JEFFREY S LEIBOWITZ
15 EATONDALE AVE
BLUE POINT, NY 11715-1007

CALVIN LEM
16810 GRAND CENTRAL PKWY
JAMAICA, NY 11432-1301

| Account: 0000011286 | Total: | 1.000 | Account: 0000010698 | Total: | 15.000 | Account: 0000010252 | Total: | 190.000 | Account: 0000011342 | Total: | 1.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 1.000 | | Cert: | 15.000 | | Cert: | 190.000 | | Cert: | 1.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

PHILLIP LEMKER &
KAY LEMKER JT TEN
1620 130TH AVE
LAKE PARK, IA 51347-7017

GRANT LENEHAN
53 BRIARWOOD ROAD
FLORHAM PARK, NJ 07932-2576

JANE LENEHAN
53 BRIARWOOD ROAD
FLORHAM PARK, NJ 07932-2576

CHRISTOPHER LENG
1915 S BURNSIDE AVE
LOS ANGELES, CA 90016-1114

| Account: 0000010814 | Total: | 1.000 | Account: 0000010017 | Total: | 7.000 | Account: 0000010989 | Total: | 3.000 | Account: 0000010369 | Total: | 20.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cert: | 1.000 | | Cert: | 7.000 | | Cert: | 3.000 | | Cert: | 20.000 |
| | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 | | DR: | 0.000 |

JOHN D. LENGEMANN &
DENISE M. LENGEMANN JT TEN
1508 SNOWBERRY DRIVE
WILLIAMSTOWN, NJ 08094

STEPHEN L. LEONE &
KIMBERLY A. LEONE JT TEN
4 RAINBOW RIDGE WY
GEORGETOWN, MA 01833-1835

EDWARD LEVIN SR.
874 HINE AVE
PAINESVILLE, OH 44077-4204

BARRY M LEVINE &
MARTIN J LEVINE JT TEN
1600SW 56TH AVENUE
FORT LAUDERDALE FL 33317-5932


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 25

| Account: 0000010498 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

GERALD LEVINE
6050 BLVD EAST APT 18C
WEST NEW YORK, NJ 07093-3923

| Account: 0000010265 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

HELEN LEVINE AND BARRY LEVINE
1600 SW 56TH AVENUE
PLANTATION, FL 33317-5932

| Account: 0000011247 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

STEPHEN B LEVINE
1345 TROON DR
WEST LINN, OR 97068-1808

| Account: 0000010657 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

MARIAN LEVINSOHN
40 TIFFANY DRIVE
EAST HANOVER NJ 07936-2516

| Account: 0000011362 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

SAUL LEVINSON
3210 S SHEPHERD DR
HOUSTON TX 77098

| Account: 0000010037 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

BARBARA LEVY
210 NAHANTON ST #408
NEWTON, MA 02459-2927

| Account: 0000010166 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

PATRICK LEVY &
SHERRY LEVY JT TEN
270 PASCACK RD.
WOODCLIFF LAKE, NJ 07677-7949

| Account: 0000010834 | Total: | 7.000 |
| | Cert: | 7.000 |
| | DR: | 0.000 |

CHRIS LEYERLE
1420 NW GILMAN BLVD
SUITE 2655
ISSAQUAH, WA 98027-5394

| Account: 0000010171 | Total: | 7.000 |
| | Cert: | 7.000 |
| | DR: | 0.000 |

ESTELLE LICKER & JACK LICKER &
JILL GREENBERG
5 PHILLIP COURT
MONROE TOWNSHIP NJ 08831-2627

| Account: 0000010573 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

JACQUELINE LIEBERMAN
27 LOIS LN
OLD BETHPAGE NY 11804-1739

| Account: 0000010368 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

MARGIT W LIEBERMAN
P O BOX 2714
GREENVILLE NC 27836

| Account: 0000011203 | Total: | 11.000 |
| | Cert: | 11.000 |
| | DR: | 0.000 |

ANGELA G. LIM
816 CONTRA COSTA AV
BERKELEY, CA 94707-1920

| Account: 0000010976 | Total: | 7.000 |
| | Cert: | 7.000 |
| | DR: | 0.000 |

LOUIS R. LINDER
13844 LILU PAD CIRCLE
FORT MYERS, FL 33907-1825

| Account: 0000010796 | Total: | 9.000 |
| | Cert: | 9.000 |
| | DR: | 0.000 |

DEBORAH A LINDERS
132 E ASHLAND ST
DOYLESTOWN, PA 18901-4621

| Account: 0000010649 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

GAIL LINDERS
132 E ASHLAND ST
DOYLESTOWN PA 18901

| Account: 0000010650 | Total: | 13.000 |
| | Cert: | 13.000 |
| | DR: | 0.000 |

GAIL LINDERS
132 E ASHLAND ST
DOYLESTOWN PA 18901

| Account: 0000010718 | Total: | 8.000 |
| | Cert: | 8.000 |
| | DR: | 0.000 |

ROBERT H LINDERS
132 E ASHLAND ST
DOYLESTOWN, PA 18901-4621

| Account: 0000010719 | Total: | 2.000 |
| | Cert: | 2.000 |
| | DR: | 0.000 |

ROBERT H LINDERS
132 E ASHLAND ST
DOYLESTOWN, PA 18901-4621

| Account: 0000010099 | Total: | 44.000 |
| | Cert: | 44.000 |
| | DR: | 0.000 |

DOLBY LINWOOD
5238 RIDGELINE DRIVE
BROWNSVILLE, TX 78526-3882

| Account: 0000010589 | Total: | 7.000 |
| | Cert: | 7.000 |
| | DR: | 0.000 |

BERNARDINE K HARFORD LIV TR
168 HIGHLAND AVE
HIGHLANDS NJ 07732-1810

| Account: 0000011315 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

MARK J. LOCHHEAD
1914 BONNEVIEW DRIVE
BOUNTIFUL, UT 84010-4116

| Account: 0000011170 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

ROBERT T. REX LOGAN
1904 BLACK FOX CROSSING
MURFREESBORO, TN 37127-5981

| Account: 0000010002 | Total: | 7.000 |
| | Cert: | 7.000 |
| | DR: | 0.000 |

CHARLES LONG &
SUSAN LONG JT TEN
PO BOX 180
NEWPORT RI 02840

| Account: 0000011293 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

NANCY S DECKER LOVING TRUST
DTD 3 28 90
ATTN: NANCY S & JAMES B DECKER TTEES
1504 NIGHTHAWK DR
EDMOND, OK 73034-6188



**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC SER B PFD
### (13168)

REPORT DATE: 07/07/2010
PAGE: 26

| Account: 0000010751 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

M. ELAINE LOWE &
CYRIL L. LOWE JT TEN
9146 HUBBARD RD
ALLISON PARK, PA 15101-2806

| Account: 0000010266 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

ROBERTA LUFTMAN
8312 GRAND MESSINA CIR
BOYNTON BEACH, FL 33437-7103

| Account: 0000010514 | Total: | 8.000 |
| | Cert: | 8.000 |
| | DR: | 0.000 |

LYLE DIAMOND &
UTA CHARLES SCHWAB & CO INC LYLE
DIAMOND KEOGH PLAN JT TEN
205 YORKSHIRE COURT
OLD BRIDGE, NJ 08857-3241

| Account: 0000010887 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

BERTHA L. LYONS &
MARK T. LYONS JT TEN
7243 LANDMARK DR
SPRING HILL, FL 34606-6148

| Account: 0000011284 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

JASON J. LYTLE
6704 N. 110TH ST
OMAHA NE 68164

| Account: 0000010861 | Total: | 2.000 |
| | Cert: | 2.000 |
| | DR: | 0.000 |

JOEL LYTTON
5018 LABRADORE DR
ROANOKE, VA 24012-8501

| Account: 0000011116 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

TTEES ANNABELLE M &
EDMUND G ROST JT TEN
220 E. FRANCIS AVENUE
LA HABRA, CA 90631-4747

| Account: 0000011429 | Total: | 9.000 |
| | Cert: | 9.000 |
| | DR: | 0.000 |

JUAN JOSE MORALES M.
RUTA 7 RES. LAS ROSAS 92
CARACAS,VENEZUELA 01041

| Account: 0000010886 | Total: | 7.000 |
| | Cert: | 7.000 |
| | DR: | 0.000 |

JENNIFER LOPDRUP UTMA MA &
LOPDRUP CUST JT TEN
ATTN KIM AXEL 13641 PASEO DEL ROBLE
LOS ALTOS HILLS CA 94022

| Account: 0000011242 | Total: | 7.000 |
| | Cert: | 7.000 |
| | DR: | 0.000 |

JOHN E MAAS &
HERTRA MAAS JT TEN
77 S ADAMS ST APT 1101
DENVER, CO 80209-2922

| Account: 0000011093 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

VELJAN MACKOVSKI &
DANICA MACKOVSKI JT TEN
20148 EDINBERG DRIVE
MACOMB, MI 48044-2152

| Account: 0000010625 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

SUSAN MACWILLIAMS
11 CHARLOTTE TERRACE
WAYNE, NJ 07470-3607

| Account: 0000010333 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

JAMES MADDEN JR &
MARK MADDEN JR JT TEN
140 WOODBURY RD
HICKSVILLE NY 11801-3025

| Account: 0000010127 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

CORNELIA MAJOR
9 BOXWORD DRIVE
MORRISTOWN NJ 07960

| Account: 0000010289 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

WILLIAM MALDONADO &
SALLY MALDONADO JT TEN
2709 HERONS CREEK DR
LAS VEGAS  NV 89134

| Account: 0000010020 | Total: | 29.000 |
| | Cert: | 29.000 |
| | DR: | 0.000 |

SESHAGIRI RAO MALLAMPATI
41 CENTRE ST,#304
BROOKLINE, MA 02446-2852

| Account: 0000010089 | Total: | 6.000 |
| | Cert: | 6.000 |
| | DR: | 0.000 |

BONNIE O MALLEY CUST &
FBO: RYAN O MALLEY UGMA CT
58 SPRING ROCK ROAD
BRANFORD, CT 06405-5524

| Account: 0000010783 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

KEVIN L. MAMMAU
1127 GRANDVIEW RD
MOUNT ROY PA 17552

| Account: 0000010684 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

MICHAEL J. MANOLE
286 EAST CRESCENT AVE
RAMSEY, NJ 07446-2004

| Account: 0000010685 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

MICHAEL J MANOLE &
DEIRDRE H MANOLE JT TEN
286 EAST CRESCENT AVE
RAMSEY, NJ 07446-2004


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC SER B PFD
### (13168)

REPORT DATE: 07/07/2010
PAGE: 27

| Account: 0000010846 | Total: 1,002.000 | Account: 0000010066 | Total: 3.000 | Account: 0000010317 | Total: 7.000 | Account: 0000010279 | Total: 34.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 1,002.000 | | Cert: 3.000 | | Cert: 7.000 | | Cert: 34.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

MARC E. RUDICK &
NOMINEE TRUST MARC E. RUDICK,TTEE JT TEN
C O MARC E. RUDICK 1046 GREAT POND ROAD
N. ANDOVER MA 01845

ALICE MARCOUX &
JOHN MARCOUX JT TEN
283 GEORGE ST
PROVIDENCE, RI 02906-3118

ROBERT MARK &
ESTELLE MARK JT TEN
6118 245TH PLACE
DOUGLASTON, NY 11362-2027

DEBORAH MARKOWITZ
7959 TALAVERA PL
DELRAY BEACH FL 33446-4324

| Account: 0000010387 | Total: 9.000 | Account: 0000010553 | Total: 47.000 | Account: 0000010475 | Total: 29.000 | Account: 0000010604 | Total: 15.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 9.000 | | Cert: 47.000 | | Cert: 29.000 | | Cert: 15.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

MICHELE MARKOWITZ
510 E. 80TH STREET
NEW YORK NY 10021

PL ADMIN STANLEY MARKOWITZ &
ACTION HOUSE PROFIT SHARING PLAN JT TEN
3223 48TH AVE
LONG ISLAND CITY NY 11101

DAVID MARKS JR. REV. TRUST &
NANCY L MARKS,DR PATRICIA GREENFIELD
& DR. TERRY M. TARLOW TTEES DTD 34180
LA QUINTA CA 92253

JOSEPH MAROOTIAN &
JANETTE MAROOTIAN JT TEN
26 GORGE WAY
WAYNE, NJ 07470-6255

| Account: 0000010964 | Total: 15.000 | Account: 0000010312 | Total: 1.000 | Account: 0000010458 | Total: 18.000 | Account: 0000010393 | Total: 1.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 15.000 | | Cert: 1.000 | | Cert: 18.000 | | Cert: 1.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

EARLE F. MARSH
357 N. BROADWAY # 1A
YONKERS, NY 10701-2009

MARGARET B MARSHALL
PO BOX 736
GRAND CANYON, AZ 86023-0736

PETER MARSHALL &
CATHY MARSHALL JT TEN
54 CEDAR LAKE WEST
DENVILLE, NJ 07834-1704

RICHARD M. MARSHALL
282 SYCAMORE STREET
STATEN ISLAND NY 10312-5645

| Account: 0000010795 | Total: 4.000 | Account: 0000011197 | Total: 12.000 | Account: 0000010891 | Total: 419.000 | Account: 0000010804 | Total: 5.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 4.000 | | Cert: 12.000 | | Cert: 419.000 | | Cert: 5.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

JAMES M. MARTIN
4019 PIRATES BCH
GALVESTON TX 7754-8036

JEANETTE MARTINEZ
790 BOYLSTON ST.
APT. 19 H
BOSTON, MA 02199-7928

MARY HILLMAN JENNINGS &
A C# 10-01-001-0397966 C O PNC BANK
8800 TINICUM BLVD
PHILADELPHIA PA 19153

JOSEPH E. MASTRANGELO &
MARCIA L. MASTRANGELO JT TEN
C O JOSEPH ASSOC. PRINTING 90 W.
CHESTNUT ST. STE 105
WASHINGTON PA 15301

| Account: 0000010098 | Total: 26.000 | Account: 0000010029 | Total: 7.000 | Account: 0000011235 | Total: 15.000 | Account: 0000010443 | Total: 6.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 26.000 | | Cert: 7.000 | | Cert: 15.000 | | Cert: 6.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

RICK A DEL MASTRO
52 E END AVE #36A
NEW YORK, NY 10028-7954

RUDOLPH MATLAND
12995 CLEVELAND AVE S.
SUITE 107
FORT MYERS, FL 33907-3896

TOM H. MAU &
ANDREA MAU JT TEN
2115 BALFOUR CT
SAN DIEGO, CA 92109-1417

GERI MAXWELL
4400 HILLCREST DRIVE,#806
HOLLYWOOD, FL 33021-7928



**AMERICAN STOCK** Transfer & Trust Company, LLC LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 28

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Account: 0000010992** | **Total:** Cert: DR: | **3.000** 3.000 0.000 | **Account: 0000011022** | **Total:** Cert: DR: | **3.000** 3.000 0.000 | **Account: 0000011244** | **Total:** Cert: DR: | **4.000** 4.000 0.000 | **Account: 0000011007** | **Total:** Cert: DR: | **7.000** 7.000 0.000 |

Account: 0000010992 Total: 3.000 / Cert: 3.000 / DR: 0.000
JOAN MAYER
75 EAST END AVENUE
NEW YORK, NY 10028-7909

Account: 0000011022 Total: 3.000 / Cert: 3.000 / DR: 0.000
BARBARA MAZIARZ
851 HERITAGE DR.
ADDISON, IL 60101-3165

Account: 0000011244 Total: 4.000 / Cert: 4.000 / DR: 0.000
GARY W MCCLURE &
LAWANIA J MCCLURE JT TEN
3007 HIRTER DR APT C
SAINT JOSEPH, MO 64506-1552

Account: 0000011007 Total: 7.000 / Cert: 7.000 / DR: 0.000
MICHAEL MCCRACKEN &
KIM MCCRACKEN JT TEN
P.O. BOX 271 1001 S. ROOSEVELT
ORLEANS, IN 47452-0271

Account: 0000011263 Total: 4.000 / Cert: 4.000 / DR: 0.000
RONNIE D MCCRACKEN &
KATHY A MCCRACKEN JT TEN
4425 S ROANOKE
SPRINGFIELD, MO 65810-1821

Account: 0000010181 Total: 12.000 / Cert: 12.000 / DR: 0.000
JACQUELINE MCDONALD
20 TILESTON ST
BOSTON, MA 02113-1957

Account: 0000010918 Total: 11.000 / Cert: 11.000 / DR: 0.000
LOUISE H. MCDONALD
1219 LANIER BLVD
BRUNSWICK, GA 31520-7434

Account: 0000011167 Total: 7.000 / Cert: 7.000 / DR: 0.000
W MC GINNIS &
T ALLEN MCBRIDE TTEES JT TEN
1221 PLEASANT #490
DES MOINES, IA 50309-1427

Account: 0000010106 Total: 59.000 / Cert: 59.000 / DR: 0.000
EDWARD MCGOVERN &
ALICE MCGOVERN JT TEN
640 PARRISH RD
SWARTHMORE, PA 19081-1005

Account: 0000010938 Total: 4.000 / Cert: 4.000 / DR: 0.000
CHARLES K. MCKNIGHT
400 MIMOSE DR
ST SIMONS IS, GA 31522-5808

Account: 0000010910 Total: 9.000 / Cert: 9.000 / DR: 0.000
JEAN KAY B. MCKNIGHT
400 MIMOSA DR
ST SIMONS IS, GA 31522-5808

Account: 0000011252 Total: 1.000 / Cert: 1.000 / DR: 0.000
KEVIN MCLAUGHLIN
13104 BARRETT MEADOWS DR
BALLWIN, MO 63021-3808

Account: 0000011231 Total: 1.000 / Cert: 1.000 / DR: 0.000
WILLIAM L. MEARDON
122 SOUTH LINN STREET
IOWA CITY, IA 52240-1802

Account: 0000010714 Total: 7.000 / Cert: 7.000 / DR: 0.000
ANN MERRY &
TIMOTHY MERRY JT TEN
246 WESTERN AVE
SHERBORN, MA 01770-1014

Account: 0000011001 Total: 29.000 / Cert: 29.000 / DR: 0.000
UNITED METHODIST CHILDREN S HOME
BANCONE INVESTMENT MANAGEMENT ATTN:
KARINA J. RITCHIE 235 W SCHROCK RD
WESTERVILLE OH 43081

Account: 0000010177 Total: 1.000 / Cert: 1.000 / DR: 0.000
MICHAEL VOOSS IRA &
10 W 65TH ST APT 2H
NEW YORK, NY 10023-6603

Account: 0000010384 Total: 18.000 / Cert: 18.000 / DR: 0.000
ROBERT J MICHEL
130 BARROW ST APT 315
NEW YORK, NY 10014-2857

Account: 0000011468 Total: 494.000 / Cert: 494.000 / DR: 0.000
MILBERG WEISS BERSHAD HYNES & LERACH
ONE PENNSYLVANIA PLAZA
NEW YORK NY 10119-1065

Account: 0000011261 Total: 29.000 / Cert: 29.000 / DR: 0.000
TTEE DENNIS A. MILFELD &
FBO: DANA MILFELD TRUST DTD 7-7-87 JT
TEN
667 S. HIGHWAY 21
DESORO MO 63020

Account: 0000010220 Total: 15.000 / Cert: 15.000 / DR: 0.000
HELEN C. MILLER & LINDA COLLINS
5270 S. SEPULVEDA BLVD
LAS VEGAS, NV 89118-1119


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 29

| Account: 0000010261 | Total: Cert: DR: | 29.000 29.000 0.000 | Account: 0000011354 | Total: Cert: DR: | 16.000 16.000 0.000 | Account: 0000011269 | Total: Cert: DR: | 7.000 7.000 0.000 | Account: 0000011057 | Total: Cert: DR: | 4.000 4.000 0.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|

JAY MILLER
19 BROOKRIDGE CT
RYE BROOK, NY 10573-3439

JEFFREY L. MILLER
3282 COLUSA
PINOLE, CA 94564-1530

NORMAN M. MILLER &
HELEN L. MILLER JT TEN
2106 S BYERS AVENUE
JOPLIN, MO 64804-1919

ROBERT C MILLER
919 BUTTERMILK DR
GALION, OH 44833-2370

---

| Account: 0000010529 | Total: Cert: DR: | 3.000 3.000 0.000 | Account: 0000011509 | Total: Cert: DR: | 6.000 6.000 0.000 | Account: 0000010476 | Total: Cert: DR: | 3.000 3.000 0.000 | Account: 0000010100 | Total: Cert: DR: | 4.000 4.000 0.000 |

STANLEY R. MILLER
6 GAINESBOROUGH TER.
RIVER EDGE NJ 07661

JAMES M MILLS
13405 ROBINDALE CR
PO BOX 133
PARADISE MI 49768

JOHN MINETTA
16 2ND AVE
HUNTINGTON STATION, NY 11746-1614

ALBERT MITRANI &
EUGENIA MITRANI JT TEN
1 HORSEMAN S LANE
SYOSSET, NY 11791-4402

---

| Account: 0000011133 | Total: Cert: DR: | 1.000 1.000 0.000 | Account: 0000010158 | Total: Cert: DR: | 2.000 2.000 0.000 | Account: 0000010105 | Total: Cert: DR: | 7.000 7.000 0.000 | Account: 0000010994 | Total: Cert: DR: | 1.000 1.000 0.000 |

HARRY A MIZE &
ALYCE B MIZE JT TEN
2308 TIMSBURY WAY
SANTA MARIA, CA 93455-1209

MERYL MODICA
76 IRVING PL APT #1B
NEW YORK, NY 10003-2245

THOMAS F MOLLOY
735 68TH ST
BROOKLYN, NY 11220-5622

SERGE P MOLOHOSKY & SANDRA J MOLOHOSKY
93 STONE MTN DRIVE
CONROE, TX 77302-1143

---

| Account: 0000011209 | Total: Cert: DR: | 1.000 1.000 0.000 | Account: 0000010487 | Total: Cert: DR: | 15.000 15.000 0.000 | Account: 0000011246 | Total: Cert: DR: | 3.000 3.000 0.000 | Account: 0000011340 | Total: Cert: DR: | 37.000 37.000 0.000 |

ROBERT MONTGOMERY JR
7060 HAGGERTY RD
BELLEVILLE, MI 48111-5104

JUNE MORAN
27 BEACH 221 STREET
ROCKAWAY PT, NY 11697-1525

HAROLD H MORROW &
AVA M MORROW JT TEN
1091 REDSTONE LN
ATLANTA, GA 30338-2637

GREG MORSE
1515 SW CLIFTON ST
PORTLAND OR 97201

---

| Account: 0000010536 | Total: Cert: DR: | 1.000 1.000 0.000 | Account: 0000011397 | Total: Cert: DR: | 2.000 2.000 0.000 | Account: 0000010574 | Total: Cert: DR: | 7.000 7.000 0.000 | Account: 0000010557 | Total: Cert: DR: | 89.000 89.000 0.000 |

KYLE J. MOSER &
ROBIN A. MOSER JT TEN
21390 OAKVIEW DRIVE
NOBLESVILLE, IN 46062-9407

JOE MOSES
ATTN JOHN M DELAVAN & EDWARD JONES
PARTN 413 CANAL ST
NEW SMYRNA BOND FL 32168

CLARENCE M MOSS &
GRACE W MOSS JT TEN
121 HOOTON RD
MOUNT LAUREL, NJ 08054-1311

M. SHANKEN COMMUNICATIONS INC
387 PARK PLACE AVENUE S.
NEW YORK NY 10016

---

| Account: 0000011322 | Total: Cert: DR: | 15.000 15.000 0.000 | Account: 0000010838 | Total: Cert: DR: | 1.000 1.000 0.000 | Account: 0000011417 | Total: Cert: DR: | 67.000 67.000 0.000 | Account: 0000011277 | Total: Cert: DR: | 3.000 3.000 0.000 |

GEORGE MUKAI
21543 36TH AVE
BAYSIDE, NY 11361-1742

RONALD J. MULLEN
49 PEPPERDINE CIRCLE
BALTIMORE, MD 21228-5376

MAUREEN MULLER
181 LONG HILL RD
LITTLE FALLS NJ 07424

LEONARD L MURDY &
HELEN E MURDY JT TEN
525 S ANAHEIM HILLS RD APT B105
ANAHEIM, CA 92807-4723



**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC SER B PFD
### (13168)

REPORT DATE: 07/07/2010
PAGE: 30

| Account: 0000011326 | Total: 7.000 | Account: 0000010916 | Total: 15.000 | Account: 0000011069 | Total: 15.000 | Account: 0000011137 | Total: 4.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 7.000 | | Cert: 15.000 | | Cert: 15.000 | | Cert: 4.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

BYRON MURRAY &
ANN VEIT JT TEN
7224 SKYVIEW AVE
NEW PORT RICHEY, FL 34653-1944

DIXIE E. MURRAY IRA &
PRUDENTIAL SECURITIES CUST JT TEN
P.O. BOX 644
ST SIMONS ISLAND GA 31532

RAHIF MURRAY
2395 TRAVERSE
TROY, MI 48083-5952

JOSEPH E MUTZ &
BEATRICE J MUTZ JT TEN
1320 ALBANY LN
ROCKFORD, IL 61107-5612

| Account: 0000011225 | Total: 2.000 | Account: 0000010403 | Total: 3.000 | Account: 0000010084 | Total: 1.000 | Account: 0000010765 | Total: 6.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 2.000 | | Cert: 3.000 | | Cert: 1.000 | | Cert: 6.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

DANIEL J. NADERMANN
10655 TIMBER RIDGE ST
DUBUQUE IA 52001-8268

INA NAGER
300 E 40TH ST
NEW YORK NY 10016

JOHN C. NATALE &
BARBARA G. NATALE JT TEN
PO BOX 1467
EAST ORLEANS MA 02643-1467

THOMAS J. NAUGHTON
642 FORT DUQUESNE BLVD
PITTSBURGH, PA 15222-3307

| Account: 0000011377 | Total: 7.000 | Account: 0000010659 | Total: 1.000 | Account: 0000011319 | Total: 5.000 | Account: 0000011320 | Total: 5.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 7.000 | | Cert: 1.000 | | Cert: 5.000 | | Cert: 5.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

VINH QUY NAUYEN
3487 HERITAGE OAKS DR.
SAN JOSE, CA 95148-3815

ALYCE M. NELSON
505 CAPRI CT
WILLIAMSTOWN, NJ 08094-3045

HENRY E. NELSON
121 PEBBLECREEK LANE
ZELIENOPLE, PA 16063-3133

KATHERINE A. NELSON
121 PEEBLE CREEK LANE
ZELIENOPLE, PA 16063-3133

| Account: 0000010174 | Total: 4.000 | Account: 0000010676 | Total: 7.000 | Account: 0000011425 | Total: 15.000 | Account: 0000011228 | Total: 15.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 4.000 | | Cert: 7.000 | | Cert: 15.000 | | Cert: 15.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

PING JIN NG
LOT 3.1,WISMA SHEN
149 JLN MASSIDA INDIA

ALVIN R NICOLOSI
2507 OTIS DELLINGER RD
LINCOLNTON, NC 28092-8180

ROY S. NICOLOSI IRA ACCT &
DEAN WITTER REYNOLDS CUST JT TEN
46 NORTH AVE
MONTUALE NJ 07645

LONNIE NIELSEN
6 MARLWOOD LN
PALM BEACH GARDENS FL 33418-6805

| Account: 0000010631 | Total: 7.000 | Account: 0000011015 | Total: 3.000 | Account: 0000010379 | Total: 6.000 | Account: 0000010744 | Total: 1.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 7.000 | | Cert: 3.000 | | Cert: 6.000 | | Cert: 1.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

MARVIN I NISSENBAUM &
LORRAINE NISSENBAUM JT TEN
1549 E 29TH STREET
BROOKLYN, NY 11229-1846

JAMES L NIX &
D JANE NIX JT TEN
8245 ANEMONE LN
INDIANAPOLIS, IN 46219-4012

STEVEN Y. NORMAN &
ROBBYN L. NORMAN JT TEN
27 JOHN DR
OLD BETHPAGE NY 11804-1505

VINCENT J NOVICK &
ADRIENNE H NOVICK JT TEN
6003 CARPENTER ST
DOWNERS GROVE, IL 60516-1841

| Account: 0000010621 | Total: 10.000 | Account: 0000010032 | Total: 1.000 | Account: 0000011002 | Total: 7.000 | Account: 0000010978 | Total: 3.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 10.000 | | Cert: 1.000 | | Cert: 7.000 | | Cert: 3.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |

LOUISE ROSE NYEMCSIK &
CARL JOHN BELLO JT TEN
53 JOSEPH PL
WAYNE, NJ 07470-3448

J. CHRIS OBERHOLTZER
705 PARKWOOD AVE
PARK RIDGE IL 60068-2231

RICHARD H. OBERREICH
39 EAST 39TH ST
INDIANAPOLIS, IN 46205-2645

ROBERT C OBNEY &
KAREN L OBNEY JT TEN
W1389A TERRITORIAL RD
WHITEWATER WI 53190


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC SER B PFD
### (13168)

REPORT DATE: 07/07/2010
PAGE: 31

| Account: 0000011113 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

FREDERICK S. OH
EXPAT UK SUNBURY
PO BOX 4381
HOUSTON TX 77210-4381

| Account: 0000010059 | Total: | 34.000 |
|---|---|---|
| | Cert: | 34.000 |
| | DR: | 0.000 |

JEAN OLIPHANT
69 ANIMOSA CIRCLE
DURANGO, CO 81301-7192

| Account: 0000010806 | Total: | 10.000 |
|---|---|---|
| | Cert: | 10.000 |
| | DR: | 0.000 |

RANA J. OOMMEN
1114 GRANADA LANE
MECHANICSBURG, PA 17055-5303

| Account: 0000010811 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

MILTON OSTERNECK CUST &
FBO SCOTT M OSTERNECK UGTMA PA JT TEN
101 BEACON SQUARE
WAYNE PA 19087

| Account: 0000010812 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

MILTON OSTERNECK CUST &
FBO JESSICA OSTERNECK UGTMA PA JT TEN
101 BEACON SQUARE
WAYNE PA 19087

| Account: 0000011275 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

EUGENE W OSTLUND &
MARGARET W OSTLUND JT TEN
111 JAMES DRIVE SW
VIENNA, VA 22180-6713

| Account: 0000011043 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

JOSEPH OSTROWSKI &
GERALDINE OSTROWSKI JT TEN
3518 SO. 61 ST AVE
CICERO IL 60804

| Account: 0000010236 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

RHODA PACNER & ARCHIE PACNER
804 CYPRESS GROVE LANE #110
POMPANO BEACH FL 33069

| Account: 0000010837 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

JOHN L PAGE
1110 N SWINTON AVE
DELRAY BEACH  FL 33444-2925

| Account: 0000010898 | Total: | 16.000 |
|---|---|---|
| | Cert: | 16.000 |
| | DR: | 0.000 |

JAMES PALIOUROS
303 WESLEY DRIVE
CHAPEL HILL, NC 27516-1520

| Account: 0000010101 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

RAYMOND H. PALMER
11 SOMERSET LN
SCHENECTADY, NY 12302-2718

| Account: 0000010071 | Total: | 25.000 |
|---|---|---|
| | Cert: | 25.000 |
| | DR: | 0.000 |

RICHARD W PANTALONE
477 MCENTEE DR
WADSWORTH OH 44281

| Account: 0000011062 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

PAOLI,INC
ATTN MICHAEL D. MCCRACKEN TREASURER
P.O. BOX 30
PAOLI, IN 47454-0030

| Account: 0000010046 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

NILI PARANSKY
8 JOYCE DR.
PITTSBURGH PA 15243

| Account: 0000010776 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

NOAM PARANSKY
8 JAYCEE DR.
PITTSBURGH, PA 15243-1306

| Account: 0000010763 | Total: | 11.000 |
|---|---|---|
| | Cert: | 11.000 |
| | DR: | 0.000 |

SAUL PARANSKY &
RUTH L. PARANSKY JT TEN
6290 OLIVEWOOD CIR
GREENACRES FL 33463-2426

| Account: 0000010544 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

LISA PARISE
2901 DAVIS ST
OCEANSIDE, NY 11572-2014

| Account: 0000011473 | Total: | 63.000 |
|---|---|---|
| | Cert: | 63.000 |
| | DR: | 0.000 |

PARK EAST INC
C/O SOICHER
342 MADISON AVENUE
SUITE 1800
NEW YORK NY 10173

| Account: 0000011200 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

CLAUDETTE R PEARSON
320 MYRTLE ST
NACOGDOCHES, TX 75965-2650

| Account: 0000011476 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

BETTY J PECH
890 WEST TROPICAL WAY
PLANTATION, FL 33317-3352

| Account: 0000010662 | Total: | 10.000 |
|---|---|---|
| | Cert: | 10.000 |
| | DR: | 0.000 |

JOSEPH L. PEDONE AND NANCY A. PEDONE
753 RED LION WAY
BRIDGEWATER, NJ 08807-1668

| Account: 0000010326 | Total: | 10.000 |
|---|---|---|
| | Cert: | 10.000 |
| | DR: | 0.000 |

BRUNO PELLEGRINI
61 S MAIN ST
NEW CITY, NY 10956-3537

| Account: 0000011157 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

JERRY KEITH PETERS &
DEBRA V PETERS JT TEN
502 S FLORIDA AVE #111
TARPON SPRINGS FL 34689-2750

| Account: 0000011431 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

RICHARD A PETERS
306 AVENIDA CUMBRE
NEWPORT BEACH CA 92660


**AMERICAN STOCK**
*Transfer & Trust Company, LLC*
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 32

| Account: 0000010321 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

KEITH PETERSON &
KERI PETERSON JT TEN
21 BRYCEWOOD DRIVE
DIX HILLS, NY 11746-4906

| Account: 0000010500 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

WILLIAM PETERSON &
PATRICIA PETERSON JT TEN
21 BRYCEWOOD DRIVE
DIX HILLS, NY 11746-4906

| Account: 0000011018 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

ANTON N. PFENDT
25315 SUGAR VALLEY DR
SPRING, TX 77373-8008

| Account: 0000011378 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

VAN T PHAM &
CHAUGIANG N PHAM JT TEN
4004 ESQUIRE CT
PLANO, TX 75023-5913

| Account: 0000011128 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

CATHERINE S PHELPS
1007 CALIBRE SPRINGS WAY NE
ATLANTA GA 30342

| Account: 0000010012 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

ANDRE G PHILIPPON
42 C ATWOOD RD
TOPSHAM, ME 04086-5777

| Account: 0000011296 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

ROBERT S PHILLIPS &
NORMAN A RUETER JT TEN
13057 EIGHTH AVE NW
SEATTLE, WA 98177-4244

| Account: 0000010952 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

IAN W. PIERCE
17072 DOLPHIN DR  NORTH
REDINGTON BEACH FL 33708-1324

| Account: 0000010690 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

JOSEPH PIJANOWSKI
207 WATCHUNG AVE
CRANFORD, NJ 07016-2538

| Account: 0000011059 | Total: | 2.000 |
|---|---|---|
| | Cert: | 2.000 |
| | DR: | 0.000 |

WILLIAM D. PILE
4094 GILMAN
LOUISVILLE, KY 40207-2157

| Account: 0000010096 | Total: | 22.000 |
|---|---|---|
| | Cert: | 22.000 |
| | DR: | 0.000 |

JOSEPH A. PISANI &
DOREEN F. PISANI JT TEN
32 BARTON CREEK RD
JACKSON NJ 08527-4037

| Account: 0000011014 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

ENID POLLAK
130 SUNRISE AVE APT 218
PALM BEACH FL 33480-3956

| Account: 0000011279 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

DELL B POLLMAN &
DEBRA J POLLMAN JT TEN
861 S RACINE
MESA  AZ 85206-2845

| Account: 0000011234 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

HARLAND RONALD POMEROY
106 TROY STREET SW
CEDAR RAPIDS, IA 52404-6046

| Account: 0000011325 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

ARCHIE J. POMPEO &
FLORENCE M. POMPEO JT TEN
6917 40 SW
SEATTLE, WA 98136-1911

| Account: 0000010511 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

DANIEL PON JR
182 HOWARD ST #113
SAN FRANCISCO, CA 94105-1611

| Account: 0000010049 | Total: | 95.000 |
|---|---|---|
| | Cert: | 95.000 |
| | DR: | 0.000 |

HAROLD PONN
20 CROSS STREET
WOBURN, MA 01801-5606

| Account: 0000010901 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

LONNIE DOLPHUS POPE
1556 LEE PEARSON RD
GRANITE FALLS NC 28630-9254

| Account: 0000010303 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

PETER PORCASI &
MARINA PORCASI JT TEN
14945 15 ROAD
WHITESTONE, NY 11357-2535

| Account: 0000010132 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

VINCENT L PORCO &
DONNA PORCO JT TEN
PO BOX 465
PLEASANTVILLE NY 10570

| Account: 0000011339 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

RAUL MARCELINO PORTILLO
2927 SERIANA WAY
UNION CITY, CA 94587-1539

| Account: 0000011215 | Total: | 18.000 |
|---|---|---|
| | Cert: | 18.000 |
| | DR: | 0.000 |

D.M. PORTUGAL
3210 PEBBLE TRACE
HOUSTON, TX 77068-3027

| Account: 0000011127 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

THOMAS J PORTZ
2551 WORDEN ST APT 11
SAN DIEGO CA 92110-5832

| Account: 0000010168 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

DAVID PRAMER &
RHODA PRAMER JT TEN
208 HAMPSHIRE CT
PISCATAWAY NJ 08854



**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

## LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC SER B PFD
## (13168)

REPORT DATE: 07/07/2010
PAGE: 33

| Account: 0000011278 | Total: 15.000 | Account: 0000010311 | Total: 15.000 | Account: 0000010791 | Total: 10.000 | Account: 0000011367 | Total: 31.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 15.000 | | Cert: 15.000 | | Cert: 10.000 | | Cert: 31.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| JACK H. PRED 1445 KNOLLWOOD LANE MENTOTA HEIGHTS SAINT PAUL MN 55118-2728 | | MICHELLE PROVITCH 160 EAST 88 STREET NEW YORK, NY 10128-2233 | | JR PSP THE WILLIAM C. GREEN & WILLIAM C. GREEN JR.,TTEE UA DTD 33966 BERKELLEY HALL 42 HOLLY GROVE RD BLUFFTON SC 29909 | | SURAJ PURI 43734 CAMERON HILLS DR FREMONT, CA 94539-5970 | |

| Account: 0000011088 | Total: 15.000 | Account: 0000011400 | Total: 15.000 | Account: 0000010862 | Total: 15.000 | Account: 0000010267 | Total: 4.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 15.000 | | Cert: 15.000 | | Cert: 15.000 | | Cert: 4.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| JULIA SANS PUTNAM & DAVID L. PUTNAM JT TEN 11491 LOPRETE DRIVE MANISTEE MI 49660 | | TTEES ALEX R. & ELSBETH ZIEGLER JT TEN 808 EAST MCGLINCEY LANE CAMPBELL CA 95008 | | JTTEN JAMES R. & BARBARA LOONEY JT TEN 8509 SUMMIT ACRES DRIVE RICHMOND, VA 23235-5160 | | GORDON E. RABELER 5 BITTMAN LA NEW CITY, NY 10956-2801 | |

| Account: 0000010803 | Total: 3.000 | Account: 0000011294 | Total: 8.000 | Account: 0000010648 | Total: 29.000 | Account: 0000010397 | Total: 1.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 3.000 | | Cert: 8.000 | | Cert: 29.000 | | Cert: 1.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| WILLIAM RADONAVITCH 28 LOCUST ST WADING RIVER, NY 11792-1732 | | LEROY W RATLIFF & JOYCE E RATLIFF JT TEN 2638 DALTON WICHITA KS 67210 | | RAYMOND JAMES & ASSOC INC CUST JT TEN 239 LONGHILL RD LITTLE FALLS, NJ 07424-2005 | | DAVID J REDANZ 2138 S SANCTUARY DR NEW BERLIN, WI 53151-1923 | |

| Account: 0000011382 | Total: 15.000 | Account: 0000011148 | Total: 3.000 | Account: 0000010545 | Total: 4.000 | Account: 0000011224 | Total: 1.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 15.000 | | Cert: 3.000 | | Cert: 4.000 | | Cert: 1.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| E WILLIAM REIBER PEN PLAN TR DTD 5-29-79 ATTN E WILLIAM REIBER TTEE 3000 E FLETCHER AVE TAMPA, FL 33613-4656 | | JOHN T REID 316 E WALLER ST MORGANFIELD KY 42437-1752 | | CHARLES REIFF ATTN: GERALD P. KAMINSKY,ACCT EXECUTIVE,C O COWEN & CO. FINANCIAL SQUARE 31ST NEW YORK NY 10005 | | CURTIS V. REINAN 3637 SADDLE CREEK COURT LAS VEGAS, NV 89147-3829 | |

| Account: 0000011489 | Total: 12.000 | Account: 0000010724 | Total: 7.000 | Account: 0000010720 | Total: 6.000 | Account: 0000010696 | Total: 15.000 |
|---|---|---|---|---|---|---|---|
| | Cert: 12.000 | | Cert: 7.000 | | Cert: 6.000 | | Cert: 15.000 |
| | DR: 0.000 | | DR: 0.000 | | DR: 0.000 | | DR: 0.000 |
| ERNEST P RENSI 9032 WOODVIEW DRIVE PITTSBURGH PA 15237 | | ROBERT R. REXON 13 HIGHGATE LANE CHERRY HILL, NJ 08003-1824 | | DEAN WITTER REYNOLDS CUST & FBO RICHARD D UPCHURCH IRA JT TEN 85 JAMES ST WESTWOOD, NJ 07675-2918 | | DEAN WITTER REYNOLDS C F & SAMUEL H. SCHINDEL IRA R O DTD 1 26 94 15 BIRCHWOOD TERRACE WAYNE, NJ 07470-3406 | |


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 34

| Account: 0000010201 | Total:<br>Cert:<br>DR: | 6.000<br>6.000<br>0.000 |
|---|---|---|

DEAN WITTER REYNOLDS CUST &
FBO HARK ROELOFFS DTD 8-2-82
3 COLERIDGE CT
PALM COAST, FL 32137-9036

| Account: 0000010023 | Total:<br>Cert:<br>DR: | 1.000<br>1.000<br>0.000 |
|---|---|---|

DEAN WITTER REYNOLDS CUST &
FBO SUSAN C UPCHURCH IRA
85 JAMES ST
WESTWOOD, NJ 07675-2918

| Account: 0000011119 | Total:<br>Cert:<br>DR: | 3.000<br>3.000<br>0.000 |
|---|---|---|

DEAN WITTER REYNOLDS CUST &
TERRENCE P. CLEARY,IRA JT TEN
1137 W. MONTCLAIRE
GLENDALE, WI 53217-4454

| Account: 0000011317 | Total:<br>Cert:<br>DR: | 7.000<br>7.000<br>0.000 |
|---|---|---|

CHRIS A RHOADES
2030 VALLEJO ST #905
SAN FRANCISCO CA 94123

| Account: 0000010332 | Total:<br>Cert:<br>DR: | 4.000<br>4.000<br>0.000 |
|---|---|---|

RON RIBEIRO
135 MERRITTS POND ROAD
RIVERHEAD, NY 11901-2648

| Account: 0000011194 | Total:<br>Cert:<br>DR: | 3.000<br>3.000<br>0.000 |
|---|---|---|

KRISTY L. RICE
1107 W GREEN ST
CHAMPAIGN IL 61821-3935

| Account: 0000010948 | Total:<br>Cert:<br>DR: | 4.000<br>4.000<br>0.000 |
|---|---|---|

RAY M RICE
810 EVANS MANOR DR
MATTHEWS, NC 28104-9752

| Account: 0000010421 | Total:<br>Cert:<br>DR: | 15.000<br>15.000<br>0.000 |
|---|---|---|

EDWARD G RICHLIN
8512 WOODBRIAR DRIVE
SARASOTA, FL 34238-5655

| Account: 0000011401 | Total:<br>Cert:<br>DR: | 1.000<br>1.000<br>0.000 |
|---|---|---|

MARIS RENDI RIEGEL
6126 E BRIARWOOD DRIVE
ENGLEWOOD CO 80112

| Account: 0000010218 | Total:<br>Cert:<br>DR: | 1.000<br>1.000<br>0.000 |
|---|---|---|

MANUELA DEL RIO
37 SMITH ST
BRISTOL, RI 02809-4533

| Account: 0000010548 | Total:<br>Cert:<br>DR: | 9.000<br>9.000<br>0.000 |
|---|---|---|

SEYMOUR D RITTER
62 BIRCHWOOD PARK DR
JERICHO, NY 11753-2202

| Account: 0000010566 | Total:<br>Cert:<br>DR: | 4.000<br>4.000<br>0.000 |
|---|---|---|

ROBERT SCHWARTZ &
C O NEW CONCEPTS OF N.Y. INC JT TEN
104 WEST 29TH STREET
NEW YORK NY 10001

| Account: 0000011222 | Total:<br>Cert:<br>DR: | 7.000<br>7.000<br>0.000 |
|---|---|---|

JEFFREY SCOTT ROBERTS
7425 E SANDIA CIRCLE
MESA AZ 85207-1815

| Account: 0000011237 | Total:<br>Cert:<br>DR: | 7.000<br>7.000<br>0.000 |
|---|---|---|

JON A ROBKEN
ATTN RANDY PRIBYL REG REP BERTHEL
FISHER & CO 30 ROBERTS AVE
DAVENPORT IA 52803

| Account: 0000010410 | Total:<br>Cert:<br>DR: | 3.000<br>3.000<br>0.000 |
|---|---|---|

DAVID RODIS
11152 ROSE REFLET PLACE
LAS VEGAS, NV 89144-1658

| Account: 0000010439 | Total:<br>Cert:<br>DR: | 8.000<br>8.000<br>0.000 |
|---|---|---|

FELIX RODRIGUEZ &
EDITH RODRIGUEZ JT TEN
501 PALMHURST DR
LAS VEGAS, NV 89145-6145

| Account: 0000011302 | Total:<br>Cert:<br>DR: | 3.000<br>3.000<br>0.000 |
|---|---|---|

JIMMIE G ROGERS &
LELA M ROGERS JT TEN
310 N GRANT
SMITH CENTER, KS 66967-2106

| Account: 0000010937 | Total:<br>Cert:<br>DR: | 1.000<br>1.000<br>0.000 |
|---|---|---|

SCOTT L ROGERS &
MICHAEL F. WEIGOLD JT TEN
5415 COLLINS AVE. NO. 505
MIAMI BEACH, FL 33140-2556

| Account: 0000011182 | Total:<br>Cert:<br>DR: | 3.000<br>3.000<br>0.000 |
|---|---|---|

ROLAND M ROLAND &
BOBBIE DITCHARD ROLAND JT TEN
1201 ORCHID DR
HARVEY, LA 70058-2526

| Account: 0000011357 | Total:<br>Cert:<br>DR: | 4.000<br>4.000<br>0.000 |
|---|---|---|

JR. IRA ROLLOVER HAROLD F. HACKE
ATTN AG EDWARDS & SONS INC
1807 MAIDEN LANE
PETALUMA CA 94954

| Account: 0000010091 | Total:<br>Cert:<br>DR: | 1.000<br>1.000<br>0.000 |
|---|---|---|

JOHN ROSCOE
11 WEST 69TH ST #6A
NEW YORK, NY 10023-4742

| Account: 0000011409 | Total:<br>Cert:<br>DR: | 10.000<br>10.000<br>0.000 |
|---|---|---|

ROSE-TEX CORP TRUST FUND
ATTN HOWARD ROSENBERG TTEE 14331
DON JULIAN AVENUE
CITY OF INDUSTRY CA 91746

| Account: 0000010826 | Total:<br>Cert:<br>DR: | 7.000<br>7.000<br>0.000 |
|---|---|---|

SOL H. RUBEN
345 FOURTH AVENUE
ROOM 401
PITTSBURGH, PA 15222-2105

| Account: 0000010827 | Total:<br>Cert:<br>DR: | 7.000<br>7.000<br>0.000 |
|---|---|---|

SOL H. RUBEN
345 FOURTH AVE.
ROOM 402
PITTSBURGH, PA 15222-2105


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC SER B PFD
### (13168)

REPORT DATE: 07/07/2010
PAGE: 35

| Account: 0000010407 | Total: Cert: DR: | 9.000 9.000 0.000 | Account: 0000010531 | Total: Cert: DR: | 7.000 7.000 0.000 | Account: 0000010033 | Total: Cert: DR: | 1.000 1.000 0.000 | Account: 0000010988 | Total: Cert: DR: | 4.000 4.000 0.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAMELIA E. RUDICK 1046 GREAT POND RD NORTH ANDOVER, MA 01845-1204 | | | STEVEN RUDINGER & SHARYN ZEMEL RUDINGER JT TEN 37 MAPLE LN WESTPORT, CT 06880-6232 | | | MAX RUMPAL & HARRIET M RUMPAL JT TEN 8210 ELMWOOD AVE #407 SKOKIE, IL 60077-2976 | | | RANDY K RUSS 2267 MARYLAND DR XENIA, OH 45385-4631 | | |
| Account: 0000011173 | Total: Cert: DR: | 191.000 191.000 0.000 | Account: 0000010784 | Total: Cert: DR: | 15.000 15.000 0.000 | Account: 0000011130 | Total: Cert: DR: | 2.000 2.000 0.000 | Account: 0000010147 | Total: Cert: DR: | 8.000 8.000 0.000 |
| MCDONALD DOUGLAS BT RUSSELL ATTN BANK OF NEW YORK TTEE ONE WALL STREET NEW YORK NY 10286 | | | STEPHEN A. RUTKA & NADA NAPOLETAN RUTKA JT TEN 422 IRONWOOD DR CANONSBURG, PA 15317-9569 | | | DENNIS RYAN 3429 BRIAR CREST DR JANESVILLE, WI 53546-9656 | | | RICHARD RYAN & DEBRA A. RYAN JT TEN P.O. BOX 82 RYANDALE DR BILLINGS, NY 12510-0082 | | |
| Account: 0000011205 | Total: Cert: DR: | 4.000 4.000 0.000 | Account: 0000011472 | Total: Cert: DR: | 529.000 529.000 0.000 | Account: 0000010850 | Total: Cert: DR: | 1.000 1.000 0.000 | Account: 0000010232 | Total: Cert: DR: | 7.000 7.000 0.000 |
| R DON SACHTLEBEN SEPARATE PROP 305 NORTH ALLEN STREET EDNA, TX 77957-2601 | | | SALOMON SMITH BARNEY INC 333 W 34TH ST 3RD FL NEW YORK, NY 10001-2402 | | | SHANE M. SAMMON & PUNG JA SAMMON JT TEN 19121 SATICOY ST RESEDA, CA 91335-2547 | | | FLORENCE SAMUELS 123 EAST 37TH STREET NEW YORK, NY 10016-3030 | | |
| Account: 0000011172 | Total: Cert: DR: | 7.000 7.000 0.000 | Account: 0000010353 | Total: Cert: DR: | 3.000 3.000 0.000 | Account: 0000010778 | Total: Cert: DR: | 1.000 1.000 0.000 | Account: 0000011017 | Total: Cert: DR: | 15.000 15.000 0.000 |
| HARRY S. SANDERS JR. 2523 POPLAR SPRINGS DR MERIDIAN, MS 39301-2150 | | | REGINA SARTORI & MICHAEL JT TEN LINDA MASTRACCHE PARAMUS NJ 07652 | | | ANDREW I SCHAEFER & C RENEE SINNUT JT TEN 8 MEAD RIDGE LANE RIDGEFIELD CT 06877 | | | STANLEY L SCHAMBACH & NORMAN J SCHAMBACH JT TEN 11 N 201 CAPULET CIRCLE ELGIN, IL 60124-8107 | | |
| Account: 0000010739 | Total: Cert: DR: | 25.000 25.000 0.000 | Account: 0000010797 | Total: Cert: DR: | 7.000 7.000 0.000 | Account: 0000011114 | Total: Cert: DR: | 7.000 7.000 0.000 | Account: 0000010575 | Total: Cert: DR: | 15.000 15.000 0.000 |
| DAVID R. SCHATZ 35-37 SOUTHERN DR FAIR LAWN NJ 07410-4721 | | | ALFRED L SCHEIBER & WILLIAM R SCHEIBER JT TEN 1125 E 11TH ST EDDYSTONE, PA 19022-1354 | | | DONALD A SCHELLING & JOANNE T SCHELLING JT TEN PO BOX 863 BEATTY NV 89003 | | | JOAN C. SCHINDEL 15 BIRCHWOOD TERRACE WAYNE, NJ 07470-3406 | | |


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 36

| Account: 0000010695 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

SAM SCHINDEL &
JOAN C. SCHINDEL JT TEN
15 BIRCHWOOD TERRACE
WAYNE, NJ 07470-3406

| Account: 0000010885 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

WILLIAM L SCHOFIELD &
NORENA L SCHOFIELD JT TEN
1516 17TH ST
PARKERSBURG, WV 26101-4116

| Account: 0000010241 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

ROBERT B SCHREIBER
15863 LOCH MARGE LN UNIT 2106
DELRAY BEACH FL 33446

| Account: 0000011026 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

FLORENCE SCHREIER TR DTD 2-4-91
ATTN FLORENCE SCHREIER TTEE 20220
RONSDALE
BIRMINGHAM MI 48025

| Account: 0000011299 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

LAVERNE H SCHROEDER
8300 E VIA DE VENTURA 2021
SCOTTSDALE, AZ 85258-3182

| Account: 0000010325 | Total: | 5.000 |
|---|---|---|
| | Cert: | 5.000 |
| | DR: | 0.000 |

LEE SCHULMAN
29 BARSTOW ROAD
GREAT NECK NY 11021

| Account: 0000011356 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

MARCEL SCHURMAN &
MARGRIT SCHURMAN JT TEN
798 CRESTON RD
BERKELEY, CA 94708-1254

| Account: 0000010167 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

CHARLES SCHWAB &
CO JT TEN
4 CHINA LANE
SETAUKET, NY 11733-4052

| Account: 0000010221 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

MICHAEL SCHWARTZ
2 AMBLER WY
PARSIPPANY, NJ 07054-1402

| Account: 0000011147 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

ROSALIE R. SEARS
406 MAGNOLIA LANE
PRINCETON, KY 42445-2311

| Account: 0000011105 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

SANDRA P. SEARS
5556 BULLARD RD
FENTON, MI 48430-9407

| Account: 0000011436 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

MALCOLM E. SECKINGER
C O SMITH BARNEY INC 801 GRAND AVE
STE 3800
DES MOINES IA 50309

| Account: 0000010489 | Total: | 22.000 |
|---|---|---|
| | Cert: | 22.000 |
| | DR: | 0.000 |

E-TRADE SECURITIES &
FBO JOSEPH STARR IRA JT TEN
1181 QUAIL CT
CONCORD, CA 94518-1534

| Account: 0000010847 | Total: | 12.000 |
|---|---|---|
| | Cert: | 12.000 |
| | DR: | 0.000 |

PRUDENTIAL SECURITIES CUST &
FBO MARC E RUDICK IRA 7-21-94 JT TEN
1046 GREAT POND RD
NORTH ANDOVER, MA 01845-1204

| Account: 0000010845 | Total: | 133.000 |
|---|---|---|
| | Cert: | 133.000 |
| | DR: | 0.000 |

PRUDENTIAL SECURITIES CUST &
FBO JOHN M MCINTYRE IRA R O 7-21-94
JT TEN
6569 N CHARLES ST STE 601
BALTIMORE, MD 21204-6833

| Account: 0000010436 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

PRUDENTIAL SECURITIES CUST &
ROBERT A WASSERMAN IRA DTD 2 29 84
9 HAWK ST
CHESTNUT RIDGE, NY 10977-6105

| Account: 0000010465 | Total: | 2.000 |
|---|---|---|
| | Cert: | 2.000 |
| | DR: | 0.000 |

PRUDENTIAL SECURITIES CUST &
TODD GILDEN IRA JT TEN
16626 POWELLS COVE BLVD
#9A
WHITESTONE, NY 11357-1532

| Account: 0000010921 | Total: | 2.000 |
|---|---|---|
| | Cert: | 2.000 |
| | DR: | 0.000 |

PRUDENTIAL SECURITIES CUST &
FBO BERRY A SEAGRAVES IRA JT TEN
RT 1 BOX 73C
FORT VALLEY GA 31030

| Account: 0000010515 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

WATERHOUSE SECURITIES CUST &
LYLE DIAMOND IRA JT TEN
205 YORKSHIRE COURT
OLD BRIDGE, NJ 08857-3241

| Account: 0000010767 | Total: | 11.000 |
|---|---|---|
| | Cert: | 11.000 |
| | DR: | 0.000 |

WHEAT FIRST SECURITIES CUST &
DALE P. JACKSON,IRA JT TEN
1048 COPEWOOD DR
BETHEL PARK PA 15702


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE:        37

| Account: 0000011364 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

WHEAT FIRST SECURITIES CUST &
FBO RICHARD L MEYER IRA R O
DTD5-27-94 JT TEN
200 SWINDERMAN RD
WEXFORD PA 15090

| Account: 0000010920 | Total: | 2.000 |
| | Cert: | 2.000 |
| | DR: | 0.000 |

JR BERRY A. SEGRAVES
RT1 BOXC
FORT VALLEY GA 31030

| Account: 0000011052 | Total: | 2.000 |
| | Cert: | 2.000 |
| | DR: | 0.000 |

JIM A. SEIDA &
KAREN A. SEIDA JT TEN
28717 REDFIELD ST
NILES MI 49120

| Account: 0000010273 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

CHARLES J SEITZ
15 BOULDER BROOK RD
GREENWICH, CT 06830-3514

| Account: 0000010050 | Total: | 44.000 |
| | Cert: | 44.000 |
| | DR: | 0.000 |

IRA H. MICHAEL SENDI
5425 DUKE STREET
ALEXANDRIA, VA 22304-3101

| Account: 0000011048 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

LEONARD S. SENI
4221 WENTWORTH AVE
PORT ARTHUR TX 77642-4245

| Account: 0000010496 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

ANNEDITH SEPLOW &
STEVEN BERNARD SEPLOW JT TEN
13 TRALEE ROAD
HAZLET, NJ 07730-1123

| Account: 0000010560 | Total: | 176.000 |
| | Cert: | 176.000 |
| | DR: | 0.000 |

SHANKEN ADVERTISING INC
387 PARK AVENUE SOUTH
NEW YORK, NY 10016-8810

| Account: 0000011025 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

TY SHAY
2229 GREENWICH ST.
SAN FRANCISCO, CA 94123-3418

| Account: 0000011016 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

PATRICK JOHN SHEARER
14921 HARRISON AVE
ALLEN PARK, MI 48101-1804

| Account: 0000010801 | Total: | 29.000 |
| | Cert: | 29.000 |
| | DR: | 0.000 |

MERON M. SHEGDA
567 MORELAND ROAD
HUNTINGDON VALLEY, PA 19006-7703

| Account: 0000010344 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

PAUL S. SHEREMETA
122 OAKWOOD AVE
TROY, NY 12180-1440

| Account: 0000010324 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

PAUL SHEVIN &
SHEILA RUTH SHEVIN JT TEN
4 ELDREDGE COURT
RYE, NY 10580-2424

| Account: 0000011439 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

MICHIKO SHIBAGAKI
LOT 31 WISMA SHEN
149 JLN-MASJID INDIA

| Account: 0000011343 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

DANIEL K. BERMAN SHINGU &
REIKO B. SHINGU JT TEN
AM CON GEN ATO 45004 BOX 239
APO AP 96337

| Account: 0000010999 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

RICHARD D. SHULTZ
543 ESTATES PLACE
LONGWOOD FL 32779

| Account: 0000011276 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

GETAHUN A SHUMIE
8473 CHINOOK CANDY CT
LAS VEGAS NV 89113-1725

| Account: 0000010268 | Total: | 8.000 |
| | Cert: | 8.000 |
| | DR: | 0.000 |

GERALD SILBERBERG & DIANA SILBERBERG
45 MERION LN
JACKSON, NJ 08527-3997

| Account: 0000010202 | Total: | 12.000 |
| | Cert: | 12.000 |
| | DR: | 0.000 |

SYVIA SILBERBERG
1407 TOWER DR
EDGEWATER, NJ 07020-2214

| Account: 0000010394 | Total: | 16.000 |
| | Cert: | 16.000 |
| | DR: | 0.000 |

PHILIP SILVERMAN
350 EAST 79TH ST 7C
NEW YORK, NY 10021-9204

| Account: 0000010307 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

MEYER SILVERSTEIN &
ESTHER SILVERSTEIN JT TEN
1600 44TH STREET
BROOKLYN NY 11204

| Account: 0000010254 | Total: | 6.000 |
| | Cert: | 6.000 |
| | DR: | 0.000 |

CHARLES SIMONELLI & ANGELA SIMONELLI
8323 14TH AVE
BROOKLYN NY 11228-3115

| Account: 0000010639 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

JAMES J SIRUBI JR
9 HUBBARD COURT
ALLENDALE, NJ 07401-1341

| Account: 0000010578 | Total: | 10.000 |
| | Cert: | 10.000 |
| | DR: | 0.000 |

JEANNE S. SKLARZ
25 FISHER STREET
NATICK, MA 01760-2606


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 38

| Account: 0000010108 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

DAVID H SLATER &
MARLA S SLATER JT TEN
4 PRESTWICK CT
NEW CITY, NY 10956-5554

| Account: 0000010319 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

SMITH BARNEY INC CUSTODIAN &
JAMES P CONNOLLY IRA JT TEN
31 SCHOOL ST.
CALIFON, NJ 07830-4341

| Account: 0000010092 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

JOHN F. SMITH &
PAMELA RICHARDS JT TEN
1308 STATE ST
NEW HAVEN CT 06511

| Account: 0000011054 | Total: | 29.000 |
|---|---|---|
| | Cert: | 29.000 |
| | DR: | 0.000 |

JOHN T SMITH &
PATRICIA L SMITH JT TEN
PO BOX 138
HARMON, IL 61042-0138

| Account: 0000010932 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

MARTHA F SMITH
130 HARBEN PL
ATHENS, GA 30606-4020

| Account: 0000010582 | Total: | 48.000 |
|---|---|---|
| | Cert: | 48.000 |
| | DR: | 0.000 |

TTEE RICHARD A. SMITH &
FBO: DANIEL SCOTT SMITH TR DTD 1-1-89
JT TEN
150 CALVIN STREET
WESTWOOD NJ 07675

| Account: 0000010583 | Total: | 37.000 |
|---|---|---|
| | Cert: | 37.000 |
| | DR: | 0.000 |

TTEE RICHARD A. SMITH &
FBO: DEBRA ANN SMITH TR DTD 1-1-83 JT
TEN
150 CALVIN STREET
WESTWOOD NJ 07675

| Account: 0000011149 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

DON MICHAEL SMITHHART IRA &
SMITH BARNEY SHEARSON CUST JT TEN
2487 BALMORAL DRIVE
HENDERSON, KY 42420-2588

| Account: 0000011150 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

DON MICHAEL SMITHHART &
CINDY SMITHHART JT TEN
2487 BALMORAL DR
HENDERSON, KY 42420-2588

| Account: 0000010448 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

MITZI SMOLEN
5002 N. TRAVELERS PALM LN
TAMARAC FL 33319

| Account: 0000010203 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

STANLEY SOBEL & VIVIEN SOBEL
6 THEODORE DRIVE
PLAINVIEW, NY 11803-6428

| Account: 0000010249 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

NEIL SOSKEL
139 CEDAR AVE
HEWLETT, NY 11557-2503

| Account: 0000010618 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

SOUTH ALLEN ST REALTY CORP &
PENSION PLAN & TR DTD 6 1 85
ATTN HARVEY ROSEN TTEE. PO BOX 8958
ALBANY NY 12208

| Account: 0000010579 | Total: | 71.000 |
|---|---|---|
| | Cert: | 71.000 |
| | DR: | 0.000 |

LEEDS SPEAR &
KELLOGG SPEAR JT TEN
ATTN: KEVIN C. AHEARN 120 BROADWAY,
7TH FL
NEW YORK NY 10271

| Account: 0000010124 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

BETTINA V BEHRINGER SPECIAL IRA
88181 OLD HWY B3
ISLAMORADA FL 33036-3044

| Account: 0000010558 | Total: | 147.000 |
|---|---|---|
| | Cert: | 147.000 |
| | DR: | 0.000 |

THE WINE SPECTATOR SCHOLARSHIP FDTN
387 PARK AVENUE SOUTH
NEW YORK, NY 10016-8810

| Account: 0000010951 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

DAVID FRANK SPENCER &
SUSAN M. SPENCER JT TEN
2291 TAMARIND ST
PORT CHARLOTTE, FL 33948-4933

| Account: 0000010972 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

NICK J. SPENCER
19 DUNHAM ROAD
SCARSDALE, NY 10583-6005

| Account: 0000010143 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

BEATRICE STAPLE
7864 LEXINGTON CLUB BLVD APT A
DELRAY BEACH FL 33446-3904

| Account: 0000010525 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

DAVID E STARK
2583 JARDIN DR
WESTON FL 33327-1515


**AMERICAN STOCK**
*Transfer & Trust Company, LLC*
**LINK GROUP** *network*

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 39

| | |
|---|---|
| Account: 0000011151  Total: 3.000<br>Cert: 3.000<br>DR: 0.000<br><br>ROBERT J. STAUB &<br>EUGENE J. STAUB JT TEN<br>650 E. PARKWAY SO<br>MEMPHIS, TN 38104-5519 | Account: 0000011335  Total: 15.000<br>Cert: 15.000<br>DR: 0.000<br><br>JOHN ANDREW STECK<br>1215 CURTISS AVE<br>SAN JOSE, CA 95125-2320 |

| Account: 0000011151  Total: 3.000<br>Cert: 3.000<br>DR: 0.000<br><br>ROBERT J. STAUB &<br>EUGENE J. STAUB JT TEN<br>650 E. PARKWAY SO<br>MEMPHIS, TN 38104-5519 | Account: 0000011335  Total: 15.000<br>Cert: 15.000<br>DR: 0.000<br><br>JOHN ANDREW STECK<br>1215 CURTISS AVE<br>SAN JOSE, CA 95125-2320 | Account: 0000011102  Total: 3.000<br>Cert: 3.000<br>DR: 0.000<br><br>JANET STEIN<br>400 RENAISSANCE #908<br>DETROIT, MI 48243-1606 | Account: 0000011087  Total: 3.000<br>Cert: 3.000<br>DR: 0.000<br><br>MARTIN L STEIN<br>400 RENAISSANCE #908<br>DETROIT, MI 48243-1606 |
|---|---|---|---|
| Account: 0000010183  Total: 4.000<br>Cert: 4.000<br>DR: 0.000<br><br>KENNETH STEINER<br>14 STONER AVENUE; 2M<br>GREAT NECK, NY 11021-2100 | Account: 0000010206  Total: 9.000<br>Cert: 9.000<br>DR: 0.000<br><br>ROBERT C STEINWAY<br>3279 SUNSHINE CANYON<br>BOULDER, CO 80302-9777 | Account: 0000010823  Total: 34.000<br>Cert: 34.000<br>DR: 0.000<br><br>MICHAEL G. STENKO<br>1683 MAYACOO LAKES BLVD<br>WEST PALM BEACH, FL 33411-1851 | Account: 0000010247  Total: 6.000<br>Cert: 6.000<br>DR: 0.000<br><br>ANDREW A STERN & MARYLOU W STERN<br>1443 HAWTHORNE TERRACE<br>BERKELEY, CA 94708-1803 |
| Account: 0000010608  Total: 1.000<br>Cert: 1.000<br>DR: 0.000<br><br>JTTEN STEVEN &<br>SUSAN BRETT JT TEN<br>56 ORANGE DRIVE<br>JERICHO NY 11753 | Account: 0000011169  Total: 1.000<br>Cert: 1.000<br>DR: 0.000<br><br>WILLIS J STOKES &<br>GLENDA K STOKES JT TEN<br>413 MARINA POINTE DR<br>NICEVILLE, FL 32578-3731 | Account: 0000011420  Total: 22.000<br>Cert: 22.000<br>DR: 0.000<br><br>ADRIANNE STOLLENWERCK TRUST<br>ATTN BANK OF NEW YORK #442861 1<br>WALL STREET REORG DEPT 6TH FLOOR<br>NEW YORK, NY 10286-0001 | Account: 0000011419  Total: 22.000<br>Cert: 22.000<br>DR: 0.000<br><br>ADRIANNE D. STOLLENWERCK<br>ATTN BANK OF NEW YORK #847949 1<br>WALL STREET  REORG DEPT 6TH FLOOR<br>NEW YORK, NY 10286-0001 |
| Account: 0000011418  Total: 22.000<br>Cert: 22.000<br>DR: 0.000<br><br>SAMANTHA LEE STOLLENWERCK<br>ATTN BANK OF NEW YORK #848115 1<br>WALL STREET REORG DEPT 6TH FLR<br>NEW YORK, NY 10286-0001 | Account: 0000010082  Total: 1.000<br>Cert: 1.000<br>DR: 0.000<br><br>WILLIAM J STONE<br>130 S BARBERINO WY<br>WALLINGFORD CT 06492 | Account: 0000010300  Total: 29.000<br>Cert: 29.000<br>DR: 0.000<br><br>GARY R. STRAUCH<br>4 QUOQUE CT<br>MORGANVILLE, NJ 07751-1171 | Account: 0000011384  Total: 22.000<br>Cert: 22.000<br>DR: 0.000<br><br>STEVEN STREISFIELD &<br>IRA SHULMAN CO-TTEES FBO STREISFIELD<br>& SHULMAN PSP 12-1-77 JT TEN<br>350 NW 70TH AVE<br>PLANTATION, FL 33317-2349 |
| Account: 0000011259  Total: 1.000<br>Cert: 1.000<br>DR: 0.000<br><br>JANET A SUEDHOFF<br>309 GOLFWAY DR<br>FORT WAYNE IN 46814-9159 | Account: 0000010018  Total: 3.000<br>Cert: 3.000<br>DR: 0.000<br><br>UGTMA-MA SARA SUGLIA &<br>HELEN KRAMER,CUST<br>10 TERRACE ROAD<br>BOONTON, NJ 07005-9403 | Account: 0000010867  Total: 4.000<br>Cert: 4.000<br>DR: 0.000<br><br>MICHAEL E. SULLIVAN<br>8931 WELLS RD<br>LORTON, VA 22079-3101 | Account: 0000010016  Total: 15.000<br>Cert: 15.000<br>DR: 0.000<br><br>RICHARD SULLIVAN<br>59 WATER ST.<br>HINGHAM, MA 02043-2216 |
| Account: 0000010651  Total: 4.000<br>Cert: 4.000<br>DR: 0.000<br><br>JOSEPH L. SUOSSO III &<br>KRISTINE SUOSSO JT TEN<br>15 CARROUSEL LANE<br>HAMILTON, NJ 08619-3446 | Account: 0000011216  Total: 3.000<br>Cert: 3.000<br>DR: 0.000<br><br>CLIFTON WADE SWEENEY<br>4809 SLIVER HILL CT<br>ANTIOCH, CA 94531-7627 | Account: 0000010818  Total: 1.000<br>Cert: 1.000<br>DR: 0.000<br><br>JAMES MATTHEW SWEENY<br>RD 5 BOX 18<br>LATROBE, PA 15650-9609 | Account: 0000010640  Total: 29.000<br>Cert: 29.000<br>DR: 0.000<br><br>DEAN WITTER REYNOLDS CUST FBO &<br>LOUIS J TABASCO,IRA DTD 09 12 85<br>6438 LICHFIELD LANE<br>SARASOTA, FL 34241-5479 |


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC SER B PFD
### (13168)

REPORT DATE: 07/07/2010
PAGE: 40

| Account: 0000010641 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

LOUIS J TABASCO &
LINDA A TOWNSLEY JT TEN
6438 LICHFIELD LANE
SARASOTA, FL 34241-5479

| Account: 0000010713 | Total: | 5.000 |
|---|---|---|
| | Cert: | 5.000 |
| | DR: | 0.000 |

BARBARA TAKSEY
6 CAMPANIA CT
MANCHESTER TOWNSHIP NJ 08759-8119

| Account: 0000010669 | Total: | 13.000 |
|---|---|---|
| | Cert: | 13.000 |
| | DR: | 0.000 |

MICHAEL TAKSEY &
BARBARA TAKSEY JT TEN
6 CAMPANIA CT
MANCHESTER TOWNSHIP NJ 08759-8119

| Account: 0000011099 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

GERALD H. TALERICO &
MARIA TALERICO JT TEN
38319 COVINGTON
STERLING HTS, MI 48312-1307

| Account: 0000010944 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

JEFFREY TALPINS
1911 N.E. 206 STREET
MIAMI, FL 33179-2253

| Account: 0000010053 | Total: | 12.000 |
|---|---|---|
| | Cert: | 12.000 |
| | DR: | 0.000 |

ROBERT TAMAGINI
PO BOX 206
WEST WAREHAM, MA 02576-0206

| Account: 0000011391 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

SAM TEAGUE &
DORIS LEE TEAGUE JT TEN
64 SCENIC VALLEY PARK
KERRVILLE TX 78028

| Account: 0000010931 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

GROVER C TEELE &
ALICE E TEELE JT TEN
225 ENTERPRISE ST
BRUNSWICK, GA 31525-1912

| Account: 0000010432 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

TELLER GRAPHICS INC
175 ENGINEERS RD
HAUPPAUGE, NY 11788-4020

| Account: 0000010451 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

ELIAS G TELLER &
SHARON F TELLER JT TEN
5224 GLENVILLE DR
BOYNTON BEACH FL 33437-1678

| Account: 0000010781 | Total: | 8.000 |
|---|---|---|
| | Cert: | 8.000 |
| | DR: | 0.000 |

BENEFICIARY KATHLEEN W. TESS &
J. KENNETH WAROS DECEDENT,IRA JT TEN
50 S. RALPH AVE
PITTSBURGH PA 15202

| Account: 0000011176 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

THOMAS J HILLMAN LIMITED LIABILITY CO
101 S HANLEY RD STE #1910
SAINT LOUIS, MO 63105-3406

| Account: 0000010146 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

DAVID THOMAS &
ROSAMMA THOMAS JT TEN
6 SPORN DRIVE
BLAUVELT NY 10913

| Account: 0000010624 | Total: | 5.000 |
|---|---|---|
| | Cert: | 5.000 |
| | DR: | 0.000 |

RALPH THOMAS
14 HOBSON PL
HUNTINGTON, NY 11743-5149

| Account: 0000011283 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

MARY JO THOMPSON
8210 ASHFORD BLVD
LAUREL, MD 20707-3769

| Account: 0000011350 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

DONALD G TIBBETTS &
MARY K TIBBETTS JT TEN
881169 COAST HWY
LAGUNA BEACH CA 92651

| Account: 0000010450 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

JOHN TIERNEY
10 WOODS POND DR
WESTFORD, MA 01886-1268

| Account: 0000010828 | Total: | 51.000 |
|---|---|---|
| | Cert: | 51.000 |
| | DR: | 0.000 |

SEPPO TIITTO &
KIRSTI TIITTO JT TEN
P.O. BOX 438
ROAD TOWN

| Account: 0000010043 | Total: | 74.000 |
|---|---|---|
| | Cert: | 74.000 |
| | DR: | 0.000 |

PETER TILLES
448 OYSTER BAY RD
LOCUST VALLEY, NY 11560-2344

| Account: 0000010810 | Total: | 23.000 |
|---|---|---|
| | Cert: | 23.000 |
| | DR: | 0.000 |

RICHARD A. TITLEBAUM &
JOANNE R. LIPPER JT TEN
355 VALLEY ROAD
MERION STATION, PA 19066-1519

| Account: 0000011179 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

DWAIN P. TRABEAU
14212 CHELWOOD AVE.
BATON ROUGE, LA 70816-2603

| Account: 0000010310 | Total: | 9.000 |
|---|---|---|
| | Cert: | 9.000 |
| | DR: | 0.000 |

SUSAN TRAYNOR
138 SOUTHGATE CIRCLE
MASSAPEQUA PARK, NY 11762-3824

| Account: 0000010491 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

EUGENE TRELEWICZ
PO BOX 417
ELEPHANT BUTTE, NM 87935-0417

| Account: 0000010492 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

EUGENE TRELEWICZ
PO BOX 417
ELEPHANT BUTTE, NM 87935-0417


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 41

| | |
|---|---|
| Account: 0000010142 Total: 29.000<br>Cert: 29.000<br>DR: 0.000<br><br>FIDELITY MANAGE MANAGEMT TRST CO CUST<br>FBO ALLEN PARKER IRA<br>PO BOX 144<br>MEREDITH NH 03253 | Account: 0000010576 Total: 9.000<br>Cert: 9.000<br>DR: 0.000<br><br>JOSEPH TUMINELLI<br>706 NEWELL AVE<br>MANAHAWKIN NJ 08050-3652 |

| | |
|---|---|
| Account: 0000010712 Total: 4.000<br>Cert: 4.000<br>DR: 0.000<br><br>MARY TUMINELLI<br>706 NEWELL AVE<br>MANAHAWKIN, NJ 08050-3652 | Account: 0000011430 Total: 8.000<br>Cert: 8.000<br>DR: 0.000<br><br>K.R. TURNER &<br>HAWKSTONE,JACKS LANE,BARTON JT TEN<br>TORQUAY<br>DEVON ENGLAND TQ2 8QX |

| | |
|---|---|
| Account: 0000011486 Total: 47.000<br>Cert: 47.000<br>DR: 0.000<br><br>STEVEN ALAN TURNER<br>102 FRONTENAC FRST<br>SAINT LOUIS MO 63131-3235 | Account: 0000010535 Total: 3.000<br>Cert: 3.000<br>DR: 0.000<br><br>JOHN TYLER &<br>MARY ALICE TYLER JT TEN<br>1429 SYCAMORE AVE<br>NORTH MERRICK, NY 11566-1801 |

| | |
|---|---|
| Account: 0000011144 Total: 6.000<br>Cert: 6.000<br>DR: 0.000<br><br>VIRGINIA A TYLER<br>1690 ROOSEVELT RD<br>OWENSBORO, KY 42301-3500 | Account: 0000010212 Total: 44.000<br>Cert: 44.000<br>DR: 0.000<br><br>LAURENCE UDELL<br>52 BAXTER LN<br>WEST ORANGE NJ 07078 |

| | |
|---|---|
| Account: 0000010028 Total: 7.000<br>Cert: 7.000<br>DR: 0.000<br><br>MELINDA UDELL<br>38 HICKORY ROAD<br>SHORT HILLS, NJ 07078-1226 | Account: 0000010628 Total: 5.000<br>Cert: 5.000<br>DR: 0.000<br><br>ADAM BAGOON UNJUGTMA<br>ATTN: PAUL BAGOON 12 BANYAN RD<br>SKILLMAN NJ 08558 |

| | |
|---|---|
| Account: 0000011129 Total: 1.000<br>Cert: 1.000<br>DR: 0.000<br><br>GREG L UREN<br>2573 CTH E<br>MT HOREB WI 53572 | Account: 0000010991 Total: 3.000<br>Cert: 3.000<br>DR: 0.000<br><br>WALTER W URMETZ<br>4355 BERKFORD CIRCLE NE<br>ATLANTA, GA 30319-1705 |

| | |
|---|---|
| Account: 0000011470 Total: 1,270.000<br>Cert: 1,270.000<br>DR: 0.000<br><br>U S CLEARING CORP<br>26 BROADWAY<br>NEW YORK, NY 10004-1703 | Account: 0000010667 Total: 3.000<br>Cert: 3.000<br>DR: 0.000<br><br>PAUL VALEGA<br>798 WILLOW GROVE ST APT 4C<br>HACKETTSTOWN NJ 07840-1718 |

| | |
|---|---|
| Account: 0000011050 Total: 1.000<br>Cert: 1.000<br>DR: 0.000<br><br>JOHN A VAN OSDOL TTEE &<br>LINGREN CALLIHAN VAN OSDOL & CO PSP<br>DTD 10-1-91 FBO RONALD A RUDOLPH JT<br>TEN<br>ROCKFORD IL 61108 | Account: 0000011120 Total: 4.000<br>Cert: 4.000<br>DR: 0.000<br><br>VALDIS VAVERE &<br>DANI JO VAVERE JT TEN<br>14018 PIERCE ST. NE<br>HAM LAKE, MN 55304-6776 |

| | |
|---|---|
| Account: 0000010723 Total: 4.000<br>Cert: 4.000<br>DR: 0.000<br><br>VIOLETA VELDEZ-JOSE<br>322 GRIX CT<br>NEW MILFORD, NJ 07646-1260 | Account: 0000010027 Total: 1.000<br>Cert: 1.000<br>DR: 0.000<br><br>GANESH VENKATAGIRI<br>17468 SW 36TH ST<br>MIRAMAR, FL 33029-1605 |

| | |
|---|---|
| Account: 0000011332 Total: 1.000<br>Cert: 1.000<br>DR: 0.000<br><br>JANE E VERDECK<br>124 SEAHAWK LANE<br>EDGEWATER MD 21037 | Account: 0000010638 Total: 74.000<br>Cert: 74.000<br>DR: 0.000<br><br>RUDOLF J. VETTER<br>421 TUPELO DR<br>NAPERVILLE, IL 60540-7829 |

| | |
|---|---|
| Account: 0000010299 Total: 12.000<br>Cert: 12.000<br>DR: 0.000<br><br>JOHN E VIDOR<br>56 STOCK LN<br>RENSSELAER, NY 12144-9628 | Account: 0000010559 Total: 1.000<br>Cert: 1.000<br>DR: 0.000<br><br>DUKE P VILLARINI &<br>CHARITO VILLARINI JT TEN<br>5202 COLUSA CT<br>AUSTIN, TX 78749-2927 |

| | |
|---|---|
| Account: 0000010692 Total: 1.000<br>Cert: 1.000<br>DR: 0.000<br><br>JOAN VINGES<br>1469 GARRETT DRIVE<br>WALL TOWNSHIP, NJ 07719-9649 | Account: 0000010060 Total: 7.000<br>Cert: 7.000<br>DR: 0.000<br><br>SERGIO VLASIMIRSCHI JR.<br>C O N.H. KLEPPEL ONE DEPOT PLAZA<br>MAMARONECK NY 10543 |



**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

REPORT DATE: 07/07/2010
PAGE: 42

| Account: 0000010742 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

HENRY P VOGEL
16 HEMLOCK TRL
NEW CITY, NY 10956-5701

| Account: 0000010444 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

EILEEN VOGLIO
6 OVERHILL LANE
NEW CITY, NY 10956-2211

| Account: 0000010998 | Total: | 2.000 |
| | Cert: | 2.000 |
| | DR: | 0.000 |

ANTHONY S VOIERS &
ELIZABETH F VOIERS JT TEN
8408 OLD DEER TR
RALEIGH, NC 27615-5129

| Account: 0000011066 | Total: | 6.000 |
| | Cert: | 6.000 |
| | DR: | 0.000 |

JERRY T VOJTECH JR
C O BERNARD WINCIS 574 FIFTH AVE
BRISTOL WI 53104

| Account: 0000010178 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

MICHAEL VOOSS
10 W 65TH ST APT 2H
NEW YORK, NY 10023-6603

| Account: 0000010610 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

PAUL WACHA
252 HENILOCK TERRACE
TEANECK, NJ 07666-6414

| Account: 0000011117 | Total: | 74.000 |
| | Cert: | 74.000 |
| | DR: | 0.000 |

ROBERT J WAGNER &
BARBARA WAGNER JT TEN
7823 W RENEE RUE
DIXON, IL 61021-9572

| Account: 0000011398 | Total: | 9.000 |
| | Cert: | 9.000 |
| | DR: | 0.000 |

WALKER &
WALKER INC RET PL 9 1 79
ATTN: JOHN P. WALKER TR
ADMINISTRATOR 3535 NW 58TH ST.
OKLAHOMA CITY OK 73112

| Account: 0000010441 | Total: | 4.000 |
| | Cert: | 4.000 |
| | DR: | 0.000 |

CHRISTOPHER WALL &
HAYDEE WALL JT TEN
753 VINCENT AVE
BRONX, NY 10465-1722

| Account: 0000011210 | Total: | 20.000 |
| | Cert: | 20.000 |
| | DR: | 0.000 |

CHARLES DUDLEY WALLACE &
JANNET L. WALLACE JT TEN
6 WEST WESLEY RIDGE
ATLANTA, GA 30327-2041

| Account: 0000011388 | Total: | 7.000 |
| | Cert: | 7.000 |
| | DR: | 0.000 |

EDGAR WALLENSTEIN RESIDUARY TRUST &
LEILA WALLENSTEIN & CAROLE COYLE
TTEES DTD 8 4 91
5308 BAYBERRY LANE
TAMARAC, FL 33319-3125

| Account: 0000010967 | Total: | 3.000 |
| | Cert: | 3.000 |
| | DR: | 0.000 |

GLORIA E. WALSH
1645 KINGSWOOD DRIVE
FINDLAY, OH 45840-6823

| Account: 0000011135 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

WAYNE JAMES WALTON &
CYNTHIA LOU WALTON JT TEN
12600 W. HICKORY ROAD
NEW BERLIN, WI 53151-4623

| Account: 0000010962 | Total: | 7.000 |
| | Cert: | 7.000 |
| | DR: | 0.000 |

JAMES R. WALZ
106 PALM DR
ST SIMONS IS, GA 31522-1401

| Account: 0000010960 | Total: | 15.000 |
| | Cert: | 15.000 |
| | DR: | 0.000 |

JAMES M. WANDER
1711 WHEATLAND COURT
MOON TOWNSHIP PA 15108

| Account: 0000011338 | Total: | 6.000 |
| | Cert: | 6.000 |
| | DR: | 0.000 |

RODGER WARD SEP IRA &
EVEREN SECURITIES CUSTODIAN JT TEN
32394 LODGE RD
PO BOX 51
PRATHER, CA 93651-0051

| Account: 0000010856 | Total: | 6.000 |
| | Cert: | 6.000 |
| | DR: | 0.000 |

THOMAS E WARD JR
1421 S SHENANDOAH ST APT 6
LOS ANGELES CA 90035-3523

| Account: 0000010798 | Total: | 6.000 |
| | Cert: | 6.000 |
| | DR: | 0.000 |

JOY WAROS
284 BARCLAY DR
MYRTLE BEACH, SC 29579-6572

| Account: 0000011100 | Total: | 1.000 |
| | Cert: | 1.000 |
| | DR: | 0.000 |

CAROL MARIE WARREN
17073 SE 96TH CHAPELWOOD CIR
LADY LAKE FL 32162-1848

| Account: 0000010356 | Total: | 89.000 |
| | Cert: | 89.000 |
| | DR: | 0.000 |

BERT WASSERMAN &
SANDRA WASSERMAN JT TEN
15 SANDPIPER COURT
OLD WESTBURY NY 11568


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC SER B PFD
### (13168)

REPORT DATE: 07/07/2010
PAGE: 43

| Account: 0000010355 | Total: | 118.000 |
|---|---|---|
| | Cert: | 118.000 |
| | DR: | 0.000 |

BERT W. WASSERMAN
PO BOX 1019
MANHASSET, NY 11030-8019

| Account: 0000010103 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

DEBRA WASSERMAN
101 WEST 81ST ST APT 224
NEW YORK, NY 10024-7220

| Account: 0000010820 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

H. KNOX WATSON III
109 ROYSTON ROAD
PITTSBURGH, PA 15238-2311

| Account: 0000011298 | Total: | 2.000 |
|---|---|---|
| | Cert: | 2.000 |
| | DR: | 0.000 |

JENNA K WAY &
TERENCE T WAY JT TEN
RR  2 BOX 4515
PAHOA HI 96778-9756

| Account: 0000010716 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

LARRY WAYNE &
SHARON BERGUS JT TEN
3545 W ATLANTIC BLVD APT 713
POMPANO BEACH FL 33069-2579

| Account: 0000010787 | Total: | 5.000 |
|---|---|---|
| | Cert: | 5.000 |
| | DR: | 0.000 |

RICHARD WEATHERS
115 E. THIRD ST.
MEDIA, PA 19063-3001

| Account: 0000011141 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

ROMMIE FRED WEBB
28 WHEELER
IRVINE, CA 92620-3296

| Account: 0000010340 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

MARK WECHSLER
15 TIFFANY COURT
MONTVILLE, NJ 07045-9165

| Account: 0000010176 | Total: | 2.000 |
|---|---|---|
| | Cert: | 2.000 |
| | DR: | 0.000 |

LOIS ANN WEINSTEIN
315 E. 86TH STREET
NEW YORK, NY 10028-4714

| Account: 0000010766 | Total: | 7.000 |
|---|---|---|
| | Cert: | 7.000 |
| | DR: | 0.000 |

RUSSELL WEISS
161 FAIRVIEW AVE
BALA CYNWYD PA 19004

| Account: 0000010263 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

ELEANOR WEISSBEIN
833 KOMAN DR
PARAMUS, NJ 07652-3819

| Account: 0000010297 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

WILLIAM WEISSBEIN &
ELEANOR WEISSBEIN JT TEN
833 KOMAN DR
PARAMUS, NJ 07652-3819

| Account: 0000010894 | Total: | 11.000 |
|---|---|---|
| | Cert: | 11.000 |
| | DR: | 0.000 |

JOSEPH E. WELCH
854 CHARTIER CT
ASHEBORO, NC 27205-0544

| Account: 0000011063 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

JACK WENGER
6624 NW 181 TERRACE
HIALEAH, FL 33015-4444

| Account: 0000010829 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

JAMES H. WESSELS
7809 MORNING GLEN LN
ALEXANDRIA, VA 22315-5044

| Account: 0000011381 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

WILLIAM ERIC WEST
1826 DOUGLAS DR
JACKSON, MS 39211-6601

| Account: 0000011402 | Total: | 1.000 |
|---|---|---|
| | Cert: | 1.000 |
| | DR: | 0.000 |

WILDFLOWER LODGE INC
ATTN WILLIAM BRUGH JOY PRES 295 N
BLUFF
ST GEORGE UT 84770

| Account: 0000011256 | Total: | 2.000 |
|---|---|---|
| | Cert: | 2.000 |
| | DR: | 0.000 |

GRANT C. WILKE
6501 HAGEMAN
SAINT LOUIS, MO 63128-4509

| Account: 0000010930 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

RODERICK D WILKES
196 MERRY DR NW
MILLEDGEVILLE, GA 31061-9479

| Account: 0000010072 | Total: | 4.000 |
|---|---|---|
| | Cert: | 4.000 |
| | DR: | 0.000 |

WILLIAM F. WILKES JR.
322 BARWICK BLVD
MINEOLA NY 11501

| Account: 0000010943 | Total: | 15.000 |
|---|---|---|
| | Cert: | 15.000 |
| | DR: | 0.000 |

JERRY W WILLIAMS &
PATRICIA WILLIAMS JT TEN
13401 OAKMEADE
WEST PALM BEACH FL 33418

| Account: 0000010768 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

JOHN JAMES WILLIAMS &
LAURA ANNE WILLIAMS JT TEN
27 SCHYLER DRIVE
POUGHKEEPSIE, NY 12603-6135

| Account: 0000011301 | Total: | 3.000 |
|---|---|---|
| | Cert: | 3.000 |
| | DR: | 0.000 |

MARTY D. WILLIAMS
5720 OAK GROVE
KANSAS CITY, KS 66106-3114

| Account: 0000010111 | Total: | 6.000 |
|---|---|---|
| | Cert: | 6.000 |
| | DR: | 0.000 |

ROBERT G WILLIAMS
11250 GOLDEN EAGLE DR
AUBURN CA 95602-7620


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

# LIST OF SHAREHOLDERS
## JENNIFER CONVERTIBLES INC SER B PFD
## (13168)

REPORT DATE: 07/07/2010
PAGE: 44

| Account: 0000010506 Total: 10.000 Cert: 10.000 DR: 0.000 | Account: 0000010752 Total: 29.000 Cert: 29.000 DR: 0.000 | Account: 0000010398 Total: 4.000 Cert: 4.000 DR: 0.000 | Account: 0000010505 Total: 22.000 Cert: 22.000 DR: 0.000 |
|---|---|---|---|
| WILLIAM B. WILLIAMS & DENISE WILLIAMS JT TEN 7 CANTON COURT BROOKLYN, NY 11229-6004 | ALYCE WILNER 5982 PONTIAC TRAIL ORCHARD LAKE, MI 48323-2225 | ROBERT H WILT & DEBRA A WILT JT TEN 341 SOMMERVILLE PL YONKERS, NY 10703-2223 | SYLVIA WINGGARD 4610 61ST ST WOODSIDE, NY 11377-5766 |
| Account: 0000010888 Total: 63.000 Cert: 63.000 DR: 0.000 | Account: 0000011460 Total: 9,863.000 Cert: 9,863.000 DR: 0.000 | Account: 0000010599 Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000011289 Total: 3.000 Cert: 3.000 DR: 0.000 |
| WOLF BLOCK SCHORR & A C# 35-35-008-0364587 C O PNC BANK 200 STEVENS DRIVE LESTER PA 19113 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP 270 MADISON AVENUE NEW YORK, NY 10016-0601 | PETER WOLK 2702 FINCH ST SILVER SPRING MD 20902 | FREDERICK G. WOODS 5121 N. VIA CONDESA TUCSON, AZ 85718-5713 |
| Account: 0000010471 Total: 10.000 Cert: 10.000 DR: 0.000 | Account: 0000011192 Total: 10.000 Cert: 10.000 DR: 0.000 | Account: 0000010213 Total: 15.000 Cert: 15.000 DR: 0.000 | Account: 0000010963 Total: 7.000 Cert: 7.000 DR: 0.000 |
| ALEXANDER WORTH 62 MONTAGUE ST APT 8A BROOKLYN, NY 11201-3375 | CALVIN WORTH 3434 W RENO OKLAHOMA CITY, OK 73107-6134 | ELEANOR M. WORTH 308 W 103RD ST APT 3G NEW YORK, NY 10025-4462 | JOHN H. WORTH 1193 OAK ST SAN FRANCISCO CA 94117 |
| Account: 0000010472 Total: 7.000 Cert: 7.000 DR: 0.000 | Account: 0000011028 Total: 3.000 Cert: 3.000 DR: 0.000 | Account: 0000011095 Total: 7.000 Cert: 7.000 DR: 0.000 | Account: 0000010705 Total: 29.000 Cert: 29.000 DR: 0.000 |
| ROBERT F. WORTH 3220 CONNCTCT AV NW 310 WASHINGTON DC 20008 | ROGER F WUEST 6204 LEO DR BELLEVILLE, IL 62223-4519 | ERNEST J. WURFEL & ANNE C. WURFEL JT TEN 1841 HICKS ROAD SUITE D ROLLING MEADOWS IL 60008 | LORI YARUSI PO BOX 19 BELMAR, NJ 07719-0019 |
| Account: 0000011067 Total: 7.000 Cert: 7.000 DR: 0.000 | Account: 0000010593 Total: 4.000 Cert: 4.000 DR: 0.000 | Account: 0000010073 Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000010318 Total: 2.000 Cert: 2.000 DR: 0.000 |
| DAVID YASHON 500 COLUMBIA PL COLUMBUS OH 43209-1677 | JOHN YOUNG & NANCY YOUNG JT TEN 14 HILLTOP DR CEDAR GROVE, NJ 07009-1123 | PHILIP YUEN & CHRISTINE S. YUEN JT TEN 1960 EAST 22 57 BROOKLYN NY 11229 | MARC ZANGHI & EMILY ZANGHI JT TEN 51 CRESTWOOD RD MILFORD, CT 06460-6923 |
| Account: 0000010501 Total: 3.000 Cert: 3.000 DR: 0.000 | Account: 0000010361 Total: 1.000 Cert: 1.000 DR: 0.000 | Account: 0000010497 Total: 3.000 Cert: 3.000 DR: 0.000 | Account: 0000011469 Total: 24.000 Cert: 24.000 DR: 0.000 |
| THOMAS M ZELEN & JOYCE M ZELEN JT TEN 1100 TRAFALGAR DR NEW PORT RICHEY, FL 34655-4297 | MARY SUE ZITWER 342 EAST 67TH ST #5AB NEW YORK, NY 10021-6238 | SANFORD ZLATKIN 13915 83RD AVE JAMAICA, NY 11435-1561 | DAVID B ZLOTNICK * |


**AMERICAN STOCK**
Transfer & Trust Company, LLC
LINK GROUP network

**LIST OF SHAREHOLDERS**
**JENNIFER CONVERTIBLES INC SER B PFD**
**(13168)**

**REPORT DATE:** 07/07/2010
**PAGE:** 45

| Account: 0000010005 | Total: | **9.000** |
| | Cert: | 9.000 |
| | DR: | 0.000 |

TTEE FRANCES L. ZOECKLER &
FBO FRANCES L ZOECKLER TR DTD 8-13-93
2673 MARICOPA DR SE
RIO RANCHO, NM 87124-3952

| Account: 0000011396 | Total: | **10.000** |
| | Cert: | 10.000 |
| | DR: | 0.000 |

ERWIN ZORN
48 VIOLET AVE
FLORAL PARK NY 11001