UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| JENNIFER CONVERTIBLES, INC.,[1] | Case No. 10-13779 (ALG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF: (I) ENTRY OF ORDER CONFIRMING AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR JENNIFER CONVERTIBLES, INC. AND ITS AFFILIATED DEBTORS; (II) OCCURRENCE OF EFFECTIVE DATE; AND (III) DEADLINE FOR FILING FEE CLAIMS AND CLAIMS ARISING FROM REJECTION OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES**

**PLEASE TAKE NOTICE THAT:**

1. On February 9, 2011, the United States Bankruptcy Court for the Southern District of New York entered an order (the "Confirmation Order"), confirming the Amended Joint Chapter 11 Plan of Reorganization for Jennifer Convertibles, Inc. and Its Affiliated Debtors, dated January 24, 2011 (as confirmed, the "Plan"). If you would like to request a copy of the Confirmation Order or the Plan, you may (a) visit the website of the Debtors' balloting agent, BMC Group Inc. ("BMC") at http://www.bmcgroup.com/jenniferconvertibles., (b) contact BMC by calling (888) 909-0100, or (c) visit the Bankruptcy Court's website: www.nysb.uscourts.gov. In addition, copies of these documents are on file with the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004. Capitalized terms used but not defined herein have the meanings given them in the Plan.

2. On February 22, 2011, the "Effective Date" occurred with respect to the Plan.

3. Pursuant to Section 4.02 of the Plan and paragraph 29 of the Confirmation Order, each Professional Person who holds or asserts a Fee Claim, other than ordinary course professionals retained by the Debtors pursuant to an order(s) of the Bankruptcy Court, shall be required to file with the Bankruptcy Court, and serve on all parties required to receive notice, final application for allowance of such compensation and/or reimbursement by no later than sixty (60) days after the Effective Date. Accordingly, all Fee Applications must be filed and served so as to actually be received on or before April 25, 2011. FAILURE TO FILE AND SERVE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: (i) Jennifer Convertibles, Inc. (4646); (ii) Jennifer Convertibles Boylston MA, Inc. (7904); (iii) Jennifer Chicago Ltd. (0505); (iv) Elegant Living Management, Ltd. (5049); (v) Hartsdale Convertibles, Inc. (1681); (vi) Jennifer Management III Corp. (3552); (vii) Jennifer Purchasing Corp. (7319); (viii) Jennifer Management II Corp. (9177); (ix) Jennifer Management V Ltd. (9876); (x) Jennifer Convertibles Natick, Inc. (2227); (xi) Nicole Convertibles, Inc. (5985); (xii) Washington Heights Convertibles, Inc. (0783).

1208658-1

SUCH FEE APPLICATION TIMELY AND PROPERLY SHALL RESULT IN THE FEE CLAIM BEING FOREVER BARRED AND DISCHARGED.

4. Pursuant to Article XI of the Plan and paragraph 27 of the Confirmation Order, Claims arising out of the rejection of an executory contract or unexpired lease identified on the Schedule Of Rejected Contracts And Leases For Assumed Executory Contracts And Unexpired Leases Relating To The Amended Joint Chapter 11 Plan Of Reorganization Of Jennifer Convertibles, Inc. And Its Affiliated Debtors, dated January 13, 2011 (the "Rejection Claims"), must be filed with the Court or BMC and served upon the Debtors on or before thirty (30) days after service of this notice, which date is March 24, 2011. **ANY REJECTION CLAIMS NOT FILED WITHIN SUCH APPLICABLE TIME PERIODS ARE FOREVER BARRED FROM RECEIVING A DISTRIBUTION FROM THE DEBTORS, THE REORGANIZED DEBTORS OR THE ESTATES.**

Dated: New York, New York
      February 22, 2011

                                                OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
Counsel for the Reorganized Debtors
Michael S. Fox
Jordanna L. Nadritch
Park Avenue Tower
65 East 55th Street
New York, New York 10022